IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the Estate of Fatima Lissette Larios and on behalf of next of kin; and NELSON LARIOS, as next of kin;<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, and CHADRON STATE COLLEGE,<br><br>Defendants. | 8:17CV31<br><br>ORDER |

IT IS ORDERED that Joint Motion to Extend (Filing No. 48) is granted, and the final progression order (Filing No. 20) is amended as follows:

1) A status conference to discuss the status of case progression and trial and pretrial conference dates will be held with the undersigned magistrate judge on September 11, 2018 at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The current trial and pretrial conference dates are vacated.

2) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is October 29, 2018. Motions to compel Rule 33 through 36 discovery must be filed by November 5, 2018. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses expected to testify at the trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):        May 31, 2018.

        For the defendant(s):       August 9, 2018.

4)  The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

>   For the plaintiff(s):  June 28, 2018.
>
>   For the defendant(s):  September 7, 2018.

5)  The deposition deadline is:

>   For fact witnesses:  October 29, 2018.
>
>   For expert witnesses:  November 9, 2018.

6)  The deadline for filing motions to dismiss and motions for summary judgment is November 9, 2018.[1]

7)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 28, 2019.

8)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9)  No further continuances shall be granted absent a substantial showing of good cause.

Dated this 1st day of February, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.