IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the Estate of Fatima Lissette Larios and on behalf of next of kin; and NELSON LARIOS, as next of kin;<br><br>Plaintiffs,<br><br>vs.<br><br>CHADRON STATE COLLEGE, et. al;<br><br>Defendants. | 8:17CV31<br><br>ORDER |

The parties remain cooperatively engaged in deposing fact witnesses and exchanging written discovery responses, and they need to depose additional witnesses to evaluate whether the case could potentially be resolved by alternative dispute resolution (ADR) processes. The court will again confer with counsel in June—after additional key fact witnesses have been deposed—to determine whether the court should refer the case to ADR.

Accordingly,

IT IS ORDERED that a telephonic conference with the undersigned magistrate judge will be held on June 5, 2018 at 9:00 a.m. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 21), to participate in the call.

February 27, 2018.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge