IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the Estate of Fatima Lissette Larios and on behalf of next of kin; and NELSON LARIOS, as next of kin;<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, and CHADRON STATE COLLEGE,<br><br>Defendants. | 8:17CV31<br><br>ORDER |

Plaintiffs have moved to consolidate this lawsuit with the parallel state court action filed in the District Court of Dawes County (Case No. CI 17-0107). Despite an opportunity to file supplemental briefing, Plaintiffs have not cited (and the court has not found) any law authorizing this court to consolidate a state and a federal case—even if in all respects, other than forum, they are nearly identical.

Accordingly,

IT IS ORDERED that Plaintiffs' motion to consolidate, (Filing No. 60), is denied.

July 3, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge