# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the ESTATE OF FATIMA LISSETTE LARIOS and on behalf of next of kin, and NELSON LARIOS, as next of kin, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, and CHADRON STATE COLLEGE, <br><br> Defendants. | Case No. 8:17-cv-00031 <br><br><br> **MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. R. Civ. P. 56, Defendants Board of Trustees of the Nebraska State Colleges, and Chadron State College (together, "Defendants") move the Court for an Order granting them summary judgment on each of the Plaintiffs Lissette Larios Roohbakhsh, as personal representative of the Estate of Fatima Lissette Larios, and Nelson Larios' claims set forth in their Complaint. The Defendants state that the pleadings and exhibits, together with the declarations, show that there is no genuine issue as to any material fact with respect to the Plaintiffs' claims and that the Defendants are entitled to judgment as a matter of law. In support of their motion, the Defendants submit their Brief in Support of Motion for Summary Judgment, as well as the accompanying exhibits.

WHEREFORE, the Defendants request that this Court grant summary judgment with prejudice with respect to each of the Plaintiffs' claims, award the Defendants their attorneys' fees and costs, and provide any further relief the Court deems just and proper.

DATED this 15th day of February, 2019.

                                       BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES AND CHADRON STATE COLLEGE, Defendants,

BY:   /s/Leigh Campbell Joyce
        George E. Martin III (NE #21747)
        Leigh Campbell Joyce (NE #26218)
        BAIRD HOLM LLP
        1700 Farnam Street, Suite 1500
        Omaha, NE 68102
        Phone: 402-344-0500
        Facsimile: 402-344-0588
        Email: gmartin@bairdholm.com
                  lcampbell@bairdholm.com

        Thomas E. Johnson (NE#12089)
        Johnson & Tabor
        11932 Arbor St., Suite 101
        Omaha, NE 68144
        Phone: 402-506-4444
        Facsimile: 402-506-4442
        Email: tjohnson@johnsontabor.com

## CERTIFICATE OF SERVICE

 I hereby certify that on February 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

>Christopher P. Welsh
>cwelsh@welsh-law.com
>
>Antonio M. Romanucci
>Martin Gould
>aromanucci@rblaw.net
>mgould@rblaw.net
>
>Adele P. Kimmel
>akimmel@publicjustice.net

and I hereby certify that I have mailed by United States Postal Service, postage prepaid, and email this document to the following non CM/ECF participants: None.

                /s/Leigh Campbell Joyce

DOCS/2232136.1