IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the ESTATE OF FATIMA LISSETTE LARIOS and on behalf of next of kin,<br><br>and<br><br>NELSON LARIOS, as next of kin,<br><br>    Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES,<br><br>and<br><br>CHADRON STATE COLLEGE,<br><br>    Defendants. | Case No. 8:17-cv-00031 |

**PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES TO PLAINTIFFS**

Plaintiffs Lissette Larios Roohbakhsh, as personal representative of the Estate of Fatima Lissette Larios and on behalf of next of kin, and Nelson Larios, as next of kin (together, "Plaintiffs"), object and answer Defendants' First Set of Interrogatories to Plaintiffs as follows:

**OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

Plaintiffs object to Defendants' instructions and/or definitions to the extent they are inconsistent with and not contemplated by the Federal Rules of Civil Procedure. Plaintiffs object to the definition of "document" to the extent it is different than the definition of "document" contained in Fed. R. Civ. P. 34.

Plaintiffs further object to the interrogatories, including the instructions and definitions,

1

**EXHIBIT 2**

each provider, provide their current address and telephone number, the nature of the treatment they provided her, and the dates of treatment.

**ANSWER:**

**Plaintiffs object to this Interrogatory as it is overly broad, unduly burdensome (particularly in terms of identifying every date of treatment), not properly limited by temporal scope, and not reasonably likely to lead to the discovery of admissible evidence. Subject to the foregoing objections and without waiver thereof, and answering only the portion of the interrogatory to which Plaintiffs do not object, Plaintiffs are unaware of Fatima Larios receiving treatment from any psychologist, therapist, or mental health medical professional. Answering further, Plaintiff had sought treatment from the following medical providers:**

- **Lola Steinbaum, MD**
    - 2 Upper Ragsdale Drive, B110
    - Monterey, CA 93940
    - (831) 333-1345
    - Fatima Larios sought several routine check-ups or treatment for relatively minor health issues
- **Gary Palma, DDS (Orthodontist)**
    - 81 Via Robles,
    - Monterey, CA 93940
    - (831) 373-0415
- **Dung Tran, DDS (Dentist)**
    - 243 El Dorado St, Monterey, CA 93940
    - (831) 647-1200

**Plaintiff is believed to have sought some treatment from urgent care clinics, and medical providers at Austin-Peay University and Chadron State College, for routine or relatively minor healthcare needs. Investigation continues. Plaintiffs reserve the right to supplement this response.**

**INTERROGATORY NO. 7:** Identify every educational institution Fatima attended. For each institution, provide their address and the dates of attendance.

**ANSWER:**

**Plaintiff objects as Interrogatory is overly broad, not limited to relevant time period, and unlikely to lead to the discovery of relevant evidence. Subject to the foregoing objections and without waiver thereof, and answering only the portion of the interrogatory to which Plaintiffs do not object, Plaintiff answers as follows:**

**Chadron State College**
**1000 Main**
**Chadron, NE 69337**
**2014-2015**

**Austin Peay University**
**601 College**
**Clarksville, TN 37044**
**2013-2014**

**Santa Catalina High School**
**1500 Mark Thomas Drive**
**Monterrey, CA 93940**
**2009-2013**

**Pacific Grove Middle School**
**835 Forest Avenue**
**Pacific Grove, CA 93950**
**2006-2009 (roughly)**

**INTERROGATORY NO. 8:** Identify every employer Fatima provided any services for during her lifetime. For each employer, provide their address, telephone number, and the dates Fatima was employed with them.

**ANSWER:**

**None Plaintiffs are aware of.**

**INTERROGATORY NO. 9:** Identify all individuals known to you who had a romantic relationship with Fatima. For each individual, provide their address and telephone number and the approximate dates and duration of the relationship.

