**Shelley Dunbar**

From: Grywusiewicz, Aryn
Sent: Friday, November 14, 2014 9:47 AM
To: Shelley Dunbar
Subject: Re: Letter to player

Shelley,

Coach Stack and I met with Fatima on Wednesday, November 12th, to discuss in further detail on why the letter was sent to her. Nothing was revealed from her on her end. If anything else happens, or if she decides to come forward, I will let you know. Thank you for all you've been doing.

Aryn G.

From: Shelley Dunbar
Sent: Thursday, November 6, 2014 4:30 PM
To: Grywusiewicz, Aryn; Robert Stack
Cc: Joel Smith
Subject: Letter to player

I sent off a letter to Fatima this afternoon under our Title IX obligations. The letter is a general statement reaching out to her if she would like some assistance and I attached BP 3020. You were both sent a copy of the letter.

Aryn - if you could please follow up with me regarding your discussion with her, I would appreciate it.
Let me know if you have questions.
*Shelley Dunbar*
*Director of Human Resources*
*Chadron State College*
*(308) 432-6038*

1

**EXHIBIT 17**

CSC002741

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER