## Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

LISSETTE LARIOS ROOHBAKHSH, as )
personal representative of the )
ESTATE OF FATIMA LISSETTE LARIOS )
and on behalf of next of kin, ) Case No.
) 8:17-cv-00031-
and ) JFB-CRZ
)
NELSON LARIOS, as next of kin )
)
    Plaintiffs, )
)
  v. )
)
BOARD OF TRUSTEES OF THE NEBRASKA )
STATE COLLEGES )
)
and )
) TAKEN IN BEHALF
CHADRON STATE COLLEGE, ) OF THE
) PLAINTIFFS
    Defendants. )
_____)

DEPOSITION OF JON HANSEN, taken at 9:56 a.m. on April 4, 2018, by Rachel McMenamin, CSR, RPR and General Notary Public in and for the State of Nebraska, at 1500 Woodmen Tower, 1700 Farnam Street, Omaha, Nebraska.

## Page 2

APPEARANCES:

Mr. Martin D. Gould    For Plaintiffs
Attorney at Law
ROMANUCCI & BLANDIN, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654

Mr. Thomas E. Johnson    For Defendants
Attorney at Law
BAIRD HOLM LAW FIRM
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102

ALSO PRESENT: Kimberly Brown

## Page 3

    I N D E X
EXAMINATION:  DIRECT  CROSS  REDIRECT  RECROSS
JON HANSEN
By Mr. Gould:    4

    E X H I B I T S

Ex.  Pg. Ref.
No.  No.  Description
Hansen 1  7    Chadron State College
          Sexual Assault
          Sex Harassment
          Domestic/Relationship Violence

Hansen 2A  10    Policy 3020

Hansen 2B  10    Policy 3020

Hansen 2C  10    Policy 3020

Hansen 3  7    November 7, 2014, Email

Hansen 4  7    Title IX "Designee" Training
      for CSC
Hansen 5  8    Handwritten Notes
Hansen 6  88    Project Strive/TRIO Memo

    Exhibits Previously Marked
Gurrola 3  78
Gurrola 5  68
Plf's 4  33

## Page 4

CERTIFICATION BY NOTARY

I, Rachel McMenamin, General Notary Public, do hereby certify that I served as the Court Reporter at the deposition of Jon Hansen on April 4, 2018, at 1500 Woodmen Tower, 1700 Farnam Street, Omaha, Nebraska, and that the following questions were asked and witness refused to answer same:

Page 14, Line 19

_____
GENERAL NOTARY PUBLIC

DIRECT - HANSEN (Gould)

Page 5

1        JON HANSEN
2   Of lawful age, being first
    duly cautioned and solemnly
3   sworn as hereinafter certified,
    was examined and testified as
4   follows:
5       DIRECT EXAMINATION
6  BY MR. GOULD:
7   Q  Can you please state and spell your full
8  name for the record?
9   A  Jon Paul Hansen.
10  Q  Have you ever given a deposition before?
11  A  No, sir.
12  Q  Before we start, I'm going to go over the
13 rules of the deposition so we're all on the same
14 page here. I'm going to be asking you a number of
15 questions. If you do not understand my question,
16 you need to tell me. Otherwise, I'm going to assume
17 that you understood the question and you answered
18 truthfully and to the best of your ability, sound
19 fair?
20  A  Yes, sir.
21  Q  Throughout the deposition, we may be --
22 become conversational. I need you to give verbal
23 responses, yes, no answers. No huh-uhs, uh-huhs.
24 That's for the court reporter's sake so the record
25 is clear, okay?

