# Robert Stack

| | |
|---|---|
| **From:** | Shelley Dunbar |
| **Sent:** | Wednesday, November 5, 2014 2:00 PM |
| **To:** | Robert Stack; Joel Smith |
| **Subject:** | follwo up with Title IX concernl |

I talked to Aryn yesterday and then touched base with Kristin as to **the right approach** on the possible situation with Fatima. I advised Aryn to talk to Fatima about the fact she (Aryn) had noticed a change in her behavior before, during and after practice and then express her concerns for her wellbeing. She is also going to mention she saw bruises on Fatima's arms. Aryn will cover the obligation of the college to reach out if we have information there may be a possible violation of our 3020 policy. Tomorrow I will follow up with Aryn to see how the conversation went and I will send the Policy and a letter to Fatima. The letter will state she is not under any obligation to go further with the matter - but it will also state that we do not tolerate acts of violence against our students.

Rob - you can certainly join Aryn when she talks to her. This will be touchy because we do not know how she will react and I don't want to be over baring on her. The best thing that will come out of it initially is Fatima will know there is a process if she feels she needs help. Because Aryn has actually noticed the bruises herself and the crying before practice and not coming to study hours after, Aryn will not have to disclose that team mates have come forward. The team mates coming to Aryn along with Aryn's observations is the reason that we need to reach out under Title IX

Let me know if you have questions.

**Shelley Dunbar**
**Director of Human Resources**
**Chadron State College**
(308) 432-6038

EXHIBIT 31

CSC000176

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER