**Shelley Dunbar**

**From:** Shelley Dunbar
**Sent:** Thursday, November 06, 2014 3:47 PM
**To:** Larios, Fatima
**Subject:** Concern
**Attachments:** Initial memo to Fatima.pdf; (2) 3020 Edited.Nov 2014docx.docx

Hi Fatima,

I would like to introduce myself, I am Shelley Dunbar, the Title IX Coordinator at CSC. Based on some recent information provided to my office, I am sending you the attached documents which may or may not be pertinent to you at this time. Please know, we have a genuine concern for the well-being of all our students and want to provide understand of our procedure should they be involved in a situation listed in our Board Policy 3020. Please contact me if you would like my assistance at the number listed below.

*Shelley Dunbar*
*Title IX Coordinator*
*Chadron State College*
*(308) 432-6038*

1

CSC000162

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT 33