**Robert Stack**

| | |
|---|---|
| From: | Shelley Dunbar |
| Sent: | Thursday, November 6, 2014 4:31 PM |
| To: | Grywusiewicz, Aryn; Robert Stack |
| Cc: | Joel Smith |
| Subject: | Letter to player |

I sent off a letter to Fatima this afternoon under our Title IX obligations. The letter is a general statement reaching out to her if she would like some assistance and I attached BP 3020. You were both sent a copy of the letter.

Aryn -if you could please follow up with me regarding your discussion with her, I would appreciate it.
Let me know if you have questions.
***Shelley Dunbar***
***Director of Human Resources***
***Chadron State College***
***(308) 432-6038***

1

CSC000175

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT
34