**Jon Hansen**

**From:** Shelley Dunbar
**Sent:** Friday, November 07, 2014 12:55 PM
**To:** Jon Hansen; Joel Smith
**Cc:** Kristin Petersen
**Subject:** follow up on Athletics Title IX situation

I sent a letter to Fatima Larios yesterday with the 3020 policy attached. Aryn G (Coaching Assistant) also gave Fatima the opportunity to discuss concerns with her relationship with Brandon Finona and the bruises. Fatima did not open up to Aryn or express a need for assistance, she told Aryn she hasn't been herself lately because she is homesick.

When 2 of the team mates questioned Fatima recently, she told the girls she is dating Brandon again and there is nothing bad going on. Previously Fatima had told three girls on the team that Brandon is aggressive and he had hurt her. When the girls saw the recent bruises, they were very concern but Fatima said they were from softballs. Aryn feels the team mates will continue to come to her if they feel Fatima is having problems

Aryn gave me little background on the couple. They are both from the same area in California and are freshmen. They were dating before coming here. Brandon came to play football and then as I understand it, Fatima ended up talking to Coach Stack about opportunities to play softball since she was following Brandon here. They have been on and off again a lot this fall since coming to CSC. At parties they are seen fighting but it is both of them. Fatima was in a fight herself with another girl at a party because Brandon brought this girl to the party. Incidents seem to happen when alcohol is involved. Fatima was hanging out with the team at first but lately has not doing that so much. The coaches will continue to monitor the situation. I gave Aryn the 3020 policy also so she understands it.

Let me know if you have any more thoughts and please keep me informed if new issues arise with this.
*Shelley Dunbar*
*Director of Human Resources*
*Chadron State College*
*(308) 432-6038*

1

CSC000173

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**EXHIBIT 35**