## Shelley Dunbar

| | |
|---|---|
| **From:** | Shelley Dunbar |
| **Sent:** | Tuesday, November 11, 2014 12:31 PM |
| **To:** | Larios, Fatima |
| **Subject:** | RE: Concern |

Hi Fatima,

As I mentioned, it may or may not pertain to you at this time but due to recent confidential information provided to my office, as the Title IX Coordinator, I am obligated under Federal statutes to provide policy information and to reach out to students when concerns that may be in violation of Policy 3020 are brought to my attention. Again, at Chadron State College, our students' well-being is top priority with us. We want to insure students feel they are in a safe environment where they can meet their educational and professional developmental goals.

Sincerely,

Shelley Dunbar
Title IX Coordinator - Chadron State College

**From:** Larios, Fatima
**Sent:** Monday, November 10, 2014 7:20 PM
**To:** Shelley Dunbar
**Subject:** Re: Concern

HI Mrs. Dunbar,
I'm just curious why this information is being sent to me?

**From:** Shelley Dunbar
**Sent:** Thursday, November 06, 2014 2:47 PM
**To:** Larios, Fatima
**Subject:** Concern

Hi Fatima,

I would like to introduce myself, I am Shelley Dunbar, the Title IX Coordinator at CSC. Based on some recent information provided to my office, I am sending you the attached documents which may or may not be pertinent to you at this time. Please know, we have a genuine concern for the well-being of all our students and want to provide understand of our procedure should they be involved in a situation listed in our Board Policy 3020. Please contact me if you would like my assistance at the number listed below.

*Shelley Dunbar*
*Title IX Coordinator*
*Chadron State College*
*(308) 432-6038*

1

EXHIBIT

**36**

CSC002740

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER