10/29/14

Fatima Lamos

Spring 2015
13 hrs.
Bruce Hoem

LS 236 C
other A
Personal Finance 239
2nd 9 weeks

Will work with OF
Wed @ 3:00 - 3:30
Cond @ 4:00

Thus @ 3:00 - 7:30
Sr Inf

**EXHIBIT 47**

CSC000200

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER