# Robert Stack

| | |
|---|---|
| **From:** | Larios, Fatima L. <FLARIOS@MY.APSU.EDU> |
| **Sent:** | Thursday, March 6, 2014 4:47 PM |
| **To:** | Robert Stack |
| **Subject:** | Austin Peay State University Transfer |

Hello Coach Stack,

My name is Fatima Larios from Monterey, California and I am a freshmen at Austin Peay State University in Clarksville, Tennessee. I was a member of the APSU softball team which was coach by Stephanie Paris and Shane Showalter and was recruited as a middle infielder but ended up being the starting center fielder. In the midst of reevaluating my life I realized I was not in a location that suited me. As my first year of college is starting to wrap up, I am trying to figure out my next step and realized I would love to be in an area near family and some where closer to home playing ball at a school I feel fits me. I have looked deep into your program, the school, and what is has to offer and I am interesting in transferring to Chadron State College. Not only will I have family in the area but I also have friends from home attending the school next fall. I feel like I could contribute greatly to the team and know the commitment that is expected in order to play. I would love to hear back from you soon! Have a good day.

Sincerely,

Fatima Larios
Austin Peay State University '17
flarios@my.apsu.edu

**EXHIBIT 48**

1

CSC000204