# RESIDENCE HALL CONTRACT
## Chadron State College

Name: Larios, Fatima                                    Student ID: 20465188

This contract between the undersigned student or parent/guardian and Chadron State College (CSC) is entered into this __9__ day of __June__, 20__14__. CSC agrees to provide residence hall room, board and meal services for the 2014-2015 academic term and the student agrees to pay for said services pursuant to the contract terms set forth below.

### Terms

**Housing Eligibility** - Only full-time CSC students may reside in residence halls unless prior written approval is granted by the Director of Housing & Residence Life.

**Policy Requirements** - In addition to the terms of this contract, all policies and requirements set forth in the 2014-2015 CSC Student Handbook, 2013-2015 General Catalog, and Nebraska State College Board of Trustees Policy Manual are incorporated herein, copies of which are available from the Housing Office or online.

**Room Assignment** - Each room shall be occupied by two students except where a single room is requested and available. The college reserves the right to reassign students, change room assignments and issue new contracts. The room assigned and the agreed rates pursuant to this contract are:

| Andrews Hall  328 | Double |
|---|---|
| (Residence Hall & Room #) | (Private or Double) |

Students assigned to a double room who have a roommate move out may choose; (a) reassignment to another room/building, (b) assignment of a new roommate or (c) enter into a new contract for a single room. It is the responsibility of the student to respond to notification of the options above within seven (7) calendar days. Failure to do so will result in an automatic prorated charge of a single room for the remainder of the semester.

Room reservations will be held until 12:00 noon on the first day of classes. At that time, rooms reserved for students who have not checked in will be reassigned unless the Housing Office has received written notification from the student that he/she will arrive late and that his/her room should be held.

**Meal Plan** - Students residing in residence halls must select a meal plan as part of this contract. In the event this contract is cancelled, students may be allowed to retain their meal plan at the discretion of the Director of Housing and Residence Life. **Please circle a meal plan:**

- 14 meal plan per week + $100 bonus bucks
- 150 meal block plan + $200 bonus bucks (approx. 9 meals per week)
- 280 meal block plan + $200 bonus bucks (approx. 17 meals per week)

*The above meal plans are available to all students. Meal plans are student owned and are not transferable. Bonus bucks can be added to at any time by stopping by the Business Office.

Students have the option to enter into a new contract in order to make a change to *decrease* the meal plan selection during the first two (2) weeks of classes. Students have the option to enter into a new contract in order to *increase* the meal plan at any time during the year.

**Amenities** - Internet and cable television services are provided as part of this housing contract.

**Damages** - Each student shall be responsible for any damages she/he causes to the building or equipment. Damage caused by undetermined individuals to public areas including restrooms, laundry or cooking facilities, lounges and hallways, shall be pro-rated among the residents using said areas.

**Room Inspection** - CSC reserves the right to enter residence hall rooms or common areas of the residence hall in accordance with the policies set out in the 2014-2015 CSC Student Handbook.

**Vacation Periods** - The residence halls are closed during vacation periods. If a student is unable to go home, he/she should notify the Residence Hall Director in advance. Arrangements for a place to stay can be made, although the student may be required to move to a different location and pay a per night fee since vacation periods are not covered by room and board payments.

EXHIBIT 49

CSC000153

**Contract Cancellation** - The college may unilaterally cancel this contract and take possession of any room for violation of the contract terms, violation of the 2014-2015 CSC Student Handbook, 2013-2015 General Catalog, or Nebraska State College Board of Trustees policies.

Room Reservation Cancellations

**No Cancellation Fee** if the cancellation is received in the CSC Housing Office prior to June 1 for Fall semester and December 1 for Spring semester.

- All application cancellations must be in writing and be sent to the Housing Office at Chadron State College. Emails are accepted but must be sent to cschousing@csc.edu. Housing responds to all emails if you do not receive a response, your email has not been received. If the cancellation is mailed, it must be postmarked prior to June 1 for Fall semester and December 1 for Spring semester.
- **$150.00 Room Reservation Cancellation Fee** is assessed for Canceling a Room Reservation after the deadlines of June 1 for Fall semester and December 1 for Spring semester and prior to the start date of the semester.
  - All cancellations, regardless of the application date or whether an actual room assignment has been made, will be subject to all of these policies.

Room Contract Cancellations

- **$150.00 Contract Cancellation Fee** is assessed for breaking a contract after the deadlines of June 1 for Fall semester and December 1 for Spring semester and prior to the start date of the contract.
- After the start of the semester, refunds will be calculated according to the following schedule:
- Week One & Two - 100% refund on room and the $150.00 Cancellation Fee
- Week Three - No room refund
- Cancellation Fee may be waived if:
  1. a student withdraws from college with the approval of the Vice President.
  2. has been suspended for academic or disciplinary measures, with the approval the Vice President.
  3. the contract is terminated with the approval of the Director of Housing or the Vice President.
- Meal plan refunds are prorated based upon the number of weeks used with no refund for the last four weeks of the term.

**Discrimination** - Chadron State College is an equal opportunity institution. CSC does not discriminate against any student, employee or applicant on the basis of race, color, national origin, sex, disability, religion, or age in employment and education opportunities, including but not limited to admission decisions. The College has designated an individual to coordinate the College's nondiscrimination efforts to comply with regulations implementing Title VI, VII, IX, and Section 504. Inquiries regarding non-discrimination policies and practices may be directed to Shelly Dunbar, Director of Human Resources, Title VI, VII, IX Compliance Coordinator, Chadron State College, 1000 Main Street, Chadron, NE 69337, (308)432-6224. The term "disability" includes physical or mental impairments that substantially limit one or more major life activities. Upon request, the College will provide students with disabilities with accommodations including, but not limited to, reasonable modifications to residence hall rooms. Students may contact ADA Services at 308-432-6232.

**Prohibitions**

(1) Residence hall rooms may not be used for commercial purposes.
(2) Pets are not permitted in residence halls, with the exception of service animals functioning as a disability accommodation that have been approved through CSC ADA Services.
(3) The use or possession of firearms, ammunition, explosives, or archery equipment is prohibited in the residence halls.
(4) Use or possession of alcohol or illegal drugs on state property by the student or guests of the student, including but not limited to the residence hall property, is prohibited.

Student Signature: _[signature]_       Date: 6/9/14
Address: 4960 Peninsula Point Dr, Seaside, CA 93955    Phone: 831-333-6577
Parent/Guardian: _Lissette Larios_     Date: 6/9/14
(if student is under 19 years of age, parent/guardian must sign)

Director of Housing & Residence Life: _mc_       Date: 6-12-14
(or authorized designee)

The student should retain a copy of this contract.        Rev. 2/2013

CSC000154

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER