

**EXHIBIT**

**50**

CHADRON STATE COLLEGE
The Nebraska State College System
Student Handbook 2014-2015

**Welcome**

Dear Student,

From the moment you first set foot on campus as a freshman, until you toss your cap into the air after you graduate, you will be surrounded by people dedicated to making your time at Chadron State College both rewarding and enjoyable.

Our dedicated and passionate faculty will prepare you to excel, as evidenced by the frequent recognition and awards our graduates receive in their fields. Our alumni around the country speak highly of the quality of the education they received at Chadron State and of their experiences here. Each fall, many of our alums return for homecoming to renew old acquaintances, and to recall a very special time in their lives.

Our current students hail from thirty five states and eleven foreign countries. Many of our students reside on our beautiful campus and enjoy the traditional college experience and many others come to us through our comprehensive distance learning opportunities from their homes around the state and country.

We recognize that the college experience is more than a classroom. Our beautiful campus, located in northwestern Nebraska, is set among splendid bluffs, pine covered hills and grassy plains, and is steeped in the small town atmosphere of Chadron, Nebraska. A host of extracurricular activities are designed to challenge and enrich your life and your college experience. Our many athletic programs, including NCAA Division II sports in the Rocky Mountain Athletic Conference, intramurals, and club sports provide you with an avenue to participate if you aspire to be a student athlete or a welcome diversion from your studies as you cheer from the stands with your friends.

If I had to pick one word to describe Chadron State College, it would be vibrant—the academic programs, the faculty, the support staff, the athletic programs, the campus life and our alumni are all vibrant. Welcome to Chadron State College!

Dr. Rhine

President, Chadron State College



1

**Table of Contents**

Welcome ................................................................................................................................. 1

Table of Contents ................................................................................................................... 2

Administrative Directory ....................................................................................................... 4

Phone Directory ..................................................................................................................... 4

Mission Statement .................................................................................................................. 5

Equal Opportunity Statement ................................................................................................. 5

I.  Introduction ....................................................................................................................... 5

II.  Academic Calendar .......................................................................................................... 5

III.  Services and Resources ................................................................................................... 6
*Bookstore* .............................................................................................................................. 6
*Business Office* ..................................................................................................................... 6
*Career and Internship Services* ........................................................................................... 6
*Childcare* ............................................................................................................................... 7
*Computing and Technology* ................................................................................................... 7
*Counseling Services* ............................................................................................................. 9
*Disability Services* .............................................................................................................. 10
*Emergency Services* ............................................................................................................ 11
*Food Service* ....................................................................................................................... 12
*Health Services* ................................................................................................................... 13
*Identification Cards* ............................................................................................................ 14
*International Student Services* ............................................................................................. 14
*Library/Learning Commons* ................................................................................................ 15
*Lost and Found* .................................................................................................................... 15
*Mail Services (Post Office)* ................................................................................................. 15
*Publications* ........................................................................................................................ 16
*Records Office* ..................................................................................................................... 16
*Safety and Security* ............................................................................................................. 16
*START Office (Advising & Financial Aid)* ........................................................................... 17
*Student Employment* ............................................................................................................ 17
*Student Support Services (Project Strive/TRiO)* ................................................................. 17
*Learning Center/Tutoring* .................................................................................................... 18
*Veteran Services* .................................................................................................................. 18

IV.  Student Activities and Organizations ............................................................................ 19
*Athletics* ............................................................................................................................... 19
*Intramural Sports* ................................................................................................................ 19
*Campus Activities Board* ..................................................................................................... 19
*Student Clubs and Organizations* ....................................................................................... 20

*Student Center* ........................................................................................................................... 20
*Student Government* ................................................................................................................... 20

V. Residence Hall Policies/Guidelines ........................................................................................ 20

VI.  Rights and Responsibilites .................................................................................................... 21
*Educational Community (Board Policy 3250)* ............................................................................ 21
*Student Rights* ............................................................................................................................ 21
*Student Organizations* ............................................................................................................... 22
*Student Fund Raising Activities* ................................................................................................. 23
*Family Educational Rights and Privacy Act (Board Policy 3650)* .............................................. 23
*Missing Student Notification Policy* ............................................................................................ 24
*Parking* ...................................................................................................................................... 25
*Smoking andTobacco Use Policy* ................................................................................................ 25

VII.  Code of Conduct ................................................................................................................... 26
*Authority for Disciplinary Action* ............................................................................................... 26
*Expectations for Students and their Behaviors (Board Policy 3100)* ......................................... 26
*Off-Campus Conduct* .................................................................................................................. 26
*Disruptive Behaviors* .................................................................................................................. 26
*Refusing a Reasonable Request* .................................................................................................. 26
*Conduct and Discipline* ............................................................................................................... 26
*Sanctions* .................................................................................................................................... 28
*Right to Due Process (Board Policy 3200)* .................................................................................. 28
*Temporary Suspension* ............................................................................................................... 28

VIII. Student Misconduct Appeal Procedure ............................................................................... 29

IX. Selected Academic Policies .................................................................................................... 31
*Academic Dishonesty* ................................................................................................................. 31
*Academic Appeals (Grade Appeals)* ........................................................................................... 32
*FYI Academic Reprieve* .............................................................................................................. 33
*Electronic and Recording Devices in Class* ................................................................................. 33

X. General Policies ...................................................................................................................... 33
*Billings, Payment and Refund Policy* .......................................................................................... 33
*Campus Clean Air Policy (Tobacco Use Policy)* .......................................................................... 34
*Residency Classification* ............................................................................................................. 34
*Open Flame Policy* ...................................................................................................................... 34
*Scheduling Campus Facilities* ..................................................................................................... 34
*Weapons/Explosives* ................................................................................................................... 34
*Anti-Harassment Policy* .............................................................................................................. 35
*Student Grievance Procedures* .................................................................................................... 35
*Sexual Assault and Harassment Reporting Policy* ....................................................................... 37
*Title IX* ....................................................................................................................................... 37

XI. Student Complaints Against Postsecondary Institutions ....................................................... 41

**Administrative Directory**

Randy Rhine, President
Sparks Hall, Room 218                                    (308) 432-6201
rrhine@csc.edu

Charles Snare, Vice President for Academic Affairs
Sparks Hall, Room 227                                    (308) 432-6203
csnare@csc.edu

Dale Grant, Vice President for Administration & Finance
Sparks Hall, Room 226                                    (308) 432-6202
dgrant@csc.edu

Jon Hansen, Vice President for Enrollment Management/Marketing/Student Services
Crites Hall, Room 335                                    (308) 432-6231
jhansen@csc.edu

Margaret Crouse, Dean - School of Education, HP & CPSW
Miller Hall, Room 218                                    (308) 432-6330
mcrouse@csc.edu

James Margetts, Interim Dean - Teaching and Learning and Liberal Arts
Old Admin, Room 233                                      (308) 432-6246
jmargetts@csc.edu

Joel Hyer, Dean - School of BEAMSS
Burkhiser, Room 214                                      (308) 432-6359
jhyer@csc.edu

Sherry Douglas, Senior Director of Student Services      (308) 432-6230
Crites Hall, Room 222
sdouglas@csc.edu

Pat A. Beu, Senior Director of Student Affairs           (308) 432-6231
Crites Hall, Room 337
pbeu@csc.edu

**Phone Directory for Frequently Called Offices**
Admissions Office                                        (308) 432-6263
Athletics                                                (308) 432-6344
Business Office                                          (308) 432-6241
Housing and Residence Life                               (308) 432-6355
Library                                                  (308) 432-6271
Records Office                                           (308) 432-6221
START Office (Advising and Financial Aid)                (308) 432-6060

4

**Mission Statement**

Chadron State College will enrich the quality of life in the region by providing educational opportunities, research, service, and programs that contribute significantly to the vitality and diversity of the region.

**Equal Opportunity Statement**

CSC is an equal opportunity institution and does not discriminate against any student, employee or applicant on the basis of race, color, national origin, sex, disability, religion, or age in employment and education opportunities, including but not limited to admission decisions. CSC has designated an individual to coordinate the College's nondiscrimination efforts to comply with regulations implementing Title VI, VII, IX, and Section 504. Inquiries regarding non-discrimination policies and practices may be directed to the following:

Human Resources Director          or          Dr. Pat Beu
Chadron State College                          Chadron State College
1000 Main Street                               1000 Main Street
Chadron, NE 69337                              Chadron, NE 69337
(308) 432-6224                                 (308) 432-6280

## I.    Introduction

The Chadron State College Student Handbook is available on the Internet at http://www.csc.edu/publications/csc_student_handbook.pdf to provide students with a guide to current policies, practices, and activities of the campus. It is not meant to serve as the ultimate authority concerning these matters, as Board of Trustees' policies are updated on a continual basis, and practices and activities are reassessed periodically. Please refer to the Board of Trustees Policy Manual online at www.nscs.edu and to Dr. Pat Beu, Senior Director of Student Affairs for clarification of any material found in the Chadron State College Student Handbook.

## II.   Academic Calendar

### Academic Calendar (Fall 2014)

| | |
|---|---|
| Classes begin for Fall 2014 | August 18 |
| Last day to enroll in 8-week class | August 20 |
| Last day to enroll in 16-week class | August 24 |
| Last day to drop for 100% refund | August 31 |
| Labor Day – no classes | September 1 |
| Midterm Break | October 13-14 |
| Last day to enroll in 2nd 8-week class | October 22 |
| Last day to drop for 100% refund for 2nd 8-week class | November 2 |
| Fall Break | November 26-28 |
| Final Exams Week | December 9-12 |
| Winter Commencement | December 12 |

*Academic Calendar (Spring 2015)*

| | |
|---|---|
| Classes begin for Spring 2015 | January 12 |
| Last day to enroll in 8-week class | January 14 |
| Last day to enroll in 16-week class | January 18 |
| Last day for 100% refund | January 25 |
| Midterm break | March 9-13 |
| Last day to enroll in 2nd 8-week class | March 18 |
| Scholastic Contest – no classes | March 27 |
| Last day to drop for 100% refund for | |
| 2nd 8-week class | April 3 |
| Spring break | April 6 |
| Final exams week | May 5-8 |
| Spring commencement | May 9 |

## III.    Services and Resources

### Bookstore
Phone: (308) 432-5445
The CSC Eagle Pride Bookstore is located in the Student Center.
www.eaglepridebookstore.com

The Eagle Pride Bookstore is your place for official Chadron State College clothing, textbooks and supplies. Buy and sell new and used textbooks and purchase software and gifts. The Eagle Pride Bookstore is the place for you to obtain the course materials you need at reasonable prices.

Regular business hours:
Monday – Friday 8:00 am – 4:30 pm, Saturday – Sunday Closed

### Business Office
Phone: (308) 432-6241
Crites Hall, room 113
www.csc.edu/businessoffice
In the Business Office you can obtain billing information, payment and refund information, pick up student employment checks, parking stickers, etc. Students are now able to make payments online through their MyCSC portal. Additional information is available on the CSC website.

