**New iMessage**  Cancel

To: **Fatima Larios**

Jan 21, 2015, 7:42 AM

> Good morning, coach. I have been up all morning throwing up, i think i got some type of food poisoning from the food I ate last night and I am just not feeling well. I'm hoping this clears up before practice but I just wanted to let you know what's going on right now.

  iMessage  

**EXHIBIT 52**

CSC000259

**New iMessage**    Cancel

To: **Fatima Larios**

> going on right now.

> Ok thanks Fatima.  I hope you feel better

Jan 21, 2015, 2:18 PM

> I hate to have to miss practice but I am not feeling any better. I will be at weights tomorrow morning and if there is any workout I need to make up I can do so

iMessage

CSC000260

**To: Fatima Larios**

I hate to have to miss practice but I am not feeling any better. I will be at weights tomorrow morning and if there is any workout I need to make up I can do so

Ok. Thanks for letting me know. Text Aryn too please

okay, will do. thank you

CSC000261