# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

LISSETTE LARIOS ROOHBAKHSH, as personal representative of the ESTATE OF FATIMA LISSETTE LARIOS and on behalf of next of kin,

and

NELSON LARIOS, as next of kin,

Plaintiffs,

v.

BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES,

and

CHADRON STATE COLLEGE,

Defendants.

Case No. 8:17-cv-00031

**DECLARATION OF CHIEF TIM LORDINO**

I, Chief Tim Lordino, hereby depose and state as follows:

1. I am over 21 years old and have personal knowledge of the matters set forth in this declaration.

2. I currently am the Chief of Police for the Chadron Police Department. I have held the position as Chief of Police for the Chadron Police Department since 2007.

3. Exhibit 38 is a true and correct copy of Sergeant Jarvis Wallage, of the Chadron Police Department's, Affidavit in Support of Search Warrant for High Rise #319-320 and #1108-1109.

4. Pursuant to the Chadron Police Department's usual practice, this Affidavit is made and kept in the course of regularly conducted business activity, was created by an

**EXHIBIT 54**



Officer with knowledge of the facts therein, and was made at or near the time of the event that it records.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12 day of February, 2019.

Chief Tim Lordino
Chadron Police Department