# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the ESTATE OF FATIMA LISSETTE LARIOS and on behalf of next of kin,<br><br>and<br><br>NELSON LARIOS, as next of kin,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES,<br><br>and<br><br>CHADRON STATE COLLEGE,<br><br>Defendants. | Case No. 8:17-cv-00031<br><br>**DECLARATION OF ROBERT STACK** |

I, Robert Stack, hereby depose and state as follows:

1. I am over 21 years old and have personal knowledge of the matters set forth in this declaration.

2. Chadron State College ("CSC") has employed me from 1988 to the current time. I am currently a Mathematical Sciences Professor at CSC. During my time at CSC, I have also held the position of Assistant Professor, Dean of Students, and CSC Head Softball Coach. More specifically, I was the CSC Head Softball Coach from 2007-2017.

3. Exhibit 47 is a true and correct copy of handwritten notes taken during my October 25, 2014 meeting with Fatima Larios.

EXHIBIT 55

4. Exhibit 48 is a true and correct copy of Fatima Larios' March 6, 2014 email to me.

5. Exhibit 52 is a true and correct copy of the January 21, 2015 text messages I exchanged with Fatima Larios.

6. Chadron State College athletes compete at the National Collegiate Athletic Association's Division II level.

7. After practices resumed in January 2015, I did not personally observe or hear of any concerns regarding Larios' behavior.

*[Remainder of page intentionally left blank]*

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of February, 2019.

*[signature]*

Robert Stack, Chadron State College