**Jackson, Veronica**

| | |
|---|---|
| **From:** | Pfeifler, Tara |
| **Sent:** | Tuesday, October 03, 2017 1:57 PM |
| **To:** | Jackson, Veronica |
| **Cc:** | Whiteside, Dannelle |
| **Subject:** | FW: Softball---Fatima Larios |

-----Original Message-----
From: Paris, Stephanie L.
Sent: Saturday, March 1, 2014 6:54 PM
To: Holt, Cheryl <HoltCA@apsu.edu>
Cc: Pfeifler, Tara <Pfeiflert@apsu.edu>
Subject: Softball---Fatima Larios

Cheryl,

I spoke to Tara already and let her know we released Fatima Larios (freshman from CA) today from team. Fatima had come to me at end of Jan/beginning of Feb and said she would not be returning after this season due to her Mom becoming pregnant and some other family issues. She felt it was best for her to return home so she could be closer to her family. She was homesick, so I didn't make any decisions on that bc I thought once she got into the playing season, things would change for her. I told her later that let's not make any rash decisions and see how things play out over the next few weeks. She agreed to do that.

She then comes to me this week and says that her and her parents feel that it would be best to go ahead and start contacting schools now on where she would like to go. She proceeds to ask me how would the process works on making contacts to those schools. I told her I wanted to talk to Tara before I told her anything. I wasn't happy about her wanting to make contacts with other schools right now in the middle of our season wearing an AP uniform.

I decided to ask her what schools she was interested in contacting. She then names three California schools and then a random Chadron State (which is an RMAC school in the state of Nebraska and a fellow coaching friend if mine coaches there). Now I'm confused on why she is showing interest in a school in Nebraska since I was under the impression that the whole point was to get back to CA to be near Mom and family??? So there's definitely some lines getting crossed on why she would want to go there.

I bring her in this morning to office to be sure this is exactly what she wants to do. I ask her twice if she's certain that she wants to leave Austin Peay and go home and both answers were yes. I then inform her that today I would be releasing her from team bc I feel in the best interest of the team and program that we have athletes who are completely locked in and dedicated to being here and what we are doing now. With her on team, wearing Austin Peay name, but talking to other schools, I just didn't

1

EX: 3 DATE 11/20/18
WITNESS: Paris
NANCY P. RICHMOND, RPR

**EXHIBIT 58**

CSC003553
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

feel it was right. I gave her scenarios on why it's not a good thing and she understood. I told her that with you being here on team, and shopping for other schools, just wasn't what I feel is a committed ball player. She would be taking away other reps from people who were truly committed. She understood. After I mentioned the Nebraska school, she mentioned her step dad's niece goes there and her brother was looking out there?? Didn't really follow the connection. And if you knew anything about Chadron, NE, you would not want to live there. I was also honest with her about that and that she needs to be smart and do as much research as she could bc we wanted her to know that her next stop needs to be her last stop. I also informed her I would not be taking her scholarship and that she would still have that through the end of semester.

Told the team before practice, so they are aware as well.

Let me know if you have any other questions.  Tried to keep this as short as I could, so sorry if it got long.

Thanks!
Stephanie Paris
Head Softball Coach
Austin Peay State University

CSC003554
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER