IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the ESTATE OF FATIMA LISSETTE LARIOS and on behalf of next of kin, | Case No. 8:17-cv-00031 |
| and | |
| NELSON LARIOS, as next of kin, | DECLARATION OF JON HANSEN |
| Plaintiffs, | |
| v. | |
| BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, | |
| and | |
| CHADRON STATE COLLEGE, | |
| Defendants. | |

I, Jon Hansen, hereby depose and state as follows:

1. I am over 21 years old and have personal knowledge of the matters set forth in this declaration.

2. Chadron State College ("CSC") has employed me from 2010 to the current time. I am currently CSC's Vice President for Enrollment Management, Marketing, and Student Services.

3. Exhibit 27 is a true and correct copy of Fatima Larios' Chadron State College Official Undergraduate Transcript.

*[Remainder of page intentionally left blank]*

**EXHIBIT 60**

DOCS/2231601.1

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of Feb, 2019.

_____
Jon Hansen, Chadron State College