IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKSA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the ESTATE OF FATIMA LISSETTE LARIOS and on behalf of next of kin, and NELSON LARIOS, as next of kin,<br><br>     Plaintiffs,<br>v.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, and CHADRON STATE COLLEGE,<br><br>     Defendants. | Case No. 8:17-cv-00031 |

**INDEX OF EVIDENCE IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERT WITNESS PETER LAKE**

The Plaintiffs designate the following evidence in support of their Motion to Bar Certain Testimony and Opinions of Peter Lake. True and correct copies of the following documents are attached hereto:

**Exhibit 1:**    Defendants' Rule 26 Expert Disclosures

**Exhibit 2:**    Peter Lake Expert Report

**Exhibit 3:**    Excerpts from Deposition of Peter Lake

Respectfully submitted,

/s/ Martin D. Gould
Christopher P. Welsh
WELSH & WELSH, PC, LLO
9290 West Dodge Road
204 The Mark
Omaha, Nebraska 68114
(402) 384-8160
(402) 384-8211 - Facsimile

1

cwelsh@welsh-law.com

Antonio M. Romanucci, Esq. (admitted Pro Hac Vice)
Martin Gould, Esq. (admitted Pro Hac Vice)
ROMANUCCI & BLANDIN, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000
aromanucci@rblaw.net
mgould@rblaw.net

Adele P. Kimmel, Esq. (admitted Pro Hac Vice)
PUBLIC JUSTICE, P.C.
1620 L Street, NW, Suite 630
Washington, DC 20036
(202) 797-8600
akimmel@publicjustice.net

## CERTIFICATE OF SERVICE

I certify that on April 8, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Thomas E. Johnson
Johnson Tabor & Johnson Law, LLC
11932 Arbor Street, Suite 101
Omaha, NE 68144
tjohnson@johnsontabor.com

George Martin, III
Leigh Campbell Joyce
Baird Holm LLP
1700 Farnam Street, Suite 1500
Omaha, NE 68102-2068
gmartin@bairdholm.com

                                                 Respectfully Submitted,
                                                 ROMANUCCI & BLANDIN, LLC

                                                 ____/s Martin D. Gould____
                                                     Attorney for Plaintiff