**ANSWER:**

**Objection, Defendants' Interrogatory is vague in terms of what constitutes a "romantic relationship," unduly burdensome, not properly limited to the relevant time period, and unlikely to lead to the discovery of relevant evidence. Subject to the foregoing objections and without waiver thereof, and answering only the portion of the interrogatory to which Plaintiffs do not object, Plaintiffs are aware of Fatima having a romantic relationship with Brandon Finona which began when Fatima was a Junior or Senior in High School. Plaintiffs direct Defendants to Chadron Police Department's investigative reports, witness**

10

**Lissette Larios Roohbakhsh (mother)**
**400 Virgin Avenue**
**Monterrey, CA 93940**
**50 years old**

**Mickey Roohbakhsh (stepfather)**
**400 Virgin Avenue**
**Monterrey, CA 93940**
**55 years old**

**Arian Roohbakhsh (brother)**
**400 Virgin Avenue**
**Monterrey, CA 93940**
**3 years old**

**INTERROGATORY NO. 15:** Identify by name every individual you are referring to in the following paragraphs of the Complaint: ¶¶ 17, 23, 24, 25, 26.

**ANSWER:**

**Objection, Defendants' Interrogatory is vague, overly broad, and unduly burdensome. Subject to the foregoing objections and without waiver thereof, and answering only the portion of the interrogatory to which Plaintiffs do not object, Plaintiffs direct Defendants to Plaintiffs' 26(a) disclosures, answer to Interrogatory No. 5, letters from friends and family, and other discovery produced in the case. Plaintiff further identifies: Alex Trujillo, Alexandra Porter DeVoogd, Aspen Eubanks, Ashley Eisenbraun, Jessica Eatmon-Hoopes, Brooke Wakefield, Clarissa Cortez, Maryln Romero, Ireland Barnes, Rene Kausin, Olivia Robinson, Giselle Acavedo, Annie Aldrete, Chase Leehan, and Jasmine Jackson. Investigation continues. Plaintiff reserves the right to seasonably supplement.**

**INTERROGATORY NO. 16:** Describe in detail any and all instances known to you in which Fatima's family members were involved in a domestic violence incident or allegations (e.g., 911 calls, police reports, etc.) and/or which were witnessed by Fatima.

**ANSWER:**

**None.**

**INTERROGATORY NO. 17:** Identify all school-related extracurricular and/or athletic endeavors Fatima engaged in from January 1, 2010 to January 31, 2015, including the time

13

period for which she participated. If such activities were through an educational institution or organization, provide the name and contact information for such entity.

**ANSWER:**

**Chadron State College**
**1000 Main**
**Chadron, NE 69337**
**2014-2015**
- University Softball Team

**Austin Peay University**
**601 College**
**Clarksville, TN 37044**
**2013-2014**
- University Softball Team

**Santa Catalina High School**
**1500 Mark Thomas Drive**
**Monterrey, CA 93940**
**2009-2013**
- Junior/Senior Year – Softball, Water Polo, Soccer and Basketball Teams
- Freshman/Sophomore Years – Softball, Soccer, and Basketball Teams
  DATED: 12/12/17

                Respectfully Submitted,

                WELSH & WELSH; ROMANUCCI & BLANDIN, LLC; AND PUBLIC JUSTICE, PC,

                ____/s Martin D. Gould____
                Attorney for Plaintiff

Christopher P. Welsh
WELSH & WELSH, PC, LLO
9290 West Dodge Road
204 The Mark
Omaha, Nebraska 68114
(402) 384-8160
(402) 384-8211 - Facsimile
cwelsh@welsh-law.com

14

Antonio M. Romanucci, Esq. (admitted Pro Hac Vice)
Martin Gould, Esq. (admitted Pro Hac Vice)
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000
aromanucci@rblaw.net
mgould@rblaw.net

Adele P. Kimmel, Esq. (admitted Pro Hac Vice)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
(202) 797-8600
akimmel@publicjustice.net

## CERTIFICATE OF SERVICE

I certify that I sent a true and correct copy of the above and foregoing document by electronic mail this 12th Day of December, 2017, to the following:

> George Martin
> Thomas E. Johnson
> gmartin@bairdholm.com
> tjohnson@bairdholm.com

>> /s/Martin D. Gould
>> Attorney for Defendants

15