Page 6

1  A  Yes, sir.
2  Q  Can we agree on that?
3  A  Yes, sir.
4  Q  Let me finish asking my question before
5 you answer, and I'll wait for you to answer before I
6 ask my next question, okay?
7  A  Yes, sir.
8  Q  Bathroom breaks, you can take them. The
9 only rule is that if I have a question pending, you
10 have to answer the question first before you take a
11 break. Can we agree on that?
12  A  Yes.
13  Q  Can you -- can you please state and spell
14 your last name for the record?
15  A  Hansen. H-a-n-s-e-n.
16  Q  How old are you, sir?
17  A  Forty-nine.
18  Q  Are you currently employed?
19  A  Yes.
20  ==Q  Where do you work?==
21  ==A  Chadron State College.==
22  ==Q  And what's your job title?==
23  ==A  Vice President for Enrollment Management,==
24 ==Marketing, and Student Services.==
25  ==Q  And how long have you been employed by==

Page 7

1 ==Chadron State College?==
2  ==A  In this capacity, I have been employed by==
3 ==Chadron State College since February of 2013. I==
4 ==believe it's February 18.==
5  Q  In preparation for this deposition, did
6 you review any documents?
7  A  Yes.
8  Q  What documents?
9     MR. JOHNSON: We'll give you copies. Do
10 you have those copies?
11     MS. BROWN: I have four copies of each of
12 them, Marty, so --
13     MR. GOULD: Okay.
14     MS. BROWN: -- if you want to enter them
15 in and then --
16     MR. GOULD: We'll mark these.
17     MR. JOHNSON: Why don't you go ahead and
18 give him two copies of each so he can mark one as an
19 exhibit.
20     MS. BROWN: There you go.
21     MR. JOHNSON: Okay.
22     MS. BROWN: And then I'll start another
23 stack.
24     MR. GOULD: All right. So I'm going to
25 mark this Chadron State College, Sexual Assault,

Page 8

1 Sexual Harassment, and Domestic/Relationship
2 Violence PowerPoint as Hansen Exhibit 1.
3     (Hansen Exhibit Number 1 was marked for
4 identification.)
5     MR. GOULD: I'm going to mark Policy 3020
6 as Hansen Exhibit 2.
7     (Hansen Exhibit Number 2 was marked for
8 identification.)
9     MR. GOULD: I'm going to mark an email
10 from Shelley Dunbar to Jon Hansen, Joel Smith,
11 cc'ing Kristin Petersen on November 7, 2014, as
12 Hansen Exhibit 3.
13     (Hansen Exhibit Number 3 was marked for
14 identification.)
15     MR. GOULD: I'm going to mark the
16 Title IX "Designee" Training for CSC as Hansen
17 Exhibit 4.
18     (Hansen Exhibit Number 4 was marked for
19 identification.)
20 BY MR. GOULD:
21  Q  Mr. Hansen, can you tell me, what is this
22 document here?
23  A  Those -- this first page is notes that
24 Dr. Rhine gave me from when we met with
25 Mr. Larios and -- Mr. Larios, Nelson and Elmer, just

2 (Pages 5 to 8)

Page 125

1  MR. JOHNSON: Object to the form of the
2  question.
3  A  I -- I don't know.
4  Q  Okay. Well, in terms of Chadron State
5  College, you believe they -- they couldn't have done
6  anything else about it; is that right?
7  MR. JOHNSON: Object, form of the
8  question, asked and answered.
9  A  I don't know that there's anything that we
10 could have done that would have -- would have
11 changed this situation. We could have made it
12 better. We could have made it worse. It could have
13 been the same. I don't know.
14 MR. GOULD: No further questions.
15 MR. JOHNSON: We'll read and sign. We'll
16 start the next deposition at 2 o'clock.
17 (The deposition was concluded at
18 12:54 p.m.)