### Career & Internship Services
Phone: (308) 432-6467
King Library 200-1
www.csc.edu/careerservices

Career and Internship Services helps students gain experience and employment within a chosen career or industry. Whether you are incoming freshmen, undecided, current students or in need of help outside your current major, career services offers valuable assistance to all interested students. Services provided include:

6

- Create/Update resumes
- Search for jobs and internships
- Explore majors and careers
- Search and apply for graduate programs
- Interview practice and coaching
- Change career paths
- Internship information and opportunities
- Credential file development and maintenance
- On-campus recruiting and interviewing

### Childcare
Phone: (308) 432-6379
The Child Development Center Laboratory is located in the Burkhiser Building
www.csc.edu/appliedsciences/cdc.

The CSC Child Development Center Laboratory has been in existence since 1972 on the
Chadron State College campus. The Laboratory serves as an educational program for the purpose
of 'educating educators,' who care for and about young children.

The Laboratory provides a high quality, developmentally appropriate, active learning
experiences for families with children between the ages of 2 and 9, of all ability levels.

All children are eligible to attend the Laboratory regardless of income status, race, religion,
origin, cultural background, gender, residence, ability or family status.

The Laboratory is state licensed by the Nebraska Department of Health and Human Services, and
nationally accredited by the National Academy of Early Childhood Programs. For more
information, contact Lona Vroman at (308) 432-6379.

### Computing and Technology
Phone: (308) 432-6311
Miller Hall, room 115
www.csc.edu/technology

Chadron State College provides and maintains computing and networking resources to be used
by students.  Resources available to students include the campus network and general and
specialized computer labs which are to be used for the sharing of knowledge, the creative
process, and collaborative work by the students.

Student e-mail accounts are automatically generated by Computer Services and are available
while enrolled at CSC.

Campus Computer Lab Facilities - Hardware and software in the computer labs are limited to the
hardware and software already found on the computers. No additional hardware or software is to
be installed in the campus computer labs. Hours of use are posted at each lab. Access to the

7

Internet is available from all general access labs and the majority of department labs. Access requires a username and password.

The general access labs available to students include the labs found in the following areas: Old Administration 3rd floor, Brooks Hall, Edna Work, High Rise lobby, Student Activity Center commons area, and Library basement. Many other department-based computer labs are available across campus. Refer to the Computer Lab Directory on the Technology web site for a list of labs, locations, number of computers, and responsible staff member. www.csc.edu/technology

Internet Accessibility - Residence Halls
Students may access the Internet and campus network with a wired fast Ethernet connection directly from residence hall rooms. Students are limited to one network connection to a personal computer.

Wireless Accessibility
Access to the wireless network is provided to students from designated area "hot spots" across campus. After registering a laptop with Computer Services, individuals may connect their personal wireless ready laptop to the Internet and public CSC servers. CSC wireless laptops are available for checkout from the Library desk for use in the Library by students with CSC computer lab accounts. All users of the wireless network must abide by CSC policies.

Electronic Library Resources
The Reta E. King Library provides easy access to an electronic database listing of books and reference materials available from the state colleges and universities in Nebraska. Access to the catalogs can be obtained from public PCs in the Library or via MyCSC.

PC for Individuals with Special Needs
A PC is available on the 1st Floor of King Library for use by students with a sight impairment, dyslexia or reading difficulties. Software provided includes Job Access with Speech (JAWS) and Kurzweil. Students wishing to utilize this resource should contact Jerry Cassiday, Disability Services Coordinator in Crites Hall, room 011. Students seeking disability services May through August should go to Aaron Prestwich, Crites Hall 337, or (308) 432-6280. Students may also contact the Tutoring Services Coordinator.

Computer Use Policies Although it is the policy of CSC not to monitor individual usage of any computing resources, CSC reserves the right to monitor user activities taking place on the CSC network and on computer lab systems, via network monitoring software, cameras, student lab assistant's observation, etc. without advance notice or specific permission, for any legitimate business purpose.

Students must follow College policies related to appropriate computer use. Additional information regarding CSC's computer use policies can be found at www.csc.edu/technology. Please note, CSC computer use policies adhere to federal laws and procedures, including copyright compliance as outlined in the following:

Fair Use

8

The Fair Use Guidelines evolved from the Copyright Act of 1976 and were developed for colleges and universities.  In a nutshell, students are not allowed to make copies of printed materials such as textbooks, library books and magazines that are copyright protected, including information from the Internet.

The Digital Millennium Copyright Act (DMCA)
The DMCA of 1998 prohibits file sharing of copyrighted audio, video or other mediated materials.

The Technology, Education and Copyright Harmonization (TEACH) Act
The TEACH Act, is aptly described in its title. It is intended to bring the technical provisions of DMCA into harmony with the Fair Use Guidelines for education, more specifically for on-line and other mediated instruction.

CSC Copyright Resources
- Students seeking additional material regarding copyright laws and procedures are encouraged to check out the CSC Reta King Library web site, www.csc.edu/library/fastfacts/copyright.csc./. Review of the following resources,, is strongly encouraged to ensure compliance CSC Procedure for Action on Possible Infringement of Intellectual Property Rights (DMCA)
- CSC Guidelines for Copyright and Higher Education (Fair Use and TEACH)
- CSC Written Notice of Institutional, Instructor, and Student Obligations under the TEACH Act

The unauthorized use or abuse of any college owned or leased computer system and installed software and files is prohibited.

Chadron State College reserves the right to cancel accounts, initiate disciplinary action, limit or restrict access to computer accounts, equipment or the network, file criminal charges or take other appropriate action against students who act in an irresponsible manner and/or infringe upon the rights of others.

Students found browsing, hacking, or attempting any type of security breach into areas outside of their assigned directory will face revocation of computer access, grades of "F", and possible suspension or expulsion from Chadron State College.

Detailed information regarding computer and technology use at Chadron State College can be found at www.csc.edu/technology.

***Counseling Services***
Phone: (308) 432-6268
Crites Hall, rooms 010 and 011
www.csc.edu/healthserv/counseling

Counseling services are available, free of charge, to all CSC students. Licensed counselors are available to help with difficult life situations and transitions. Students can access counseling

9

services by scheduling an appointment or by walk-in by contacting the number above. For emergency counseling assistance call 9-911 (from on-campus phone) or 911 (from off-campus phone).

Counseling can help students who are making difficult personal choices, going through periods of transition, dealing with feelings of depression or discouragement, seeking behavior changes, or dealing with other difficult life circumstances. Counseling can build self-understanding and enhance the ability to make responsible and healthy academic and personal life choices.

Crites Hall, Room 011
- Individual Counseling
- Group Counseling
- Self-Help Group Information
- Substance Abuse Evaluation
- Alcohol Education Classes
- Referrals to Agencies and Practitioners

Project Strive/TRiO Counselor
 (308) 432-6242
  High Rise Gold Room
- Individual Alcohol and Drug Evaluations
- Individual and Group Counseling
- ASI Provider


***Disability Services***
Phone: (308) 432-6268
Crites Hall, room 011
www.csc.edu/healthserv/counseling

In accordance with Section 504 of the Rehabilitations Act of 1973 and the Americans with Disabilities Act of 1990, Chadron State College is committed to providing learning opportunities for all students so they may achieve their academic potential. The goal of Disability Services is to provide a learning environment of equal access for all students. Reasonable accommodations may be provided to enable students with disabilities to learn, to receive information, and to demonstrate learned information. The accommodation process is interactive and requires full participation of the student.

During the academic year, students requesting accommodations need to submit, through a qualified health professional, documentation verifying the student's disability to Counseling and Disability Services, Crites Hall 011.  Students seeking disability services May through August should go Crites Hall 337 or call (308) 432-6280. Applicable diagnosis and a description of the impact of the disability on academic performance are required within the documentation to support the need for the requested accommodations. The College reserves the right to have the documentation reviewed by appropriate professionals and to request additional evaluation to gain supplemental information necessary to ensure appropriate accommodations.

Students are encouraged and supported in understanding their disabilities and in expressing any subsequent needs to their professors.

Chadron State College does not discriminate on the basis of a disability. Students are encouraged to visit with the College's disability compliance coordinator should the need arise. (See the EEO policy at www.csc.edu/hr/disclaimer.csc) or contact:

| | | |
|---|---|---|
| Shelly Dunbar | or | Dr. Pat A. Beu |
| Chadron State College | | Chadron State College |
| 1000 Main Street | | 1000 Main Street |
| Chadron, NE 69337 | | Chadron, NE 69337 |
| (308) 432-6224 | | (308) 432-6280 |

***Emergency Services***

Academic
In the event that an emergency (illness, accident, family problem) requires your absence from campus, you should contact each of your instructors as soon as possible. If this is not possible, you may call upon the Office of the Senior Director of Student Affairs at (308) 432-6231 for assistance. If the emergency should cause an extended absence, it may be possible to make arrangements with your instructors to complete your coursework at a later date. See the General Catalog for detailed information on procedures. If your absence has caused specific academic concerns for you, it is recommended that you request assistance from Counseling and Disability Services in Crites Hall, Room 011, or from your advisor.

Contacting Campus Security
The Security Office is located in the Physical Facilities building in the southwest corner of campus. If you need assistance, security can be contacted at this address or by calling 432-6037. If you need additional assistance in reporting a crime you may call the Chadron Police Department at 432-0510. In cases of EMERGENCY call 9-911 (from on-campus phone) or 911 (from off-campus phone).

Financial
If you are experiencing financial problems and cannot meet your obligation to the College, you should meet with staff from the START Office to discuss your situation. The START Office in is Crites Hall, Room 114.

Fire
If you are the first person to observe a fire in a campus building, do not try to put it out. Activate the building fire alarm through the nearest box. Leave the building using the nearest evacuation route. Buildings are to be reentered only after the appropriate officials have indicated that there is no longer an emergency. Turning in a false alarm or tampering with alarm equipment, in addition to being a state violation, is interpreted as endangering the lives of others and may result in suspension from the college and/or civil court action.

11

Health

Chadron Community Hospital and Health Services provides 24-hour-a-day emergency care (cost is not covered); the hospital is located at 825 Centennial Drive, 432-0232.

Tornado Information

Tornado watches and warnings are issued by the National Weather Service when the possibility of a tornado exists. Watches are generally used for wider areas exposed to a rapidly developing threat. The time period covered will normally be several hours. Not every watch will result in severe thunderstorms or a tornado, but one may result in some part of the watch area. During a tornado watch, you should be aware of changing weather conditions and should be prepared to move to a safe place. Tornado warnings are issued for much smaller areas and for shorter periods of time than watches. When a warning is issued, seek shelter or move to a safe area immediately.

If you are **indoors**....
    A. Move immediately from your classroom, work area, or residence room to an interior place of greater safety, closing doors as you leave.
    B. In multi-story buildings or residence halls, move to the basement or interior hallway on lower floors. Upper stories of buildings are unsafe. Close draperies and move away from exterior windows or glass.
    C. In classrooms or work areas move to the basement, interior hallways, stairwells, or other areas which are directly supported and are free from exterior windows and glass. Avoid: a) top floors of buildings, b) elevators (power may fail), c) food service areas and d) auditoriums, gymnasiums or other places with wide, free span roofs.
    D. Stay close to the floor and cover your head with a jacket, blanket, pillow, etc. and shield yourself from flying debris by staying under heavy furniture.
    E. If time permits and you are able to move to a shelter, take a flashlight and a battery powered transistor radio to supply you with accurate information.