Page 126

1  J U R A T
2
3  I, JON HANSEN, do hereby state under oath
4  that I have read the above and foregoing deposition
5  in its entirety and that the same is a full, true,
6  and correct transcription, with my noted corrections,
7  if any, of my testimony so given at said time and
8  place.
9
10
11     _____
           (Deponent's Signature)
12     _____
           (Date)
13
14
   STATE OF NEBRASKA   )
15                     ) ss.
   COUNTY OF DOUGLAS   )
16
17     Subscribed and sworn to before me on this
18 _____ day of _____, 2018.
19
20
21
22     _____
           GENERAL NOTARY PUBLIC
23

Page 127

1  C E R T I F I C A T E
2  STATE OF NEBRASKA   )
                       ) ss.
3  COUNTY OF DOUGLAS   )
4      I, Rachel McMenamin, General Notary Public
5  in and for the State of Nebraska, do hereby certify
6  that JON HANSEN was by me duly sworn to testify the
7  truth, the whole truth and nothing but the truth, and
8  that the deposition by him as above set forth was
9  reduced to writing by me.
10     That the within and foregoing deposition
11 was taken by me at the time and place herein
12 specified and in accordance with the within
13 stipulations, the reading and signing of the witness
14 to his deposition having not been waived.
15     That I am not counsel, attorney or relative
16 of either party or otherwise interested in the event
17 of this suit.
18     IN TESTIMONY WHEREOF, I have placed my hand
19 and notarial seal this 11th day of April, 2018.
20
21     _____
           GENERAL NOTARY PUBLIC
22
   COST: $_____
23

Page 128

1  IN THE UNITED STATES DISTRICT COURT
         DISTRICT OF NEBRASKA
2
3  LISSETTE LARIOS ROOHBAKHSH, as )
   personal representative of the )
   ESTATE OF FATIMA LISSETTE LARIOS )
4  and on behalf of next of kin,   ) Case No.
              and                  ) 8:17-cv-00031-
5  NELSON LARIOS, as next of kin   ) JFB-CRZ
         Plaintiffs,    )
6         v.            )
   BOARD OF TRUSTEES OF THE NEBRASKA )
7  STATE COLLEGES             )
              and     ) CERTIFICATE
8  CHADRON STATE COLLEGE,     ) OF REPORTER
         Defendants.    )
9  _____)
10
       I, Rachel McMenamin, General Notary Public,
11 do hereby certify that I served as the Court Reporter
   at the deposition of JON HANSEN on April 4, 2018, at
12 1500 Woodmen Tower, 1700 Farnam Street, Omaha,
   Nebraska, in which the costs of reporting and
13 transcribing the deposition were $_____, and that
   such costs are to be paid by counsel for the
14 plaintiffs.
       I further certify that the original and
15 copies were sent to: Original and 1 copy to
   Mr. Martin D. Gould; 1 copy to Mr. Thomas Johnson.
16
       Dated this 11th day of April, 2018.
17     Delivered: _____
18     _____
           GENERAL NOTARY PUBLIC
19         Rachel McMenamin
           Thibault, Suhr & Thibault, Inc.
20         6818 Grover Street
           Omaha, NE 68127
21         (402) 331-2500

```
                                                  Page 129
 1            April 11, 2018
 2   Mr. Thomas Johnson
     Attn: JON HANSEN
 3   1500 Woodmen Tower
     1700 Farnam Street
 4   Omaha, NE 68102
 5   Dear Mr. Hansen:
 6   You will recall on April 4, 2018, I took your
     deposition at 1500 Woodmen Tower, 1700 Farnam Street,
 7   Omaha, Nebraska dealing with the case of LISSETTE
     LARIOS ROOHBAKHSH, as personal representative of the
 8   ESTATE OF FATIMA LISSETTE LARIOS and on behalf of
     next of kin, Plaintiffs v. Board of Trustees of the
 9   Nebraska State Colleges and Chadron State College,
     Defendants. Your signature on the deposition was not
10   waived.
11   The miniscript of the transcript, which is an exact
     duplicate of the original, is ready for your review.
12   I would appreciate it if you would read it, then sign
     the errata sheet and jurat page and return back to me
13   in the enclosed envelope as soon as possible. You
     may keep the miniscript. Local practice allows a
14   witness 30 days in which to read and sign the
     original and return same to the reporter.
15
     As you read the miniscript, please note any
16   corrections you might have on the correction sheet
     enclosed with the miniscript giving the page number,
17   line number, and the reason for the correction to be
     made as so indicated on the sheet.
18
     After reading and noting any corrections on the
19   sheet, please sign the jurat page and also the
     correction page. Please sign both pages in front of
20   a Notary Public and then have the Notary sign on the
     proper line.
21
     Thank you for your cooperation in this matter.
22
              Yours truly,
23
              Rachel McMenamin
24   cc: Mr. Martin D. Gould
         Mr. Thomas Johnson
25
```

```
                                                  Page 130
 1   DEPOSITION CORRECTIONS OF JON HANSEN
 2   CASE: LARIOS v. BOARD OF TRUSTEES OF THE NEBRASKA
            STATE COLLEGES, ET AL.
 3      Case No. 8:17-cv-00031-JFB-CRZ
 4   PAGE  LINE             REASON FOR
     NO.   NO.   CORRECTION  CORRECTION
 5
 6   ____*____*_____*_____
 7   ____*____*_____*_____
 8   ____*____*_____*_____
 9   ____*____*_____*_____
10   ____*____*_____*_____
11   ____*____*_____*_____
12   ____*____*_____*_____
13   ____*____*_____*_____
14   ____*____*_____*_____
15   ____*____*_____*_____
16   ____*____*_____*_____
17   ____*____*_____*_____
18
19          _____
            SIGNATURE OF WITNESS
20   STATE OF NEBRASKA)
                     ) ss
21   COUNTY OF DOUGLAS)
22      Subscribed and sworn to before me this
        _____ day of _____, 2017.
23
            _____
24          GENERAL NOTARY PUBLIC
25
```