If you are **outdoors**....
    A. Seek indoor shelter if possible (Parked motor vehicles are unsafe.)
    B. If you cannot get indoors, lie flat in a ditch or low spot.
    C. If you are on flat ground and caught in the path of a tornado, always move at an angle from the path of the storm.

Remain in a place of shelter until you hear the clear signal or until you are sure the danger has passed. For more information on tornado safety contact the Region 23 Emergency Management Agency at 432-2251.

Severe Weather Cancellation

Please check the Chadron State College website – www.csc.edu for news regarding the weather delays and cancellations. You can also tune into one of the following stations for information in the event of severe weather:

    KCSR - AM 610, Chadron, NE
    KQSK - FM 105.9, Alliance, NE

*Food Services*
Phone: (308) 432-6734
Student Center

12

www.csc.edu/diningservices

Monday - Friday
> Hot Breakfast 7:00 - 9:30 a.m. Mon. - Fri.

> Lunch 10:30 a.m. - 1:30 p.m. Mon. - Fri.

> Dinner 4:30 - 7:00 p.m. Mon. - Thurs., 4:30 - 6:00 p.m. Friday

Sunday

> Brunch 11:00 a.m. - 1:30 p.m. Sunday

> Lunch 1:30 p.m. - 3:00 p.m. Sunday

> Dinner 3:00 p.m. - 7:00 p.m. Sunday

Meal plans available:

| | |
|---|---|
| *5 Meal Commuter Plan | $589 |
| 150 Meal Block Plan + $200 | $1,312 |
| 14 Meal + $100/7 Day Plan | $1,371 |
| 280 Meal Block Plan + $200 | $1,512 |

*Not available for students in the residence halls*

**Health Services**
Phone: (308) 432-6232
Crites Hall, room 009
www.csc.edu/healthserv

The College Nurse is available to treat minor illnesses and injuries, to dispense over-the-counter medications and to assist with the CSC clinic which is staffed by the College Nurse and a Physician's Assistant (PA) or Nurse Practitioner (NP). The clinic is held at Chadron Community Hospital (825 Centennial Drive in Chadron, NE) from 7 am to 9 am weekdays during the fall and spring semesters. Appointments are necessary and can be made through the Health Services Office at 432-6232 or 432-6022. Office visits and CSC Clinic visits are free of charge but students will be responsible for any charges incurred with lab work, x-rays, prescribed medications and/or vaccinations needed. For more information about services offered, please access the website listed above.

Chadron State College provides a number of additional health services and resources to students.

On-campus resources include, but are not limited to, the following:

College Counselor: (308) 432-6268 Counseling services are available, free of charge, to all CSC students. Licensed counselors are available to help with difficult life situations and transitions. Students can access counseling services by scheduling an appointment or by walk-in by

13

contacting the number above. For emergency counseling assistance call 9-911 (from on-campus phone) or 911 (from off-campus phone).

Counseling can help students who are making difficult personal choices, going through periods of transition, dealing with feelings of depression or discouragement, seeking behavior changes, or dealing with other difficult life circumstances. Counseling can build self-understanding and enhance the ability to make responsible and healthy academic and personal life choices.

Crites Hall, Room 011
- Individual Counseling
- Group Counseling
- Self-Help Group Information
- Substance Abuse Evaluation
- Alcohol Education Classes
- Referrals to Agencies and Practitioners

Project Strive/TRiO Counselor
(308) 432-6242
High Rise Gold Room
- Individual Alcohol and Drug Evaluations
- Individual and Group Counseling
- ASI Provider

### Identification (ID) cards
Phone: (308) 432-6380
Student Center, North Platte Room (Conferencing Office)

One ID card is issued to each student upon registration for classes. ID cards are available in the Student Center (Conferencing Office) and are to be used for your entire college career. In case of a lost, broken, or stolen card, a duplicate is issued for $20.

ID cards are to be presented at the NPAC, library, cafeteria, games, and fine arts activities.

### International Students
http://www.csc.edu/international/

International Students are admitted through the Office of International Education (OIE). Student support for international students is available to help ensure academic success and a helpful transition to Chadron, Nebraska. It is understood that although studying in America is a very exciting prospect, navigating your way through daily issues in a new culture can be a challenge. Guidance in areas such as visa status, financial requirements, housing, employment opportunities, course selection and other issues is provided through the OIE office. The OIE office also is there to provide a familiar face or friendly conversation.

14

The OIE is located in Crites Hall, Room 227 (second floor, north end). The office hours are from 7:30 a.m. through 4:30 p.m. Monday through Friday. The office is closed Saturday, Sunday, and official holidays. The OIE telephone number is 308-432-6376.

**Library Learning Commons**
Reta E. King Library
Phone: (308) 432-6271
www.csc.edu/library

Normal hours of service
| | |
|---|---|
| Monday – Thursday | 7:00 am – 10:00 pm |
| Friday | 7:00 am – 4:30 pm |
| Saturday | Closed |
| Sunday | 1:00 pm – 9:00 pm |

The Reta E. King Library Learning Commons provides students and faculty with access to a wide variety of resources. The Library promotes and enhances student learning by providing information in all subject disciplines and providing a place conducive to studying, collaborating, and recreational reading.

The Library web pages provide reference sources, self-driven library tutorials, off-campus student services, subject guides, and email contact with a librarian, hours of operation, and other general library information. If the Library does not have the materials that you require, it can usually get them through interlibrary loan. Also, extended and personalized reference service with a librarian is always available by appointment.

The first floor of the library houses computer stations, a coffee shop, quiet groups study areas, copiers, the Information Technology (IT) help desk, a student lounge area, Tutoring Center/Supplement Instruction, Transitional Studies, Career and Academic Planning Service, and other services and resources. For more information, please access the website listed above.

**Lost and Found**
Please see the Human Resources Office, Sparks 122, regarding lost and found items. Students needing replacement identification cards must go to the Student Center (Conferencing Office).

**Mail Services (Post Office)**
Phone (308): 432-6063
The CSC mail room is located in the Physical Facilities building in the southwest corner of campus.

Mail is delivered regularly by the CSC mail services personnel to each residence hall and is placed in the mailboxes provided in the lobby area of each building. Boxes are numbered the same as the rooms and may be opened with the room key, or a combination code.

15

Students will be notified if they have a package(s) which must then be picked up by the student in the mail room in the Physical Facilities building.

The U.S. Post Office is located at 278 Main Street in downtown Chadron.

### *Publications*
The Eagle Newspaper
Phone: (308) 432-6303
Old Admin, Room 235
www.csceagle.com

*The Eagle* has been the voice of Chadron State College since 1920. For the latest edition of *The Eagle*, please access the website listed above.

### *Records Office*
Phone: (308) 432-6221
Crites Hall, Room 107
www.csc.edu/registrar

Services offered by the Records Office include transcript audits, graduation regulations, and transcript requests. For further information about the Records Office, please access the website listed above.

### *Safety and Security*
Phone: (308) 432-6037
In case of emergencies, dial 9-911 (from on-campus phone) or 911 (from off-campus phone)
The CSC Campus Security Office is located in the Physical Facilities building in the southwest corner of campus.

CSC Campus Security consists of a full-time Security Supervisor, a full-time Security Officer, a full-time Campus Resource Officer provided by the Chadron Police Department, and a number of student patrols who are responsible for reporting unusual or suspicious on-campus activity and are trained to respond to emergency situations.

The latest edition of the Chadron State College Security and Crime Prevention Policies and Statistics report can be located at: www.csc.edu/documents/security/SafetySecurity.pdf

Basic Safety suggestions include:
- Do not walk alone.
- Keep your apartment/residence locked at all times.
- Use a charge card and do not carry large sums of cash.
- Never leave a drink unattended.
- Never go alone to parties. Always go with friends and use them for safety.
- Always have a designated driver if your activity involved alcohol.
- Travel with a friend at night if possible.
- Keep your car locked and windows up.

- Always report anything suspicious.

**START Office (Advising and Financial Aid)**
Phone: (308) 432-6060
Crites Hall, 1st Floor
www.csc.edu/start/advising/index.csc (Advising)
www.csc.edu/finaid (Financial Aid)

The START Office (Student Transition and Registration Team) is open Monday-Friday and is your one-stop shop for Student Services. Located on the first floor of Crites Hall, the START Office is equipped to help you with a number of tasks, including:

- Advisor Changes
- Class Schedules
- Credit Evaluation Requests
- Enrollment Verification
- *Financial Aid
- Major/Minor Changes
- Name Changes
- Scholarship Information

*Information about FAFSA, scholarships, student employment, and other information can be found at the Financial Aid website listed above. Federal financial aid regulations require financial aid recipients to make satisfactory academic progress toward the completion of a degree. In order to be awarded and retain financial aid, recipients must comply with the financial aid requirements. Progress toward the degree completion is evaluated at the end of every semester.

**Student Employment (Human Resources)**
Phone: (308) 432-6224
Sparks Hall, room 122

Available part-time, hourly, paid positions for both work study and departmentally funded employment opportunities are posted at http://www.csc.edu/hr/student.

Financial Aid awards work study to undergraduate and graduate students based on financial need and availability of funds. The work study program provides job opportunities for students to earn money to help offset educational expenses for the academic year. A variety of positions is available and includes off-campus and community service based positions. A work study award does not guarantee employment at CSC. For more information, please visit the webpage below:
http://www.csc.edu/finaid/employment/index.csc

**Student Support Services (Project Strive/TRiO)**
Phone: (308) 432-6069
High Rise Gold Room
www.csc.edu/projectstrive

17

Project Strive/TRiO is a federally-funded TRIO-Student Support Services (SSS) program which is a program of the U.S. Department of Education. Chadron State College was awarded a renewable grant to fund this program and assist its population of eligible students. Project Strive offers free services designed to motivate and support qualified college students. This academic enrichment program is committed to helping college students persist to graduation through encouragement, support, and a wide range of activities. The Project Strive program may also provide grant aid to current SSS participants who are receiving Federal Pell Grants.

***Learning Center (Tutoring)***
Phone: (308) 432-6381
Library, 2nd Floor
www.csc.edu/learningcenter

The Learning Center is part of an ongoing commitment to the quality of student life at Chadron State College. Its mission is to help build a foundation for all students through a variety of services that promote academic, social and personal development to enhance the overall educational experience. The Learning Center programs are **free** services, provided by the college and available to all CSC students. For further information about the Learning Center, please access the website listed above.

Peer Tutoring
Chadron State College's nationally-certified Peer Tutor program is designed to enrich a student's academic and personal experience at CSC and is a proven and highly-effective way of improving student success. Students are highly encouraged to use the program early to gain the greatest benefit. Students can receive tutoring services, free of charge, on a walk-in basis or by scheduling an appointment. Assistance in several academic subjects is available.