33 (Pages 129 to 130)

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

```
 1                          J U R A T

 2

 3         I, JON HANSEN, do hereby state under oath

 4   that I have read the above and foregoing deposition

 5   in its entirety and that the same is a full, true,

 6   and correct transcription, with my noted corrections,

 7   if any, of my testimony so given at said time and

 8   place.

 9
                    _____
10
                       (Deponent's Signature)
11
                          05/09/18
12                  _____
                              (Date)
13

14
     STATE OF NEBRASKA    )
15                        )  ss.
     COUNTY OF ~~DOUGLAS~~  )
16             Dawes

17         Subscribed and sworn to before me on this
     9th
18   _____ day of  May      , 2018.

19

20

21
                    _____
22
                         GENERAL NOTARY PUBLIC
23
             General Notary - State of Nebraska
24              STEFANI VAN VLEET
                My Comm. Exp. June 11, 2018.
25
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500

```
 1  DEPOSITION CORRECTIONS OF JON HANSEN

 2  CASE:   LARIOS v. BOARD OF TRUSTEES OF THE NEBRASKA
                    STATE COLLEGES, ET AL.
 3          Case No. 8:17-cv-00031-JFB-CRZ

 4  PAGE    LINE                              REASON FOR
    NO.     NO.     CORRECTION                CORRECTION
 5

 6      *       *                        *

 7      *       *                        *

 8      *       *                        *

 9      *       *                        *

10      *       *                        *

11      *       *                        *

12      *       *                        *

13      *       *                        *

14      *       *                        *

15      *       *                        *

16      *       *                        *

17      *       *                        *

18
                                    [signature]
19                                  SIGNATURE OF WITNESS

20  STATE OF NEBRASKA)
                     ) ss
21  COUNTY OF ~~DOUGLAS~~) Dawes

22   9̶ 4   Subscribed and sworn to before me this
    ___ day of  May        , 201̶7̶ 8.
23                          [signature]
24              General Notary - State of Nebraska
                STEFANI VAN VLEET         GENERAL NOTARY PUBLIC
25              My Comm. Exp. June 11, 2018.
```

THIBAULT, SUHR & THIBAULT, INC.
Omaha, Nebraska (402) 331-2500