Supplemental Instruction
Supplemental Instruction (SI) is a series of weekly review sessions for students taking historically challenging courses. SI is provided for all students who want to improve their understanding of course material and improve their grades and provides an opportunity to get together with people in your class to compare notes, discuss important concepts, develop strategies for studying the subject, and to test yourself before your professor does. Each session is guided by an SI leader who has previously taken the course.

The Writing & Speaking Services
Writing & Speaking Services are available to all students at various stages of the writing process. In a writing session, tutors encourage students to discuss ways to improve their writing. They help students clarify their thinking and develop their ideas. Tutors also help students find strategies for improving organization, sentence structure, grammar and punctuation.

***Veteran Services***
Phone: (308) 432-6413

Crites Hall, Room 342
www.csc.edu/veteranaffairs

The Veterans Affairs Office is available to veterans to answer questions and provide assistance to veterans wishing to enroll for their benefits. All veterans wishing to receive their benefits must complete an application for the Department of Veteran Affairs benefits. Forms or directions to do this via the web and eligibility requirements can be obtained through this office. Please call or e-mail to set up an appointment with  the Coordinator of Veteran Affairs at: 308-432-6413.

## IV.     Student Activities and Organizations

### *Athletics*
Phone: (308) 432-6344
Armstrong Building, Room 104
www.csc.edu/athletics

Chadron State College offers a well-rounded athletic program for the benefit of both the student body and the general public. Intercollegiate competition is available in football, basketball, wrestling and track and field for men.  Women have the opportunity to participate in competitive volleyball, basketball, track and field, golf and softball.  The CSC Eagles belong to the Rocky Mountain Athletic Conference and NCAA Division II.

For additional information and a list of athletic teams, coaches, rosters, and schedules, please access the website listed above.

Athletic Director
Phone: (308) 432-6344
Armstrong Building
www.chadroneagles.com/index.aspx

### *Intramural Sports*
Phone : (308) 432-6299
Nelson Physical Activity Center, Room 200
www.csc.edu/hper/intramurals/index.csc
The Intramural Program provides students the opportunity to participate in various sporting activities in a fun but competitive atmosphere. It also gives students the opportunity to get more involved with their fellow friends and students! League sports include activities like football, basketball, racquetball, dodge ball, wrestling, softball, and more!

### *Campus Activities Board*
Campus Activities Board (CAB)
Phone: (308) 432-6386 or (308) 432-6455
CAB is the main student activity programming board on campus. The students in this group promote involvement of CSC students by planning and providing cultural, educational, social activities and entertainment for CSC students. Some examples of the entertainment brought to campus by CAB include hypnotists, magicians, comedians, dances, movies and novelty acts. The

19

board is made up of representatives from many of the clubs on campus as well as non-club members. CAB meets on Tuesdays at 6:00 p.m., Scottsbluff Room.

***Student Clubs and Organizations***
Phone: (308) 432-6455
Crites Hall, room 341
www.csc.edu/clubs

Want to have fun, learn new things and meet new people? There are over 40 student clubs and organizations at Chadron State College. For a complete list of all student clubs and organizations, please access the website listed above. If you are interested in forming a new club or organization, please check out Board of Trustees Policy #3350 Student Organizations at www.nscs.edu for additional information.

***Student Center***
Phone: (308) 432-7777
Offices located in the Student Center:
  Cafeteria/Dining Services
  Campus Activities Board (CAB)
  Conferencing
  Eagle Pride Bookstore
  Eagle's Grille Food Court
  Student Senate
  The Pit (ping-pong tables, pool tables, board games)

Normal hours of operation:
  6:30 am – 10:00 pm (every day during the academic school year)

***Student Government/Senate***
Student Center
Phone: (308) 432-6386 or (308) 432-6455
http://www.csc.edu/studentsenate/index.csc

Student Senate is a representative organization of the student body at Chadron State College. Student Senate aims to provide a forum for the expression of student views and interests; to be the "voice" of the student body; to improve student cultural and social welfare; to ensure the continued existence of student's rights, both in principle and in practice. Student Senate meets on Mondays at 5:00 in the Scottsbluff Room of the Student Center

## V.   Residence Hall Policies/Guidelines

As a condition of living in the College residence halls/campus housing, it is understood and agreed upon that all property and possessions contained in a student's room in the residence halls/campus housing are subject to College searches and inspections for "health and safety" considerations as well as "institutional-purpose searches" which include monitoring and enforcement of drug, alcohol and weapons policies.  Each student consents to such room

searches and inspections and agrees to unlock any safe, lock box, locked cabinet, etc. for purposes of allowing College personnel to conduct such searches. Failure to unlock and provide access into a safe, lock box, locked cabinet, etc. will be grounds for the container to be confiscated and removed from the College premises. All other Residence Hall policies and guidelines are contained in a separate handbook. Please refer to that publication at www.csc.edu/housing.

## VI.       Rights and Responsibilities

### *Educational Community*
All members of the academic community have the responsibility to create and support an educational environment which will achieve the basic purposes of an institution of higher learning.  Each member of the community should be treated with respect and dignity.  Each has the right to learn which imposes a duty not to infringe upon the rights of others.

The academic community environment is designed to encourage a variety of thoughts, behaviors, and values within the educational goals of the community.  An important aspect of the community is the recognition of differences between individuals.  In all instances, including informal College activities and associations, each individual should be treated in a fair and unbiased manner. Each member of the academic community shall actively encourage practices that insure that all persons are welcome at the Colleges and are extended all the privileges of the academic community to which they are entitled.

### *Student Rights*
Freedom of Expression
Students have the right of expression in the classroom and the responsibility to learn from the course of study according to the standards of performance established by the faculty.  Student behavior in a classroom should contribute to the learning process.

Instructional and Grading Procedures
The faculty determines the character of courses which includes content and instructional and grading procedures.  Students have the right to be informed at the beginning of each course of the nature of the course, course expectation, evaluation standards, and the grading system. Each student has the right to a course grade based upon a sound academic evaluation and upon a specified grading procedure.  A student has the right to receive upon request a clarification of the grade received.  The faculty of each department, school,  or program shall provide a committee to consider the appeal of those cases in which a student feels the performance evaluation exhibited  prejudice or bias and was based on factors other than student performance.  Colleges shall provide standing committees to consider cases in which the student or faculty member chooses to appeal the initial decision.  Any of these committees shall have the authority to recommend, to the Vice President responsible for Academic Affairs, changes in the grade based upon its findings.

Faculty-Student Consultation
Faculty should be available on a regular basis for consultation with students. Students may ask for an evaluation of their performance during the progress of a course. If a student conveys information of a confidential nature to a member of the faculty, this confidence should be

21

respected.

Student Evaluation of Instruction

Students can contribute significantly to the evaluation of instruction. The faculty has the obligation to solicit students' evaluation of their educational efforts and to make changes in accordance with their best judgment. To assist the faculty in the task of providing the best possible education, students should express their reactions and opinions about quality and relevancy of the instruction to the department or College involved. Each College should establish a standing procedure through which student evaluations can be expressed.

## Rights and Responsibilities in Other Instructional Settings
## Freedom of Expression

The acquisition, understanding, and interpreting of knowledge can be facilitated by the study and evaluation of controversial issues and positions. Free expression in the academic community shall not be abridged by special restrictions or censorship on publications, speakers or broadcasting. Any student group shall be allowed to invite and hear any person of its own choosing. Those procedures required by the institution before a guest speaker appears on campus should insure orderly scheduling of facilities and adequate preparation for the event. The event should be conducted in a manner appropriate to an academic community. The institutional control of College facilities should not be used as a device of censorship.

It should be made clear to the academic and larger communities that sponsorship of events and speakers does not necessarily imply approval or endorsement of the views or actions by either the sponsoring group or the College. Participation in the exchange of ideas through these media is a normal expectation of the academic community. See ***Board of Trustees Policy 3250 Student Rights and Responsibilities***

### *Student Organizations*

Each of the Colleges shall have structured student organizations, including an organized student government, which shall be recognized as the principal entity for student participation in the decision-making process of the College.

Students shall be encouraged to participate in the student organizations. All organizations shall have a faculty/staff advisor and a constitution which must be approved by the appropriate College entity.

All applicable state and federal laws and regulations, Board policies and College rules shall be followed in the operation of all student organizations. At no time will membership requirements or an organization's activities violate the College's non-discrimination policy.

Student organizations wishing to enter into agreements or contracts with persons, corporations or organizations external to the College community must have approval by the College chief business officer, or his or her designee, prior to entering into such an agreement or contract in order to reduce the risk of legal liability for the College and the Board of Trustees. See ***Board of Trustees Policy 3300 – Student Organizations***

22

***Student Fund Raising Activities***
Students wishing to raise funds in the community for projects should consult with the Chadron State College Foundation and the Vice President responsible for Student Affairs to ensure that proper procedures are followed.

***Family Educational Rights and Privacy Act***
The Family Educational Rights and Privacy Act (FERPA) protects the privacy of student records. The Act provides for a student's right to review education records, the right to seek to amend those records, and to limit disclosure of information from the records.

Colleges may disclose directory information on a student without violating FERPA, unless a student has restricted the disclosure of his/her directory information in the Student Information System. Directory information consists of:

- *Student's name*
- *Permanent Address: limited to the identification of city, state and country*
- *Participation in officially recognized activities and sports*
- *Weight, height and photographs of athletic team members*
- *Degrees, honors, and awards received*
- *Major field of study*
- *Dates of attendance (only beginning and end dates of semesters)*
- *Year in School*
- *Enrollment status (full/part-time)*
- *The most recent previous educational agency or institution attended*

Right to Review Records
With certain exceptions, a student has a right to review records which are directly related to him/her and are maintained by the College. A student request to see his/her file is to be sent to the office which maintains the file and will be honored within forty-five (45) days. Students must pay for the cost to make copies of any records. Parents of dependent students have the right to review information about their children, such as grades, bills, and other information without having to gain students' consent as long as dependency is documented to the College.

Right to Seek to Amend Records
If a student believes that any of the education records relating to her or him contain information that is inaccurate, misleading, or in violation of her or his rights of privacy, she or he may ask the College to correct or delete such information by submitting the request to the Vice President for Student Affairs. A student may also ask that additional explanatory material be inserted in the record. The request must clearly identify the part of the record that the student wants changed. It must specify why the record is inaccurate or misleading. There is no obligation on the part of the College to grant such a request. If the College declines to amend the records as requested by the student, it will so inform the student, and the student may request a hearing. The right to challenge the contents of an education record may not be used to question substantive educational judgments that have been correctly recorded. For example, a hearing may not be requested to contest the assignment of a grade.

23

Releasing Information Pursuant to Student Consent
Official transcripts of academic records are released only upon the written request of the student.

When information is released from a student's file, the student's written consent, the reason(s) for the release, and the name of the recipient of the release must be attached to the copy of the data released, which is kept in the file. The recommendation or data released must include a statement that the information is not to be released to anyone else without the student's written consent.

Releasing Information Without Student Consent
College employees, representatives and officials who have a legitimate educational interest, may look at a student file in any office (except the Health Center) in order to advise and assist students. Information concerning students obtained through counseling activities will not be made available to unauthorized persons without the expressed written consent of the student involved, except under legal compulsion or where the safety of others is involved or as otherwise addressed in FERPA.

Students may voluntarily waive their right to inspect and review three types of confidential recommendations: 1) application for admission to an educational institution, 2) for employment or 3) for honors or awards. The student must indicate or be notified in advance of the names of all persons making recommendations, including all those solicited by the institution or volunteering their comment. This may not be a general permanent waiver; it must be provided for at the appropriate time for each of the three types of confidential statement or recommendation.

The College may, upon written request, release non-directory personally identifiable education records without student consent in accordance with FERPA and federal regulations. A record of such releases must be maintained by the College.

The College may also release, upon written request, and without student consent, to the victim and/or the general public the final result of a campus disciplinary proceeding involving a violent crime or non-forcible sex offense where the accused was found to have violated College rules or policies.

Filing Complaints
Persons wishing to file complaints regarding this policy or its implementation may do so with the U.S. Department of Education. See the Vice President for Student Affairs for further information regarding such matters. See ***Board of Trustees Policy 3650 Student Records***

***Missing Student Notification Policy***
This policy establishes a framework for cooperation among members of the Chadron State College (CSC) community aimed at locating and assisting students who are reported missing.
1. A student shall be deemed missing when he or she is absent from CSC for more than 24 hours without any known reason.
2. All reports of missing students shall be directed to the Senior Director of Student Affairs, the Director of Student Housing, and Campus Security who shall investigate each report

24

and make a determination whether the student is missing in accordance with this policy.
3. Students will be given the opportunity during each semester registration process to designate an individual or individuals to be contacted by CSC no more than 24 hours after the time that the student is determined to be missing. Unless otherwise specified by the student to the Director of Records, the College will consider the parent/guardian or other primary emergency contact provided to the College by the student to be the person to be contacted in the event the student is determined to be missing. The student should notify the Emergency Contact that he or she has been designated as an Emergency Contact. A designation will remain in effect until changed or revoked by the student.
4. At any point during a student's enrollment, he or she may choose to register or change Emergency Contact information with CSC by notifying the Director of Records. This information is confidential but may be released to CSC Campus Security and the Chadron Police Department staff as necessary to carry out the purposes of this policy.
5. If a missing student is under the age of 18 and not emancipated, the Senior Director of Student Affairs is required to notify the custodial parent(s) or guardian(s) of the missing student no later than 24 hours after the determination by the Senior Director of Student Affairs and Campus Security that the student is missing.
   a. No later than 24 hours after a student is reported missing, the Senior Director of Student Affairs, or his designee, will be responsible for contacting the appropriate Emergency Contacts as established above.
   b. The Senior Director of Student Affairs and Campus Security will also notify the Chadron Police Department not later than 24 hours after it determines that the student is missing.
6. The Senior Director of Student Affairs, or his designee, shall have the responsibility to make provisions of this policy and the procedures set forth below available to students.
7. The Senior Director of Student Affairs, or his designee, will be responsible for filing all related missing person reports with other agencies as may be required and conduct an investigation.
   a. Senior Director of Student Affairs, or his designee, will organize support personnel when a student is determined missing and make appropriate contacts within the College.

### *Parking*
Parking on campus is a privilege and requires a permit which can be obtained in the Business Office. Cooperation and compliance with the established rules and regulations will help ensure convenience for everyone.

### *Smoking and Tobacco Use Policy (Nebraska Clean Indoor Air Act)*
The Clean Indoor Air Act of the Nebraska Legislature prohibits smoking in public places and at public meetings, except in designated smoking areas.

Smoking on the grounds of CSC is allowed as long as such use is not within close proximity (defined as within 10 feet) of any facility entrance or work site, unless other restrictions prevail. Signage reflecting this policy and smoking product waste receptacle placement will be the responsibility of the CSC Department of Physical Facilities (432-6225, Physical Facilities, Room

115). Noncompliance with these provisions will be handled in accordance with existing student disciplinary policies.

## VII.   Code of Conduct

### Authority for Disciplinary Action

The Board grants authority to the Presidents of the State Colleges to designate appropriate officers, establish representative college committees, render initial decisions and provide appeal procedures in regard to allegation of academic dishonestly, grade appeals, failure to pay a financial obligation; or academic performance achievement, probation and suspension.  All disciplinary sanctions imposed for misconduct identified in Board Policy 3100 are to be governed by terms of the policy and the due process requirements set forth in Policy 3200. Acceptance of this policy by the students is implied as a condition of his/her enrollment.

### Expectations for Students and their Behaviors

Students are responsible to obey the laws of the state and nation, the regulations and policies of the NSCS Board and of the Colleges; and to refrain from any conduct injurious to themselves, to others, or to the reputation or interests of the College.

### Off-campus Conduct

Student misconduct identified under Board Policy 3100 or in violation of college regulations or policy, whether occurring on or off the campus, may result in disciplinary action being taken against the student.

### Disruptive Behaviors

No student shall engage in any disorderly behavior with intent to disrupt the College's educational environment or the provision of College services. Faculties have a responsibility to maintain an effective learning environment in their classrooms and to deal with any disruptions that interfere. If a faculty member feels that a student is interfering with the right of other students to profit from attendance in that classroom or if they feel that they are being unreasonably hindered in the presentation of subject matter, the faculties have every right to eject the offending student from the class. Prohibited behavior includes, but is not limited to, fighting, making unreasonable noise, refusing to obey a reasonable request by the faculty, using abusive or obscene language or gestures in class, harassment, or threats.

### Refusing a Reasonable Request

A student shall not ignore a summons from the president or other officer of administration of the College, or from a member of the faculty.

### Conduct and Discipline

The following acts shall be considered to constitute misconduct at Chadron State College for which an offending student (or student organization) may be subject to disciplinary sanctions:
1.   Participation in a demonstration on the campus which materially and substantially **disrupts or obstructs the normal operations**, activities or functions of the College, including unauthorized occupation of College premises;
2.   **Failure to evacuate** campus facilities or willfully ignoring any emergency or alarm

26

signal or request to evacuate by appropriate emergency personnel;

3. **Falsification** or willful suppression of any information for or on an application for admission, or falsification or misuse of College identification and other documents;

4. **Misuse of computers** or computing resources;

5. Unlawful or unauthorized **possession**, use, distribution, dispensing, delivery, sale or consumption, manufacture, or being in the presence of any alcoholic beverage, including empty bottles/cans or any alcohol container on any part of the College campus including outdoor areas and parking lots;

6. **Alcohol consumption** that endangers the health, safety, or property of oneself or another, or requires medical treatment or College staff intervention;

7. Unlawful or unauthorized possession, use, distribution, delivery, dispensing, manufacture or sale, or being in the presence of any **drug**; being in possession of paraphernalia for drug use, except as expressly permitted by law, or being unlawfully under the influence of any drug unless directed by a licensed physician;

8. Inflicting **unwanted physical contact** on another person; conduct that intimidates, harasses, or threatens  the safety, health, property, or life of others or oneself; participating or contributing to an incident of abuse or assault; causing, provoking or engaging in any fight, brawl or riotous behavior;

9. Any act occurring on the College campus or on the premises of a student housing unit which intentionally **disturbs the peace and quiet** of any person or group of persons;

10. **Sexual harassment, assault** or any other uninvited behavior of a sexually explicit nature;

11. Conduct which is unreasonably **dangerous to the health** or safety of other persons or oneself;

12. **Theft** or attempted theft of any property or receipt of stolen property;

13. Damaging or attempting to **damage property** of the College or of another individual;

14. **Using or possessing bombs**, explosives, incendiary devices, or fireworks;

15. **Setting or attempting to set any fire** on the campus or on the premises of any student housing unit, except in fireplaces or other facilities designated for fires;

16. **Failing to report a fire** or any other extremely dangerous condition when known or recognized on the campus or on the premises of any student housing unit;

17. **Possessing or selling firearms**, ammunition, weapons, explosives, or dangerous chemicals on the campus or on the premises of any student housing unit;

18. **Obstructing or failing to comply** with the directions of a law enforcement officer, firefighter, or College official in the performance of his or her duty on the College campus, on the premises of any student housing unit or at any activity or event sponsored by the College or an organization;

19. **Hazing** any person; consent of the victim of the hazing will not constitute a defense to an allegation of misconduct for hazing;

20. Committing any unlawful act of **indecent exposure** or public indecency;

21. Participating in any **gambling** activity in violation of the laws of the State of Nebraska or of the United States;

22. **Unauthorized use** of any College property, facilities, equipment or materials;

23. Possessing, producing, manufacturing, or having manufactured without proper authorization, any **key or unlocking device** for use on any College facility or lock;

24. Serious **traffic violations** on the campus, including operating any vehicle while intoxicated, speeding, reckless endangerment, or reckless driving;

25.   **Violation of any student housing** unit policy, rule or regulation;
26.   Failure to redeem or make arrangements to redeem, within one week after receipt of written notice, an **insufficient funds or no account check** submitted to the College for cash or for payment of College goods or services;
27.   Abuse of College disciplinary proceedings which includes, but is not limited to, **failure to obey a request** to appear before a disciplinary officer or committee, falsification of testimony, disruption or interference with the orderly conduct of any hearing, attempting to discourage any person from using College disciplinary procedures or participating in such procedures, attempting to influence the impartiality of a member of a disciplinary committee prior to any proceeding, filing a malicious or frivolous complaint, verbal or physical harassment or intimidation of a member of a disciplinary committee prior to, during, or after a proceeding, failure to comply with any sanction imposed, influencing or attempting to influence another person to commit an abuse of disciplinary proceedings, and a violation of the privacy rights of any student or College employee in regard to a disciplinary proceeding;
28.   **Falsely setting off** or otherwise tampering with any emergency safety equipment, fire alarm, or other device established for the safety of individuals and/or college facilities;
29.   Any other **activity or conduct prohibited** by the College in published policies; and
30.   Any act by a student which occurs on the campus, on the premises of any student housing unit or at any activity or event sponsored by the College or an organization which is in **violation of any ordinance** of the municipality in which the College resides, shall constitute misconduct.

*Sanctions*
Disciplinary sanctions may include warnings, demands for restitution or reimbursement, a period of probation, remedial behavioral requirements, remedial educational requirements, fines, suspension or expulsion.

Students suspended or expelled from one of the State Colleges may be admitted to another Nebraska State College only under the same conditions that they would be readmitted to the College from which they were suspended.  See ***Board of Trustees Policy 3100 Student Conduct and Discipline***

*Right to Due Process*
It is the policy of the Board to grant procedural due process to students accused of misconduct under the terms of Board Policy 3100.  Regarding allegations of academic dishonesty; grade appeals; failure to pay a financial obligation; or, academic performance, achievement, probation and suspension each College will devise its own adjudication procedures.  However, for allegations of misconduct identified in Policy 3100 that may result in disciplinary sanctions, the due process procedures outlined below shall be followed.

*Temporary Suspension*
Students may be ordered to leave the College campus under temporary suspension pending disciplinary action due process per Board Policy 3200 in the event the student's continued presence is believed to threaten the safety or health of another person or for other reasons at the

discretion of the Senior Director of Student Affairs. Such order shall be given in writing by the Senior Director of Student Affairs.

## VIII.    Student Misconduct Appeal Procedure

1. The student shall be notified in writing by an appropriate College official that he/she is accused of misconduct. The student shall be made aware of grounds which would justify such action by way of the student handbook or other published College regulation.

2. The student shall be notified that he/she may elect one of three courses of action. The student shall be advised of a date (deadline) by which such an election must be communicated to the appropriate College official.

 a. The student may admit the alleged violation and request, in writing, that the appropriate College official take whatever action seems appropriate.
 b. The student may admit the alleged violation in writing and request a hearing before the appropriate hearing panel designated by the College.
 c. The student may deny the alleged violation, in which case, the appropriate College official shall refer him/her to the appropriate hearing panel designated by the College.

NOTE: If the student fails to respond to the appropriate College official in a timely manner according to the date (deadline) and/or fails to elect one of the three courses of action, the appropriate College official may address the alleged misconduct without providing further due process.

3. Under option 2a noted above, the College may address the alleged misconduct without providing further due process. The student's decision can be binding, if freely and knowingly made, even though suspension, expulsion or the imposition of a stigmatizing sanction might result. Students should be advised in writing of all risks associated with any waiver of due process rights and provided a reasonable amount of time to consider their decision and to confer with a family member or advisor.

4. If the student selects either option 2b or 2c as noted above, a hearing shall be conducted in accordance with the following procedure within ten (10) class days, unless the student requests an extension in writing, which shall not be unreasonably denied. Students studying abroad shall be under the direction of the accompanying College official until his/her return to campus, at which time, if needed, the due process procedures will commence.

 a. Prior to the hearing, the student shall be entitled to the following:
 • Written notification of the time and place of the hearing with reasonable time allowed for grievant to prepare a presentation and defense.
 • A written statement of the allegations (incident or behavior) with sufficient particularity so that the student may prepare his/her defense.
 • The grounds which would justify disciplinary action cited in the student handbook or Board Policy and the possible sanctions that may be imposed.
 • Written notification of the names of the witnesses who are directly responsible for having reported the allegations, or, if there are no such witnesses, written notification of how the allegations came to the hearing panel's attention, and

29

• A copy of all documentary evidence to go before the hearing panel.
b. The student shall be entitled to appear in person before the hearing panel, and may call witnesses in his/her behalf. If the student does not appear before the hearing panel, the hearing shall be held in his/her absence.
c. The student shall be entitled to be accompanied by a person of his or her own choosing from the College community to assist in the proceedings or by counsel at the student's expense. An attorney or advisor, if present at the request of the student, may be present to counsel the student, but may not directly participate in the hearing by making oral presentations or arguments, examine or cross-examine a witness, or object to testimony of a witness or to introduction of other evidence.
d. The student shall be entitled to ask questions of the hearing panel or any witnesses.
e. The student shall be entitled to an expeditious hearing of the case.
f. The student shall be able to request that the hearing be either open or closed to the public. This request shall be made to the chair of the hearing panel.
g. A record of the hearing will be kept by the hearing panel.
h. The student shall be entitled to an explanation in writing of the reasons for any decisions rendered against him/her and the discipline imposed, and shall be given access to the hearing panel's decision for his/her personal records.

5. The hearing panel designated by the College shall be composed of College administrators, faculty, staff, and/or students. Such selection shall be at the approval of the President or designated Vice President. Individuals serving on this panel need not be disqualified because they have superficial knowledge of the background of the case, or because they may know the participants. The basic test shall be whether or not the panelist can judge the case fairly, without bias or prejudice, and solely on the evidence presented.

6. The hearing panel shall be the decision-making body acting independent of the President.

7. Technical rules of evidence or procedure need not be employed in hearing proceedings. A student's misconduct shall be determined by a preponderance of the evidence (i.e., it is more likely than not that misconduct occurred). Hearing decisions need not be unanimous. A simple majority vote shall be sufficient. Hearsay evidence is not required to be excluded, but a finding of misconduct on hearsay evidence alone is not appropriate in hearings, including a serious disciplinary case such as suspension or expulsion.

8. Members of the hearing panel shall have the opportunity to examine the case file beforehand, and to question the accused and witnesses at the hearing.

9. The student shall be notified of his/her right to appeal the decisions of the hearing panel to the Vice President responsible for student affairs/services. Appeals must be in writing and are due to the Vice President within five (5) class days after the student received the hearing panels' decision. If the Vice President was a member of the hearing panel, this step of the appeal process is not applicable and the student may appeal directly to the President. Appeals to the Vice President must be based on one of the following grounds:
     a. Procedural due process was violated;
     b. The sanction was excessive;

c. The evidence did not support the decision; or,

d. Substantive new information is available that was not available at the hearing.

10. The student shall be notified of his/her right to appeal the decisions of the Vice President to the President, who has final authority. Should the student appeal, any action assessed by the hearing panel shall be suspended until acted upon by the President. Appeals to the President are due within five (5) class days after the student receives the Vice President's decision. Appeals to the President must be based on one of the following grounds:

a. Procedural due process was violated;

b. The sanction was excessive;

c. The evidence did not support the decision; or,

d. Substantive new information is available that was not available at the hearing.

11. Appeals of the President's decision may be submitted to the Chancellor but shall be limited to allegations that fair procedural process has not been provided in accordance with Board Policy 3200. Appeals to the Chancellor must be in writing and are due within five (5) class days after the student receives the President's decision. Should the student appeal, any action assessed by the hearing panel shall be suspended until acted upon by the Chancellor.

See ***Board of Trustees Policy 3200 Due Process --Students***

## IX.    Selected Academic Policies

The Vice President for Academic Affairs is the chief administrative officer in the areas of academic policy, curriculum, and the conduct of classroom instruction and professional personnel engaged therein. Students are encouraged to contact this office, or the appropriate Department Chair/Dean, for assistance with special academic problems. The office of the Vice President for Academic Affairs is located in Sparks, Room 227.

### *Academic Dishonesty*

Students are encouraged and expected, with the assistance of the faculty, to conduct themselves in conformity with the highest standards with regard to academic honesty. Violation of college, state, or federal standards with regard to plagiarism, cheating, or falsification of official records will not be tolerated. Students violating such standards will be advised and disciplined. Violations of these standards may result in course failure, suspension, or dismissal from the college. Students are encouraged to seek the advice of instructors as to the proper procedures to avoid such violations.

The following acts are examples of academic dishonesty:

1. Cheating – intentionally using or attempting to use unauthorized materials, information, or study aids in any academic exercise.

2. Fabrication – intentional and unauthorized falsification or invention of any information or citation in an academic exercise.

3. Facilitating Academic Dishonesty – intentionally or knowingly helping or attempting to help another in an act of academic dishonesty.

31

4. Plagiarism – appropriating or imitating language, ideas, and thoughts of another author, representing them as one's own original work.

The following acts are examples of plagiarism:
1. Submitting an assignment that someone else has written and claiming the work as one's own.
2. Submitting an assignment that contains sections, paragraphs, sentences or key phrases that someone else has written without appropriately documenting the source(s) for each portion of the assignment not written by the student submitting the assignment.
3. Submitting an assignment that contains paraphrased ideas from another source, published or unpublished, without approximately documenting the source for each paraphrase. (Changing around a few words in a sentence from the source is not sufficient to avoid plagiarism.)
"Someone else" in the three statements above may refer to a published author, another student, an internet source, or any person other than the student claiming credit for the assignment. If an individual is unsure in how to document sources used within an assignment, they are encouraged to ask their professor or the reference librarian for assistance.

### Academic Appeals (Grade Appeals)
Students have the opportunity to appeal a grade. Grade appeals may only be made in the subsequent Fall/Spring/Summer semester and must be made following the posting of grades, but no later than the end of the first two weeks (14) days of the subsequent semester of enrollment.

Step 1. The student must first meet with the instructor of the course in which the grade is being appealed and provide, in writing, a letter containing:
   a. the facts surrounding how grades in the class were assigned;
   b. how the standards established in Step 1a differ from what the student perceives their quality of work to be;
   c. Any inaccuracies the student believes exist in the assignment of the final grade.

Step 2. If the grade appeal is not settled in Step 1 and the student feels the instructor has not evaluated all of the evidence or if there is additional evidence that was not considered by the instructor, the student may then appeal within ten (10) working days to the Dean of the School within which the department resides. In the appeal, the student should include all of the information gathered in Step 1. The student shall also provide information addressing why the evidence was not properly evaluated or what additional evidence exists that was not initially examined by the instructor.

Step 3. If the grade appeal is not settled in Step 2, the student has ten (10) working days to request a review by the Student Academic Review Committee. The appeal should contain information explaining why the student feels the Dean did not accurately consider the evidence in making his/her decision. The Committee will consider all information gathered in steps 1 and 2 and make its recommendation to the Vice President for Academic Affairs (VPAA). The VPAA will then make a decision regarding the grade appeal and forward it to the student in writing.

Step 4. The decision of the VPAA may be appealed to the President of the College and should include all information gathered in the previous steps. The appeal should contain information explaining why the student feels the VPAA did not accurately consider the evidence in making

his/her decision. Final authority regarding grade appeals rests with the President of the College and no appeal shall be allowed to the Board of Trustees.

### FYI Academic Reprieve

Students may apply for "academic reprieve" for previously taken First Year Inquiry (FYI) courses. "Academic Reprieve" results in a grade being absolved from a student's grade point average and the grade not being calculated into the student's current or cumulative grade point average. An annotation is added to the student's transcript indicating that academic reprieve was granted for the course. Students cannot apply for reprieve until after the course is graded and have until two weeks into the subsequent semester of enrollment to complete the academic reprieve process requirements listed below. For further questions and the form, please contact the Dean for Liberal Arts School and Essential Studies Program.

### Electronic and Recording Devices in Class
Electronic devices, including cell phones, MP3 players, computer equipment, and other devices may be used in the classroom only for appropriate academic purposes, as defined by the professor. Using videotaping or audio taping equipment in a classroom or in any other academic activity requires the prior permission of the course instructor. Failure to comply with this requirement may result in disciplinary action. In instances where accommodations may be required because of handicap or disability, the student must notify the institution and the course instructor in advance.

## X. General Policies

### Billings, Payment and Refunds
Electronic bills will be available online through your "MyCSC" portal account. It will be your responsibility to view your charges through self-service and share the information with your parents or guardians.

Payment arrangements must be made before the payment deadline. Payment options and deadlines are available on the internet at www.csc.edu/businessoffice/billing.csc. Be aware that if your plans have changed for an upcoming semester, it is your responsibility to drop your classes and room and board (if applicable). You will be responsible for all charges incurred after the payment deadline. If a student drops below full-time status (12 credit hours), his/her financial aid may be affected.

If you are paying for your semester with financial aid, it is imperative that you have completed all the necessary requirements for the financial aid to come through and pay on your account. Financial aid must be showing on your account by the payment deadlines. If financial aid does not show, it will be necessary for you to go on a payment plan with the CSC Business Office until the financial aid is completed. If you are receiving financial aid, you must contact the Business Office no later than the payment deadline to confirm attendance.

Disbursement of refund checks begins on the second day of classes. Please refer to your financial aid information for your disbursement date. If you have further questions regarding your financial aid, please contact the Financial Aid Office.

### Campus Clean Air Act (Tobacco Use Policy)

Smoking, second-hand smoke and the use of tobacco products have been found to pose definite health hazards.  To provide a safe and healthy environment for working and learning, smoking is not permitted in College facilities or vehicles, including Residence Halls.

1.  Smoking on College grounds is allowed as long as such use is not within close proximity (defined as within 10 feet) of any facility entrance or work site, unless other restrictions prevail.

2.  Campus buildings are posted with "No Smoking" signs notifying all visitors of the smoke-free environment.  Appropriate receptacles will be available for proper disposal of smoking waste.

3.  Noncompliance with these provisions will be managed in accordance with existing faculty, staff, and student guidelines.

### Residency Classification
Out-of-state students interested in Nebraska residency status for tuition purposes must first meet minimum requirements as established by the state of Nebraska. Residency applications filed after the end of the week one of classes will not be approved until the beginning of the following semester. Additional information can be found Board Policy 3050.

### Open Flame Policy
Open flame candles, halogen lights, and incense are not allowed in the residence halls.

### Scheduling Campus Facilities
To schedule facilities for a special occasion, important meeting or conference, our flexible space provides a wide variety of options for business and social gatherings. We will help you select the ideal location for your event. Our fully-equipped meeting rooms are spacious and comfortable. Please contact the Conferencing Office at (308) 432-6380 for assistance in reserving your room(s).

### Weapons/Explosives
CSC prohibits all persons who enter college property from carrying or possessing a handgun, firearm, explosives (including fireworks), prohibited weapons of any type or any item designed to cause injury or death *regardless of whether the person is licensed to carry the weapon or not*. Only certified law enforcement officials who have appropriate approval will be allowed to carry a weapon. Concealed weapons are not permitted at the college, in buildings, on the grounds, other CSC property or at CSC activities. (Free gun storage is offered at the Chadron Police Department for all CSC students.)

Students and/or employees who possess a weapon on CSC property are in violation of this policy and may be subject to disciplinary actions up to and including termination of employment. Any

violator may also be reported to law enforcement officials to face the possibility of criminal prosecution.

### Anti Harassment Policy
**www.csc.edu/documents/hr/Bi-Weekly/AntiHarassment_Student.doc.**
It is the policy and practice of Chadron State College to provide an educational setting and workplace free of an atmosphere of tension created by inappropriate conduct including but not limited to: annoyances, threats or demands, badgering, and intimidation; discriminatory remarks and acts on the basis of national origin, race, color, sex, age, disability, or religion; animosity; unwelcome sexual advances or requests for sexual favors. Harassment, in any form, of students, employees, job applicants, or visitors to campus by other students or employees is prohibited.

Harassment includes, without limitation: verbal harassment; derogatory comments; slurs and/or negative stereotyping; threats, coercion, intimidation; antagonism and/or the use of "fighting words" to challenge or encourage others to fight; physical harassment/assault, physical interference and/or other conduct that threatens or endangers the health or safety of any person; visual harassment - posters, cartoons, drawings, or improper written or graphic material.

It is a violation of the Board Policy 3100: Student Conduct and Discipline to engage in sexual harassment. Sexual harassment is defined as unsolicited nonreciprocal behavior by an employee or student who is in a position to control another's status and who uses the power or authority of the position to cause the employee or student to submit to sexual activity, or to fear that he or she would be punished for the refusal to submit. Sexual harassment also includes any employee or student conduct of a sexual nature unreasonably interfering with a student's educational performance or status by creating an intimidating, hostile, or offensive educational environment. Sexual harassment may consist of a variety of behaviors by an employee or student including, but not limited to, subtle pressures for sexual activity, inappropriate touching, inappropriate private language, demand for sexual favors, and physical assault.

If you have a complaint of harassment, you can contact Dr. Pat Beu, Senior Director of Student Affairs at (308) 432-6280, Crites Hall 337 or pbeu@csc.edu.

### Student Grievance Procedures
The procedure established by NSCS Board Policy to deal with student complaints is designed to provide a method for a student to resolve a request or complaint with the College. Time lines should be adhered to unless modifications are agreed to by the parties to the grievance.

A grievance is defined to be a request or complaint by a student not covered under faculty or staff grievance procedures. (Please note that issues involving academic dishonesty, grade appeals, failure to pay a financial obligation, or academic performance and achievement, probation or suspension for which the College has established appeal procedures are not eligible for grievance under this policy. Issues of student misconduct for which appeal procedures are covered by Board Policy 3200 and identified on pages 18 in this handbook are not eligible for the grievance procedure under this policy.)

The student should submit his/her grievance in writing to the appropriate College official. The written grievance should include his/her identity, a description of the issue, the date(s) of the

act(s), the identity of the party(ies) alleged to have caused the grievance, the provisions of any agreement, bylaws, rules, policies or practices that are alleged to have been violated, and the remedy that is sought.

The student shall, at his/her expense, have the right to assistance by a person of his/her own choosing from the college community, or to legal counsel, in any step of the grievance procedure.

### Procedure

Step 1: The student should first discuss the grievance with the appropriate College administrator, faculty or professional staff member or with the person at the first level in the chain of command within ten (10) working days of the occurrence giving rise to the grievance in an attempt to settle the grievance. The college administrator, faculty or professional staff member or the person at the first level in the chain of command shall then have ten (10) working days in which to respond and give a written answer to the student.

Step 2: A grievance not settled in Step 1 may be filed in writing with the appropriate person in the next level higher in the chain of command in accordance to the procedures described above to discuss and attempt to settle the matter. If the grievance is with the division or school dean or head, the student shall discuss the matter with the Vice President responsible for Academic Affairs.

Step 3: A grievance which has not been settled in Steps 1 and 2 and which the student wishes to pursue shall be appealed to the Vice President responsible for Student Affairs, within ten (10) working days of the receipt of the response given in Step 2. The appeal shall include the written grievance and all responses given in the first two steps.

The Vice President responsible for Student Affairs may conduct a conference with the grievant.

Within ten (10) working days of receipt of the grievance the Vice President responsible for Student Affairs shall render his/her written decision. If such findings and recommendations are not submitted within that time or if the grievance is not satisfied, then the grievant may proceed to the next step within ten (10) working days.

Step 4: Should all prior steps fail to resolve the grievance, and the student wishes to pursue the grievance, the student may appeal to the campus President, within ten (10) working days of the receipt of the response in Step 3, by filing the grievance and all prior responses with the campus President.

Step 5: Should all prior steps fail to resolve the grievance, and the student wishes to pursue the grievance, the student may appeal to the Chancellor, within thirty (30) working days of the receipt of the response in Step 4, by filing the grievance and all prior responses with the Chancellor. The Chancellor will only consider whether basic procedural fairness was offered. The Chancellor may request additional information from the student and the College in order to render a decision. The Chancellor will issue a written decision within twenty (20) working days after receipt of the appeal.

Step 6  If the student is not satisfied with the decision made by the Chancellor, the student may seek relief under applicable State and Federal laws.  See *Board of Trustees Policy 3210 Grievance Procedures -- Students*

### Sexual Assault and Harassment Reporting Policy

### Title IX

Title IX is the federal law prohibiting sex discrimination in educational institutions. It is from the Higher Education Act of 1965, amended in 1972 and 1987. Title IX forbids sex discrimination in all College student services and academic programs including, but not limited to admissions, financial aid, academic advising, housing, athletics, recreational services, college residential life programs, health services, counseling and psychological services, Records Office, classroom assignments, grading and discipline. For Title IX inquiries, please contact Senior Director of Student Affairs at (308) 432-6280, Crites Hall 337 or pbeu@csc.edu.

### BOARD POLICY

The Board of Trustees of the Nebraska State Colleges is committed to providing an environment in which all students who participate in College programs and activities can work together in an atmosphere free from unlawful discrimination, harassment, or violence. Sexual violence and sexual harassment are prohibited by law and by Board policy and the Colleges will not tolerate sexual violence or sexual harassment in any form, including, but not limited to, sexual assault; acquaintance, date or stranger rape; non-consensual sexual intercourse; sexual cyber harassment or sexual bullying. The Colleges will take appropriate action to prevent, correct, and discipline harassing or violent behavior that is found to violate Board policies and principles of equal opportunity and access.

This policy provides guidance for what students should do if they have been victims of sexual violence or sexual harassment, and what the Colleges will do if such violence or harassment occurs. A student alleged to have committed sexual violence or sexual harassment can be disciplined under the Code of Student Conduct and/or prosecuted under Nebraska criminal statutes. Additional Board Policies, Employee Handbooks and Collective Bargaining Agreements, also apply to employees alleged to have committed sexual violence or sexual harassment.

The Colleges have a responsibility to respond to reports of sexual violence or sexual harassment and attend to the needs of the students who are involved. Reports of sexual violence and sexual harassment are taken with the utmost seriousness, and the student will be promptly referred to the appropriate persons or resources for assistance. The Colleges are also responsible to ensure that the individual charged with committing such violence or harassment is treated fairly. Individuals are presumed innocent unless proven responsible, and will also be referred to appropriate services for assistance.

### Definitions

**Sexual Harassment:** Unwelcome conduct of a sexual nature. Sexual harassment can include unwelcome sexual advances, requests for sexual favors, and other verbal, nonverbal or physical conduct of a sexual nature. Sexual harassment of a student has the potential to deny or limit, on

the basis of sex, the student's ability to participate in or to receive benefits, services, or opportunities in College programs. Sexual harassment of students is, therefore, a form of sex discrimination prohibited by federal law (Title IX).

**Sexual Violence:** Any intentional act of sexual contact (touching or penetration) that is accomplished toward another without his/her consent. Such acts may include, but are not limited to, forced oral sex, forced anal penetration, insertion of foreign objects into the body and any act of sexual intercourse "against someone's will." This includes, but is not limited to, the use of a weapon, physical violence or restraint, verbal threats, intimidation, and threats of retaliation or harm.

Consent: Positive cooperation in the act or expressing intent to engage in the act. The person must act freely and voluntarily and have knowledge of the nature of the act or transaction involved. A person who is giving consent cannot be under the influence of drugs or alcohol, unconscious, passed out, coming in and out of consciousness, under the threat of violence, injury or other forms of coercion, and cannot have a disorder or disability that would impair his/her understanding of the act.

The presence or absence of consent is based on the totality of circumstances, including the context in which an alleged incident occurred. The fact that a student was under the influence of drugs/alcohol may be considered in determining whether that person had consented to the act in question. Consent may not be inferred from silence or passivity alone.

**Student:** An individual for whom the College maintains records and who is currently enrolled or registered in an academic program or who has completed the immediately preceding term and is eligible for re-enrollment.
Reporting
Reports can be filed by the alleged victim or a third party who is aware of allegations of sexual violence or harassment, including other students or College employees. Reports should be filed with one of the designated College administrators and/or employees responsible for student services, as follows:
- President
- Vice Presidents
- Deans
- College Title IX Coordinator (*contact information is listed below)*
- Senior Director of Student Affairs
- Housing/Residence Life Staff to include:
  - Directors
  - Managers
  - Assistant Directors
  - Senior Residence Hall Advisors
  - Residence Hall Advisors
- Coaches and Assistant Coaches
- Campus Security Officers

38

Reports to the above designated administrators or employees will constitute "notice" to the College for the purposes of considering an investigation and institutional response in conjunction with the Title IX Coordinator. College employees (even medical or mental health professionals identified below) are required by law to report any allegations of sexual abuse or assault of a minor to either law enforcement or the Department of Health and Human Services.

*Exception Regarding Employee Reporting*: the law recognizes and protects the confidentiality of communications between a person seeking care and a medical or mental health professional. Medical or mental health professionals employed by the Colleges (Licensed Student Counselors and Nurses) respect and protect confidential communications from students, faculty, and staff to the extent they are legally able to do so. Employees may have to breach a confidence, however, when they perceive an immediate and serious threat to any person or property.

**Confidentiality**

The College appreciates the privacy concerns inherent in allegations of sexual violence or sexual harassment. To protect students' privacy rights, the names of students or other identifying information, especially that which is contained in written documents and notes, will only be disclosed to third parties if prior written permission is given by the student concerned, unless disclosure is otherwise required by law. If an alleged victim is under the age of eighteen (18) years, the College will obtain consent from the parents or guardians prior to beginning an investigation or disclosing information, unless otherwise required by law.

**Reporting, Policies and Procedures**
If the alleged victim requests confidentiality or asks that the report not be pursued, the College will take all reasonable steps to investigate and respond to the report consistent with the request for confidentiality or request not to pursue an investigation.
Disciplinary Processes

Processes and procedures described in Board Policies 3100 and 3200 may be used subsequent to a sexual violence or sexual harassment investigation to address cases of student misconduct, due process and discipline. If the alleged perpetrator is an employee, other Board Policies or Collective Bargaining Agreements will determine the due process steps and disciplinary consequences.

**Law Enforcement**
Alleged victims should be advised that physical evidence can be collected at the same time as medical care is provided, but that medical evidence for a criminal prosecution cannot be collected without a report being made to local law enforcement. It is important that students make an informed decision regarding important physical evidence that can be preserved.

While students are not *required* to notify law enforcement authorities regarding a report of sexual violence or sexual harassment, reports still need to be filed with Campus Security to inform them that an act of violence may have occurred. Campus Security shall notify the Title IX Coordinator, who is responsible for coordinating the College response to the reports of sexual

violence and sexual harassment. Pursuant to federal law, the College has a legal responsibility for documenting and reporting an incidence of sexual violence and sexual harassment. Regardless of whether or not the law enforcement authorities choose to prosecute a reported offense, the College can pursue formal disciplinary action against a student or employee alleged to have committed sexual violence or sexual harassment. To report an incident of sexual violence or harassment, please contact:

| Shelly Dunbar, Human Resources | or | Jon Hansen, VP for EMMSS |
|---|---|---|
| Chadron State College | | Chadron State College |
| 1000 Main Street | | 1000 Main Street |
| Chadron, NE 69337 | | Chadron, NE 69337 |
| (308) 432-6224 | | (308) 432-6078 |

**Investigation Procedures**
*Note: While this policy and procedures are written primarily for the benefit of students, the same procedures shall also apply in the event either the individual reporting the sexual violence or sexual harassment, or the alleged perpetrator, is not a student. Similarly, while the procedures assume that the incident occurred on or near College property or at an official College function or activity, some of these procedures may also apply if an alleged incident occurs off campus or in a setting unrelated to College functions/activities.*
1) An initial report may occur by telephone, email, in writing or in person. When an initial report of sexual violence or sexual harassment is received by any designated administrator or employee (listed in this Policy under "Reporting"), the initial report shall be shared with the Title IX Coordinator as quickly as possible.
2) The Title IX Coordinator or designee will contact the alleged victim for the following purposes:
- To ask questions in order to gain a better understanding regarding the nature of the incident;
- To explain confidentiality and reporting requirements;
- To explain the investigatory process, law enforcement options, and possible consequences;
- To provide information about resources that are available to the individual; and,
- To ask if the alleged victim wishes for the report to be pursued through an investigation or not. (If the alleged victim requests confidentiality, or asks that the report not be pursued, the College will take all reasonable steps to investigate and respond to the report consistent with the request for confidentiality or request not to pursue an investigation, if possible. The request will be evaluated and weighed against the College's responsibility to provide a safe and nondiscriminatory environment.)

3) The Title IX Coordinator or designee, after consultation with the NSCS General Counsel, will determine if an investigation will be conducted.
4) If an investigation will be conducted, the Title IX Coordinator or designee will immediately begin an investigation and will take steps to complete the investigation within ninety (90) calendar days after receipt of the report, if possible. The College is committed to a complete and impartial investigation of reports of sexual violence or sexual harassment, including the opportunity for both parties to present witnesses and other evidence. Investigations will occur as

quickly as possible, but the complexity of the investigation, the severity and the extent of the harassment or number of involved parties can impact the duration.

The investigation shall consist of:
- Reviewing all related written statements or reports;
- Interviewing the alleged victim, alleged perpetrator and other witnesses;
- Reviewing applicable College records; and,
- Reviewing other relevant material and evidence.

5) The Title IX Coordinator or designee will provide parties involved in the investigation with periodic updates while an investigation is pending, consistent with Family Educational Rights and Privacy Act (FERPA) restrictions.
6) At the conclusion of the investigation, the Title IX Coordinator or designee will make a determination regarding the report using a "preponderance of the evidence" standard (more likely than not that sexual violence or harassment occurred) and will provide the recommendation to the Vice President responsible for Student Affairs and the President.
7) Within ten (10) working days from receipt of the Title IX Coordinator's or designee's recommendation, the Vice President or President will issue a written statement to the alleged victim, the alleged perpetrator and the Title IX Coordinator regarding the outcome of the investigation and if disciplinary proceedings will commence. In the event that disciplinary proceedings commence at the conclusion of the investigation, the College has an obligation to disclose the outcome of the disciplinary proceedings to the student who reports being the victim of sexual violence.
***Note: Title IX prohibits retaliation for reporting parties and any individuals participating in an investigation. The College will not only take steps to prevent retaliation but will also take strong responsive action if it occurs.***

Resources
The Title IX Coordinator will have available contact and referral information for counseling or mental health services, medical services, law enforcement, and educational resources.
See ***Board of Trustees Policy 3020, Sexual Violence or Sexual Harassment***

## XI.    Student Complaints Against Postsecondary Institutions

The Coordinating Commission for Postsecondary Education is responsible for responding to formal complaints against public, independent non-profit, and most proprietary institutions of higher education that offer degrees in Nebraska. While the Commission has limited authority over colleges and universities, and cannot offer legal advice or initiate civil court cases, Commission staff will review submitted complaints and work with student complainants and institutions. **Please note that the Commission cannot, by law, review complaints related to course grades, academic sanctions, or discipline/conduct matters.**

- If a student has a complaint regarding a private postsecondary career school that is overseen by the Nebraska Department of Education (NDE)-Private Postsecondary Career Schools, he/she should contact NDE at (402) 471-4825 or through this online form.

- If a student believes that a college or university has violated state or federal law, he/she may wish to contact the Office of the Nebraska Attorney General (www.ago.ne.gov/consumer_protection):

    Office of the Attorney General
    2115 State Capitol
    Lincoln, NE 68509
    Phone: (402) 471-2682
    Fax: (402) 471-3297
    email: ago.consumer@nebraska.gov
    Consumer Protection Division (toll-free): (800) 727-6432
    Consumer Protection Division - En Espanol: (888) 850-7555

- If the student believes that an institution has acted in a discriminatory manner, he/she may wish to contact the Nebraska Equal Opportunity Commission (NEOC) (www.neoc.ne.gov) at (800) 642-6112 in Lincoln, (800) 382-7820 in Omaha, or (800) 830-8633 in Scottsbluff. The NEOC provides the following advice: Race discrimination in schools falls under Title VI of the Civil Rights Act of 1964. Sex discrimination and harassment falls under Title IX of the Education Amendments of 1972. Disability discrimination falls under Section 504 of the Rehabilitation Act of 1973 and Title II of the Americans with Disabilities Act of 1990. None of these laws are within the jurisdiction of the Nebraska Equal Opportunity Commission. They are federal laws and are enforced by the U.S. Department of Education (www.ed.gov):

    Office for Civil Rights
    Kansas City Office
    U.S. Department of Education
    8930 Ward Parkway, Suite 2037
    Phone: (816) 268-0550

- Furthermore, after filing a complaint with the Attorney General's Office, NEOC, or the Coordinating Commission for Postsecondary Education, the student may still hire a private attorney and adjudicate the complaint through the court system.
- Within two years of the incident about which the student is complaining, he/she should contact the Coordinating Commission for Postsecondary Education using our complaint form. **Please note that the Commission cannot, by law, review complaints related to course grades, academic sanctions, or discipline/conduct matters.** Please follow the steps outlined below to submit a complaint:

**STEP 1**

If a student has concerns related to classroom situations or administrative actions, he/she should contact the faculty or staff member(s) with whom he/she has a conflict. It may be possible to resolve the concerns without the need for formal institutional action. If the student's complaint is not resolved through this action, he/she should contact the department or program chair or division head or dean. If the student's complaint is not resolved satisfactorily, or if the complaint cannot be resolved by contacting the faculty/ staff member(s) or chair/dean, the student should proceed to STEP 2.

42

**STEP 2**

The student should file a complaint through his/her institution of higher education's established complaint process. Information on the process can usually be found in the institution's academic catalog, student handbook, or website. This might also be called a grievance process. If the student is unable to resolve the complaint in this manner, he/she should proceed to STEP 3.

**STEP 3**

The student must complete the Commission's Student Complaint Form. After receiving a complaint through our complaint form, Commission staff will review the submitted materials and contact the submitter for any required additional information or clarifications. The Commission will then send a copy of the complaint to the institution against which the complaint has been filed and ask for a response within three weeks. After receiving the college or university's response, Commission staff will determine whether the institution's student complaint process has been followed and exhausted and what additional steps or follow-up may be taken. The Commission will inform both parties involved in the complaint.

If the student has additional questions about the complaint process, or wants to clarify that the individual complaint is reviewable by the Commission, please feel free to contact the office at (402) 471-2847.

CCPE Complaint Form