**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

LISSETTE LARIOS ROOHBAKHSH, as
personal representative of the ESTATE
OF FATIMA LISSETTE LARIOS and on
behalf of next of kin,

        and

NELSON LARIOS, as next of kin,

        Plaintiffs,

v.

BOARD OF TRUSTEES OF THE
NEBRASKA STATE COLLEGES,

        and

CHADRON STATE COLLEGE,

        Defendants.

Case No.  8:17-cv-00031

**DEFENDANTS' EXPERT
DISCLOSURES**



To:  Plaintiffs, Lissette Larios Roohbakhsh and Nelson Larios, by and through their attorneys, Christopher P. Welsh, Martin Gould, and Adele Kimmel.

    The Board of Trustees of the Nebraska State Colleges and Chadron State College (together, "Defendants"), identify the following expert witnesses that they may or will call to testify at trial:

    1.  Professor Peter F. Lake
        Hierophant Enterprises, Inc.
        8903 River Preserve Drive
        Bradenton, FL 34212

Mr. Lake is a consultant at Hierophant Enterprises, Inc., Professor at Stetson University College of Law, and a Senior Higher Education Attorney at Steptoe Johnson.  The Defendants retained Mr. Lake to review relevant discovery and other information, to render expert opinions, and testify (if necessary) regarding the Defendants Title IX compliance and/or obligations.

Mr. Lake's Curriculum Vitae is attached hereto as Exhibit 1.  Mr. Lake is expected to testify consistent with the opinions and determinations disclosed in his report and

disclosure, which will be produced pursuant to this Court's expert discovery schedule, and any deposition testimony he offers.

Defendants reserve the right for this expert to supplement his report based on any new report or discovery tendered or provided in this case.

2. Lisa Boesky, Ph.D.
   2952 Clairemont Mesa Blvd. #205
   San Diego, CA 92117

Dr. Boesky is a Licensed Clinical Psychologist. Defendants retained Dr. Boesky to review relevant discovery and other information, to render expert opinions, and to testify (if necessary) regarding Fatima Larios' suicide and the Plaintiffs' allegations regarding her suicide.

Dr. Boesky's Curriculum Vitae is attached hereto as Exhibit 2. Dr. Boesky is expected to testify consistent with the opinions and determinations disclosed in her report and disclosure, which will be produced pursuant to this Court's expert discovery schedule, and any deposition testimony she offers.

Defendants reserve the right for this expert to supplement her report based on any new report or discovery tendered or provided in this case.

3. Karl E. Williams, MD, MPH
   Forensic Consulting Services
   5825 Marlborough Avenue
   Pittsburgh, PA 15217

Dr. Williams is Licensed Medical Doctor, a Forensic Pathologist and the Chief Medical Examiner for Allegheny County, Pennsylvania. Defendants retained Dr. Williams to review relevant discovery and other information, to render opinions, and to testify (if necessary) regarding the condition of Fatima Larios' body at the time of post-mortem examination and the Plaintiffs' allegations that she was the victim of physical domestic abuse.

Dr. Williams' Curriculum Vitae is attached hereto as Exhibit 3. Dr. Williams is expected to testify consistent with the opinions and determinations disclosed in his report and disclosure, which will be produced pursuant to this Court's expert discovery schedule, and any deposition testimony he offers.

Defendants reserve the right for this expert to supplement his report based on any new report or discovery tendered or provided in this case.

Dated this 22nd day of October, 2018.

                                    BOARD OF TRUSTEES OF THE NEBRASKA
                                    STATE COLLEGES AND CHADRON STATE
                                    COLLEGE, Defendants.

                        By:    /s/Leigh Campbell Joyce
                               George E. Martin (NE# 21747)
                               Leigh Campbell Joyce (NE #26218)
                               BAIRD HOLM LLP
                               1700 Farnam Street, Suite 1500
                               Omaha, NE  68102-2068
                               Phone: 402-344-0500
                               Facsimile:  402-344-0588
                               Email:  gmartin@bairdholm.com
                                       lcampbell@bairdholm.com

                               Thomas E. Johnson (NE#12089)
                               Johnson & Tabor
                               11932 Arbor Street, Suite 101
                               Omaha, NE 68144
                               Telephone:  402-506-4444
                               Facsimile:  402-506-4442
                               Email:  tjohnson@johnsontabor.com

                               ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, I served the foregoing by electronic mail to:

          Christopher P. Welsh
          cwelsh@welsh-law.com

          Antonio M. Romanucci
          Martin Gould
          aromanucci@rblaw.net
          mgould@rblaw.net

          Adele P. Kimmel
          akimmel@publicjustice.net

                               /s/Leigh Campbell Joyce
                               Attorney for Defendants

DOCS/2153574.2

# CURRICULUM VITAE
## Professor Peter Francis Lake

1401 61st Street South
St. Petersburg, FL 33707
(727) 562-7793
(727) 490-0988 (fax)
E-mail address: lake@law.stetson.edu

## Address

**Law School Office**                                    **Home**

Stetson University College of Law                 8903 River Preserve Drive
1401 61st Street South                            Bradenton, FL 34212
St. Petersburg, FL 33707                          Telephone: (941) 544-3361
Telephone: (727) 562-7793

## Education

1981        A.B., Philosophy, Magna Cum Laude        Harvard College
1984        J.D., Cum Laude                           Harvard Law School

## Honors, Awards, Grants, Special Appointments

*National*
- Alpha Chi Omega Vision Award, (2003) by Alpha Chi Omega Women's Fraternity
- Roundtable for "Student Mental Health and the Law" (2007), a publication by the Jed Foundation
- Featured Author/Work, 2008 Pivotal Publications Colloquium, University of Connecticut
- Advisory Board for "Balancing Safety and Support on Campus: A Guide for Campus Teams" a publication by the Jed Foundation and the Higher Education Mental Health Alliance (2011)
- Chairman, Council of Experts for the 32 NCSI Project, VTV Family Outreach Foundation (2012 – present)
- Honorary Guest Lecturer, 18th Annual Jack Beyerl Student Affairs Lecture (2013), Ball State University

*Stetson Law School*
- Outstanding Teaching Award (May 1995) (awarded by Stetson College of Law for excellence in teaching)
- Named Professor of the Year (1996) by the Stetson Student Bar Association
- Homer and Dolly Hand Award (1996) (Stetson University Award for Excellence in Scholarship)
- Honored for "Academic Excellence" by the Stetson Student Bar Association (2000)
- Golden Apple Achievement Award, (2000) presented by the Stetson Business Law Society (favorite professor of the student body)
- Homer and Dolly Hand Award (2000) (Stetson University Award for Excellence in Scholarship)
- Best Professor for the First Year Class (2003-04) by the Student Bar Association
- Speaker at the December 2016 Graduation Celebration (chosen to speak by the student body)

*Harvard Law School*
- Laylin Prize for the best paper written by a student in the field of Public International Law or on an aspect of that field as determined by the Dean

*Harvard College*
- Phi Beta Kappa, Alpha Chapter, Rank Group 1 (four year cumulative)
- Detur Prize (1978)
- Harvard Scholarship (1979) (honorary)
- John Harvard Scholarship (1980) (honorary)
- Mark DeWolfe Howe Fund (1981) grant for study and research in civil rights/civil liberties and legal history

EXHIBIT
1

Peter Francis Lake          **CurriculumVitae**          Page 2 of 42

## Current and Past Professional Memberships

Member, New York State Bar Association
Member, American Bar Association
Academic Master, Polk County American Inn of Court
Member, The American Society for Political and Legal Philosophy
Member, Student Education and Admission to Bar Subcommittee of Florida Bar
Member, National Academic Advisory Board, Alpha Delta Pi Sorority
Member, Review Board, Higher Education Center for Alcohol and Other Drug Prevention
Member, Editor of the Journal of College and University Law
Member, Board of the Center for Academic Integrity
Member, Council of Advisors to the Network

## Professional Experience

### Law School

1990-present – Professor of Law, Charles A. Dana Chair, and Director of the Center for Excellence in Higher Education Law and Policy, Stetson University College of Law
February 23 – July 1, 2015 – Interim Director of Title IX Compliance, Stetson University
October 1995 - Full Professor (effective August 1996)
October 1994 - Tenure Granted (effective August 1995)
August 1990 - Assistant Professor of Law

<u>Teaching assignments</u>: Torts I & II, Advanced Tort Law Seminar, Insurance, Jurisprudence, Agency, Law and Higher Education, Alternative Dispute Resolution, Survey of Florida Law, and Client Counseling.

**Selected Committee Work/Service to Stetson Law School:**

- Coordinator of the Honors Program
- Coach, Client Counseling Team (including coach of a Regional Team Winner)
- Committee to Develop Uniform Standards on Directed Study, Individual Research and Seminars
- Dean Search Committee
- Distinguished Lecturers and Speakers Committee
- Faculty Mentor
- Faculty Scholarship Committee
- Faculty Teaching Committee/Faculty Development Committee
- Faculty Recruitment Subcommittee
- Honor Code Investigator
- Honor Code Review Committee
- Judicial Clerkship Programs
- Judicial Intern Selection Committee
- Participant in Academic Orientation/Academic Success
- Strategic Planning Committee
- Chairman, Student Activities and Placement Committee
- Dean's Transition Committee
- Chairman, Honors and Awards Committee
- Chairman, Academic Support
- Faculty Representative, Board of Trustees
- Curriculum Development Committee
- Research and Writing Professors Conversion to Tenure Committee
- Chair, National Conference on Law and Higher Education

### Consulting and Other

2017-present – Co-developer, "Compliance U," a higher education training platform in partnership with ACPA, College Student Educators International
1998-present – President, Hierophant Enterprises, Inc.  (Consulting Corporation)

**Peter Francis Lake**         **CurriculumVitae**              **Page 3 of 42**

## Clerkships

| | |
|---|---|
| 1985-86 | Law Clerk to the Honorable Neil Lynch, Associate Justice, Massachusetts Supreme Judicial Court |
| 1984-85 | Law Clerk to the Honorable Bruce M. Selya, Judge, United States District Court for the District of Rhode Island (Now United States Court of Appeals, 1ˢᵗ Circuit) |

## Professional Practice

| | |
|---|---|
| 1986-1990 | Associate, Cahill Gordon & Reindel, New York Office, Member of Firm Hiring Committee (1989) |
| 1986 | Campaign Advisor, Director of Investigations, Committee to Elect James E. O'Neill, Rhode Island Attorney General Race |
| 1984 | Summer Law Clerk, Palmer & Dodge, Boston |
| 1983 | Summer Law Clerk, Cahill Gordon & Reindel, New York Office |
| 1981-83 | Part-time and Summer Law Clerk, LeBoeuf, Lamb, Leiby & MacRae, Boston Office |
| 1980-81 | Consumer Protection Unit Investigator, Part-time Paralegal, Office of the Attorney General of the State of Rhode Island |
| 1979-80 | Part-time Paralegal, Office of the Public Defender of the State of Rhode Island (volunteer) |

## Teaching Assistant/Research Assistant

| | |
|---|---|
| 1984 | Harvard College, Teaching Fellow for Professor Lloyd Weinreb |
| 1984 | Research Assistant for Professor Henry Steiner, Harvard Law School |
| 1983-84 | Research Assistant for Professor Wendy Mariner, Harvard University, School of Public Health |
| 1983 | Harvard College, Teaching Fellow for Professor Charles Fried |

## Law Journal

| | |
|---|---|
| 1983-84 | Board of Editors HARVARD INTERNATIONAL LAW JOURNAL |

## Books, Videos and Other Publications

The Four Corners of Title IX Regulatory Compliance: A Primer for American Colleges and Universities, HIEROPHANT ENTERPRISES, INC. 2017.

Executive Editor, *Title IX: Training and Promising Practices* and *Title IX: Developing Policies and Exploring Priority Issues* [2-Part Binder Series] (2016 PaperClip Communications, Inc.).

Peter Francis Lake          **CurriculumVitae**                    Page 4 of 42

## Books and Other Publications (Cont'd)

"Title IX Compliance Series," A Five-Part Video Series and Instructional Course (2014 Magna Publications, Inc.).

"Title IX for Faculty: Your Role in Helping Students," A Video and Instructional Course (2014 Magna Publications, Inc.).

"Title IX for Students: What You Need to Know," A Video and Instructional Course (2014 Magna Publications, Inc.).

Higher Education and the Law:  Cases and Materials, FOUNDATION PRESS 2014 [with J. Areen].

The Rights and Responsibilities of the Modern University:  The Rise of the Facilitator University, 2nd ed., CAROLINA ACADEMIC PRESS  2013.

The Foundations of Higher Education Law and Policy:  Basic Legal Rules, Concepts and Principles for Student Affairs, NASPA  2011.

Beyond Discipline – Managing the Modern Higher Education Environment, HIEROPHANT ENTERPRISES, INC. 2009.

The Rights and Responsibilities of the Modern University: Who Assumes the Risks of College Life?, CAROLINA ACADEMIC PRESS 1999 [with R. Bickel] [ Reviewed by Cranman & Ward, 26 J.C. & U.L. 389 (Fall 1999)].

"Secrets of Basic Tort Law," A 4 Hour Audio Tape Series on Basic Tort Law (1998 Hierophant Enterprises, Inc.).


## Significant Journal and Other Writings

"Overreacting to College Student Suicide?  How Promoting *Reasonable* Expectations for Suicide Prevention Will Help Everyone," [with Dr. Paul Polychronis] Inside Higher Ed (forthcoming May 2018).

"Next Up in Title IX Compliance," College Planning and Management (April 1, 2018).

"In Times of Scandal, Conflicts with College Lawyers Multiply," The Chronicle of Higher Education (Feb. 25, 2018).

"Mission Possible," College Planning and Management (Feb. 1, 2018).

"From Discipline Codes to Contractual Respect," The Chronicle of Higher Education (Nov. 26, 2017).

"Title IX… in Regulatory Limbo," College Planning and Management (Nov. 1, 2017).

"'Interim' Guidance on Title IX Creates Confusion, Not Clarity," The Chronicle of Higher Education (Sept. 24, 2017).

"A Blueprint for Title IX Compliance," College Planning and Management (July 1, 2017).

"Compliance U," College Planning and Management (April 1, 2017).

"First Amendment Survival Guide for Presidents," The Chronicle of Higher Education (March 26, 2017).

"The Hazards and Opportunities Presented by Title IX," The Chronicle of Higher Education (Feb. 19, 2017).

"Title IX in Transition Under Trump," College Planning and Management (Jan. 1, 2017).

**Peter Francis Lake**          **CurriculumVitae**          Page 5 of 42

**Significant Journal and Other Writings (Cont'd)**

"Compliance Crusader," Inside Higher Ed (August 11, 2016).

"Talking Points – Caulking the Cracks in Campus Safety," Currents Magazine, a publication of CASE (Feb. 2014).

"Welcome to Compliance U: The Board's Role in the Regulatory Era," The Association of Governing Board's Trusteeship Magazine, No. 4 Vol. 21 (July/August 2013).

"What the New Campus Safety Center Can Accomplish" The Chronicle of Higher Education (July 15, 2013).

"The College 'Court' Phenomenon" Spring 2013 edition of NASPA's Leadership Exchange.

"Time for Tenure for SSAOs" Winter 2013 edition of NASPA's Leadership Exchange.

"Cardiac Evaluation of Collegiate Student-Athletes: A Medical and Legal Perspective," *Am J Med* 2012, [with Paterick TE, Jan MF, Paterick ZR, Umland MM, Kramer C, Seward JB, Tajik AJ, Maron BJ].

"Who's E-mail Is It, Anyway?" The Chronicle of Higher Education (April 3, 2011).

"What's Next for Private Universities? Accountability," The Chronicle of Higher Education (December 2010).

"Will Your College Be Sued for Educational Malpractice?," The Chronicle of Higher Education (August 11, 2009).

"Student Discipline: The Case Against Legalistic Approaches," The Chronicle of Higher Education (April 17, 2009).

"Student-Privacy Rules Show a Renewed Trust in Colleges," The Chronicle of Higher Education (February 6, 2009).

"Still Waiting: The Slow Evolution of the Law in Light of the Ongoing Student Suicide Crisis," 34 J.C. & U.L. 253-284 (2008).

"Higher Education Called to Account," The Chronicle Review, Chron. of Higher Educ. (June 29, 2007).

"Alcohol and Campus Risk Management," Campus Activities Programming (October 2006) [with A. Dickerson].

"Hazing in the Internet Age," NASPA Leadership Exchange (September 2006) [with A. Dickerson].

"A Blueprint for Collaborative Risk Management Teams," Campus Activities Programming (April 2006) [with A. Dickerson].

"Private Law Continues to Come to Campus: Rights and Responsibilities Revisited," 31 J.C. & U.L. 621-663 (2005).

"Deflating the Risks of Inflatables," NASPA Leadership Exchange 22 (December 2005) [with A. Dickerson].

"The Emerging Crisis of College Students Suicide: Law and Policy Responses to Serious Forms of Self-Inflicted Injury," 33 STETSON L. REV. 125-127 (2002) [with N. Tribbensee].

"The Special Relationships Between a College and a Student: Law and Policy Ramifications for the Post *In Loco Parentis* College," 37 IDAHO L. REV. 531-555 (2001).

**Peter Francis Lake**  **CurriculumVitae**  **Page 6 of 42**

## Significant Journal and Other Writings (Cont'd)

"Modern Liability Rules and Policies Regarding College Student Alcohol Injuries: Reducing High Risk Alcohol Use Through Norms of Shared Responsibility and Environmental Management," 53 OKLA. L. REV 611-630 (2000).

"Tort Litigation in Higher Education," 27 J.C. & U.L. 255-311 (2000).

"When Fear Knocks: The Myth and Realities of Law School," 29 STETSON L. REV. 1015-1056 (2000).

"Common Law 'Duty' Analysis: The Conceptual Expansion of 'Duty' in a Period of Doctrinal Consolidation/Retrenchment," 10 Kan. J.L. & Pub. Pol'y 153 (2000).

"Bad Boys, Bad Men, and Bad Caselaw: Re-examining the Historical Foundations of No-Duty-To-Rescue Rules," 43 NEW YORK LAW SCHOOL L. REV. 385-450 (1999).

"The Rise of Duty and the Fall of In Loco Parentis and Other Protective Doctrines in Higher Education Law," 64 MISSOURI L. REV. 1 (1999).

"The Emergence of New Paradigms in Student University Relations: From In Loco Parentis to Bystander to Facilitator," 23 JOURNAL OF COLLEGE AND UNIVERSITY LAW 755-795 (1997) [with R. Bickel].

"Common Law Duty in Negligence Law: The Recent Consolidation of a Consensus on the Expansion of Analysis of Duty and the New Conservative Liability Limiting Use of Policy Considerations,"34 SAN DIEGO L. REV. 1503-1570 (1997).

"Recognizing the Importance of Remoteness to the Duty to Rescue," 46 DEPAUL L. REV. 315-365 (Winter 1997).

"The Expanding Duty of the University to Reduce the Risk of Student Assault: The Case Against a Bystander University Which Has No Affirmative Duty to Rescue Its Students," Vol.7, No.3 Synthesis 534 (Winter 1996) [with R. Bickel].

"Virginia is Not Safe For Lovers: The Virginia Supreme Court Rejects Tarasoff in Nasser v. Parker," 61 BROOKLYN LAW REVIEW 1285-1298 (1995).

"Waite and See: The Confusing State of Interspousal Immunity," Noble Pursuits *(*THE JOURNAL OF THE LAKELAND FLORIDA BAR ASSOCIATION*)* (1994) [with A. Fanzlaw].

"Liberalism Within the Limits of the Reasonable Alone: Developments of John Rawls' Political Philosophy, Its Political Positivism, and the Limits on Its Applicability,"19 VERMONT L. REV. 603-642 (1995).

"Reconceptualizing the College's Duty to Provide a Safe Learning Environment: A Criticism of the Doctrine of In Loco Parentis and the Restatement (Second) of Torts," 20 JOURNAL OF COLLEGE AND UNIVERSITY LAW 261-293 (Winter 1994) [with R. Bickel].

"Revisiting Tarasoff," 58 ALBANY L. REV. 97-173 (1994).

"Posner's Pragmatist Jurisprudence," 73 NEBRASKA L. REV. 545-645 (1994).

"Paying for the Pollution Cleanup with Insurance?," A Review of Kenneth S. Abraham's Environmental Liability Insurance Law (1990), 4 MARYLAND JOURNAL OF CONTEMPORARY LEGAL ISSUES 153-162 (Fall/Winter 1992-1993).

*Book Review*: T. Pogge, Realizing Rawls (1989), 30 COLUMBIA TRANSNATIONAL LAW JOURNAL 471 (1992).

"Make Lawyers Not Lethal Sheep," JOURNAL OF LEGAL EDUCATION, Vol.42, No.2 (June 1992).

Peter Francis Lake          **CurriculumVitae**          Page 7 of 42

### Significant Journal and Other Writings (Cont'd)

"Paradigms Lost: Changes in the Legal Talent Market," A.B.A. JOURNAL (March 1992).

"Constitutional Camlan: Can the Bankruptcy Act Survive?" NEW YORK LAW JOURNAL (August 29, 1990) [with Floyd Abrams].

*Book Review:* Janis, <u>An Introduction to International Law</u>, 12 FORDHAM INTERNATIONAL LAW JOURNAL 882.

"The Historical and Philosophical Bases for a Universal Conception of Human Rights," Laylin Prize (1984) (unpublished).

### Court Citations to Significant Legal Writings

*Nguyen v Mass. Inst. of Tech.,* 2018 WL 2090610 (Mass. Sup. Jud. Ct. 2018).

*Regents of University of California v. Superior Court,* 4 Cal.5th 607 (California Supreme Court 2018).

*Santana v. Rainbow Cleaners, Inc*., 969 A.2d 653 (Rd. Isl. S.Ct April 30, 2009).

*Bash v. Clark*, 22 Mass. L. Rptr. 84 (Mass. 2006).

*McCammon v. Gifford*, 2002 WL 732272 (Tenn. Ct. App).

*Sain v. Cedar Rapids County Sch. Dist.*, 626 N.W.2d 115 (Iowa 2001).

*Wicker v. Harmony Corp.*, 784 So. 2d 660 (La. Ct. App. 2001).

*Gross v. Nova Southeastern University, 2000 Fla Lexis 696* (Fla. S.Ct. March 30, 2000).

*Adams v. City of Fremont*, 68 Cal. App. 4th 243 (Ca. Ct. App., December 3, 1999).

*Estates of Morgan v. Fairfield Family Counseling Ctr*., 77 Ohio St. 3d 284, 673 N.E.2d 1311 (Ohio, Jan. 22, 1997).

*Little v. All Phoenix South Community Mental Health Center, Inc*., 186 Ariz. 97, 919 P.2d 1368 (Ariz. App. Div. 2, Dec. 26, 1995).

*Bradley v. Ray*, 904 S.W.2d 302 (Mo. App. W.D., June 6, 1995).

*Nasser v. Parker*, 249 Va. 172, 455 S.E.2d 502 (Va., Mar. 3, 1995).

### Significant Presentations or Speeches/Continuing Legal Education

- Moderator, The Career Marathon. A panel discussion sponsored by Student Education and Admission to the Bar Committee, Florida Bar Convention, Summer 1992

- Luncheon Address, Elder Law Seminar, Stetson Law School, September 2, 1992

- Breakfast address, Conference on Law and Higher Education, sponsored by Stetson Law School, Clearwater, FL, February 1993

- Speaker, Breakfast Lecture Series, Tampa, FL, Spring 1993

- Academic Conclave, Florida Bar Meeting, June, 1995, entitled The Law School of The Future.  As Chair of Subcommittee of Florida Bar, planned and prepared Conclave and arranged panel of speakers

Peter Francis Lake          **CurriculumVitae**                    Page 8 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

- National American Inns of Court National Conference Annual Program (Tampa, FL, May 16-19, 1996). As member of program committee, planned masters program and plenary session

- Presenter, 35th Annual NACUA Conference (Toronto, June 21-24, 1995) [with R. Bickel]. Session related to The Emergence of an Expanded Duty of the University Regarding its Students and college and university liability issues

- Presenter, Risky Business conference at University of Montana Law School (May 30-June 1, 1996) multi-day CLE conference on college and university law issues

- Speaker, On The Doctrine of In Loco Parentis. Notre Dame Law School (April 4, 1997) Sponsored by and at the invitation of The Journal of College and University Law, and in connection with forthcoming article

- Principal Presenter, Risky Business II at University of Montana Law School (June 12-14, 1997) [with R. Bickel, J. Chasen, L. Taylor, D. Aronosky], see above

- Address, at "Higher Education and the Law: Critical Issues in 1997" Conference University of Georgia, Institute of Higher Education (July 21-22, 1997)

- Presenter, NACUA regional conference Privacy on the Cusp of a New Millennium, (Providence, RI, Sept 27-28, 1997); Panel entitled Key Legal Issues: Media Rights v. Privacy Rights [with S. Barker, J.D. Smeallie]

-Workshop Faculty, 19th Annual National Conference on Law and Higher Education, post conference workshop entitled The Expanded Role of the Campus Security and University Liability (Clearwater, Florida, February 15, 1998)

-Principal Presenter, Florida Association of Campus Security Administrators, 1998 Fall Meeting, workshop on Legal Issues (Cypress Gardens, FL, September, 1998)

- General Session Presenter and Workshop Leader [with R. Bickel], 40th Annual IACLEA Conference and Exposition (Toronto, Canada, June 27-30, 1998)

- Speaker, "A Symposium for College Presidents and Chancellors on Alcohol Issues" Sponsored by the Louisiana Office of Alcohol and Drug Abuse (Baton Rouge, LA, July 9, 1998)

-Presenter, "Fair and Orderly Ways to Ensure a Safe Learning Environment: A Legal Perspective" at the Presidential Dialogue on Alcohol and Other Drugs, Sponsored by the New Hampshire College and University Council and New Futures (Concord, NH, October 29-30, 1998

-Dinner Address and Presenter, at the Robert Wood Johnson Foundation Fraternities/Sororities Meeting (Princeton, NJ, May 20-21 1999)

-Presenter, Fundamentals of How to Build a Facilitator College: Facilitating a Safer College Environment at The Campus Stakeholders Meeting-AOD, Sponsored by the New Hampshire College and University Council (June 16, 1999)

- Presenter, Workshops on Legal Issues, 41st Annual IACLEA Conference (San Diego, CA June 24-26, 1999)

- Principal Presenter [with R. Bickel], Drive-Up Workshop, Southeastern Louisiana University, (Hammond, LA, Sept. 10-11, 1999)

-Presenter, "Law and University Student Alcohol Issues" at the Penn State --- PLCB Partnership for Prevention Conference (State College, PA, September 27-28, 1999)

- Keynote Speaker, Rules, Regulations, Policies and Enforcement: A Workshop on University Law, at Partnership for Success: Your Campus Blueprint, the 1999 College Conference presented by the Virginia Department of Alcoholic Beverage Control (Hampton, VA, October 7-9, 1999)

Peter Francis Lake          **Curriculum Vitae**          Page 9 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Presenter, Building On Success: Prevention for the 21st Century on the topic of The Campus Security Act and Other Legal Issues in Prevention: Setting the Right Tone in Your Campus Policy sponsored by the U.S. Department of Education's 13th Annual Meeting on Alcohol , Other Drug and Violence Prevention in Higher Education (Albany, NY, November 6-9, 1999)

- Presenter, National Intrafraternity Council National Meeting (Denver, CO, December 1999)

- Presenter, "The Legal Relationship of a College to Its Students and the Duty to Provide a Safe Learning Environment" [with R. Bickel], Attorney General of Ohio, Betty D. Montgomery's 2000 Annual Conference of Public College and University Attorneys (Columbus, OH, April 26, 2000)

- Presenter, "An Overview of Recent Judicial Decisions and Future Trends in Higher Education Law" at the Western Association of Campus Law Enforcement Administrators, 15th Annual Conference, March 22-24, 2000 (Portland, OR)

- Invited Presenter, Duty and General Principles of Tort Law, at A The Restatement (third) of Torts and the Future of Tort Law, a symposium/conference including the ALI reporters and distinguished practicing attorneys, professors and judges, sponsored by The Law and Organizational Economics Center at the University of Kansas (Lawrence, KS, June 1-3, 2000)

- Presenter in Panel Discussion, Re-visiting In Loco Parentis:  The Return of a Crazy Notion?, at the NACUA 40th Annual Conference, Washington, D.C. (June, 2000)

- Appearance on CNN's Crosstalk Live (Host: Daryn Kagan), "Should Texas A&M University End Its Annual Bonfire?" (June 16, 2000)

- Presenter, The Rights and Responsibilities of The Modern University, [with R. Bickel] at the University of Vermont Annual Legal Issues in Higher Education Conference, Burlington, VT (October 1-3, 2000)

- Featured Presenter and Book Author, Campus & Community Collaboration:  A Confluence of Commitment The U.S. Department of Education's 14th Annual Meeting on Alcohol, Other Drug, and Violence Prevention in Higher Education, Pittsburgh, PA (October 14-17, 2000)

- Keynote Speaker, Recent Developments in Higher Education Health Care Law at the Mid-America College Health Association 35th Annual Meeting, Eagle Creek Resort, Findlay, IL (November 2, 2000)

- Featured Presenter, "Who Pays, The New Era of Liability and Responsibility on College Campuses" NABCA Second Annual National Alcohol Education Symposium, Washington, D.C. (March 30, 2001)

- Presenter, Stetson's Annual Law & Higher Education Conference, Clearwater, FL (February, 2001)

-Luncheon Keynote, "Higher Education Law and Reducing High Risk Alcohol Use on College Campuses" North Carolina College Leadership Convocation, Chapel Hill, NC (April 4, 2001)

-Keynote Speaker, "Campus Safety Issues in the New Millennium" [with R. Bickel] sponsored by the South Carolina Commission on Higher Education, Clemson University (March 28, 2001)

-Pre-Conference Chair, "Law and Policy Response to High Risk Student Behavior on Campus" Stetson National Conference on Law and Higher Education, Clearwater, FL, February 16, 2002

- Speaker, AII Meeting, Indianapolis, Indiana, on suicide issues, Summer, 2002

- Keynote Speaker, "Communities and Colleges Together" Green Mountain College, Vermont. June 21, 2002

- Television Round Table, "First Amendment Issues" [with Syl Farrell, Donna Reed, Mark Ober and Greg Thomas] for Community Access Television, June 11, 2002

**Peter Francis Lake**          **CurriculumVitae**          Page 10 of 42

## Significant Presentations or Speeches/Continuing Legal Education (Cont'd)

-Participant, Academic Advisory Board Meeting of Alpha Delta Chi Sorority, Memphis, Tennessee, June 21-22, 2002

-Presenter, Board of Trustees Meeting at Wake Forest University, Sea Island, Georgia. July 11-14, 2002

-Keynote Speaker, The American Campus and Alcohol Regional Conference, Orlando, Florida at the University of Central Florida, September 8, 2002

-Speaker and Trainer, "Campus Safety Issues and Responses" Eckerd College, September 13, 2002

- Keynote Speaker, "What Your Campus Attorney Should Know About the NIAAA Report," and "Presidential Panel: A Call to Action" [with W. DeJong] College Summit Conference, Harrisburg, Pennsylvania, September 26-27, 2002

-Keynote Address, "Legal Issues Update" LACUSPA Conference, New Orleans, Louisiana, October 1, 2002

-Keynote Speaker, MMOGSISP 2002 Conference, Eastern Illinois University, October 16-18, 2002

-Presenter, On the Rights and Responsibilities of the Modern University, at the Greek Summit, Salt Lake City, Utah, October 20, 2002

-Speaker and Trainer, "Developing a Unified Approach: Addressing Alcohol Violations Effectively On and Off Campus" Workshop for Judicial Affairs and Other Administrators, Augusta, Maine, at the invitation of the Office of Substance Abuse of the State of Maine, October 25 and 26, 2002

-Speaker and Trainer, Conference for Campus Police, sponsored by WACLA, an association of campus police in the Western states, Spokane, Washington, November 6-8, 2002

-Keynote Speaker, "Risk Explore, Transform – An Extreme Expedition- Student High-Risk Behavior" NASPA Regional Meeting, Portland, Oregon, November 6-9, 2002

-Opening Speaker, Keynote Speaker, and Forum Presenter, U.S. Department of Education Annual National Meeting on Alcohol, Other Drug and Violence Prevention, Seattle, Washington, November 21-24, 2002

-Commencement Address, Texas Wesleyan Law School Ceremony, Texas Wesleyan University School of Law, December, 2002

-Keynote Speaker, Association of Fraternity Advisors Conference, Columbus, Ohio, December 6, 2002

-Speaker, Panel involving part-time studies, AALS Conference, Washington, D.C. January, 2003

-Keynote Presenter, and Workshop Presenter, [with R. Bickel] at ASJA Conference, Clearwater, FL, February 10, 2003

-Presenter, Partners in Prevention Conference, Missouri Partners in Prevention, Kansas City, Missouri, April 15-17, 2003

-Luncheon Speaker, NASPA Inter-fraternity Luncheon, St. Louis, Missouri, March, 2003

-Keynote Speaker, "The Rights and Responsibilities of Modern Colleges and Universities: Who Assumes the Risk?" The American Campus and Alcohol Regional Conference, Syracuse University, March 9-11, 2003

-Keynote Presenter, NABCA Symposium on Alcohol Beverage Law, Washington, D.C. March 12 and 13, 2003

Peter Francis Lake             **CurriculumVitae**             Page 11 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Keynote Speaker, "College Prevention Conference Addressing Underage Drinking/Campus and Community: Partners and Prevention" New York State College Conference, sponsored by the New York State Office on Alcoholism and Substance Abuse Services, April 1-3, 2003

-Keynote Speaker, Pre-Conference Presenter, Workshop Presenter, "Meeting of the Minds: Partnering for Success and Prevention," sponsored by Missouri Partners in Prevention, Lake of the Ozarks, Missouri, April 10-12, 2003

-Workshop Presenter, at the invitation of the Alcohol and Drug Prevention Coordinator, Central Maine Technical College, Augusta, Maine, April 28, 2003

-Speaker and Workshop Presenter, "Rights and Responsibilities of the Modern University: Effective Alcohol Preventive Efforts" sponsored by the Network, an organization sponsored by the U.S. Department of Education and the New Jersey Beverage Commission, Rutgers University, New Brunswick, New Jersey, May 9, 2003

-Keynote Speaker, "The Law As a Tool for Prevention"  Statewide Initiatives Leadership Institute, Higher Education Center, Minneapolis, Minnesota, June 26-29, 2003

-Speaker and Workshop Presenter, Texas A&M University, College Station, Texas, July 2003

-Presenter, Violence Meeting sponsored by the U.S. Department of Education's Higher Education Center, Newton, Massachusetts, July 15-16, 2003

-Conference Planner and Presenter, AII Second Annual Conference, Baltimore, Maryland, September 2003

-Keynote Speaker, North Carolina College Leadership Summit, September 24, 2003

-Speaker, Indiana Prevention Conference, Bloomington, Indiana, September 30, 2003

-Presenter, National Forum, National Meeting of the U.S. Department of Education and Alcohol Prevention, Austin, Texas, October 2003

- Presenter, 2003 Legal Issues in Higher Education Conference, University of Vermont, Burlington, Vermont, October 5-7, 2003

- Presenter, "Integrity in Our Institutions:  Leadership, Courage, and Commitment" Conference, Center for Academic Integrity, San Diego, California, October 17-19, 2003

-Keynote Speaker, "Power of the Press:  Focus on Advertising," Ohio State University, Columbus, Ohio, October 24, 2003

-Presenter, "Law as a Tool for Prevention," University of Florida, Gainesville, Florida, November 14, 2003

-Keynote Speaker, Florida Prevention Partnership Conference, Orlando, Florida, November 18-20, 2003

-Keynote Speaker, Oregon Campus and Community Coalition Conference, February 8-9, 2004

-Keynote Speaker, BACCHUS and GAMMA Conference, Tampa, Florida, February 27, 2004

-Presenter, Presentation to the Board of the National Center on Addiction and Substance Abuse, Columbia University, New York City, New York, April 1, 2004

-Participant, Council of Advisors and Executive Committee Meeting, The Network, New Orleans, Louisiana, April 1-2, 2004

-Pre-Conference Speaker, "Making a Difference" Meeting of the Minds Conference, Kansas City, Missouri, April 14-17, 2004

Peter Francis Lake                    **CurriculumVitae**                    Page 12 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Keynote Speaker, Summit-By-The-Lake, South Carolina State-wide Initiative on College Drinking, Clemson, South Carolina, April 21-22, 2004

-Panelist, Network Regional Conference, East Windsor, New Jersey, April 30, 2004

-Participant, US/UK Roundtable, Oxford, United Kingdom, June 27, 2004

-Speaker, President's Retreat, Minnesota State University, Moorhead, June 28-29, 2004

-Speaker, "Liability in the Classroom" Faculty In-service, Florida Southern Conference, Lakeland, Florida, August 26, 2004

-Consultant, Depauw University, Greencastle, Indiana, September 9-10, 2004

-Speaker, National Forum for Senior Administrators, Washington D.C., October 16-19, 2004

-Panelist, "On the Horizon in College Alcohol and Violence Prevention: Five Experts Talk About Civic Engagement and Service Learning as Prevention Strategies" Higher Education Center Annual Meeting, Washington, D.C., October 16-19, 2004

-Keynote Speaker, "Rights and Responsibilities of Modern Colleges and Universities: Who Assumes the Risk?" American Campus and Alcohol Regional Conference, October 24-26, 2004

-Keynote Speaker, Virginia's 19th Annual College Conference, Virginia Beach, Virginia, November 5-6, 2004

-Keynote Speaker, Kentucky NETWORK Conference, Louisville, Kentucky, November 9-12, 2004

-Speaker, "Effective Interventions for Student Mental Health on Campus: Collaboration and Communication," NASPA Regional, Newport, Rhode Island, January 7, 2005

-Speaker, National Association for Campus Activities National Convention, Minneapolis, Minnesota, February 12-16, 2005

-Speaker, Georgia College Counselors Association Conference, St. Simon, Georgia, February 22-25, 2005

-Speaker, South Carolina Campus Safety Conference, February 25, 2005

-Speaker, IL Conference, Chicago, Illinois, March 5-8, 2005

-Speaker, "Legal Relationships Between Colleges and Students" NASPA National Conference, Tampa, Florida, March 22, 2005

-Consultant, Campus Community Symposium, Eastern Illinois University, March 30, 2005

-Speaker, Meeting of the Minds, Kansas City, Missouri, April 7-9, 2005

-Consultant, University of Kentucky, April 28-29, 2005

-Presenter, Law Student Discipline Conference, Stetson University College of Law, Tampa, Florida, June 10, 2005

-Speaker, "Shin v. MIT", IACLEA National Conference, Kansas City, Missouri, June 28, 2005

-Speaker, "Promoting Academic Integrity in a High Tech World" NACUA Conference, June 29, 2005

-ALWD Conference, Chicago, IL, July 21-24, 2005

**Peter Francis Lake**          **CurriculumVitae**          **Page 13 of 42**

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Presenter, [with R. Bickel], Lynn University, August 31, 2005

-U.S. Department of Education National Meeting, October 1-6, 2005

-Keynote Presenter, "Understanding the Environment: AOD and Riskscapes" AOD Symposium, October 10-13, 2005

-Presenter, MARSH meeting, St. Pete Beach, Florida, November 2, 2005

-Presenter, Florida Prevention Conference, Orlando, Florida, November 15-16, 2005

-Workshop Presenter, "Student Wellness and Conduct" Stetson University College of Law, Tampa, Florida, December 12, 2005

-Presenter, James Madison University, Virginia, December 13-15, 2005

-Presenter, University of Nebraska-Lincoln, February 8-11, 2006

-Presenter, National Association of Student Personnel Administrators, March 14-15, 2006

-Presenter, Illinois Higher Education Conference, April 3, 2006

-Presenter, Meeting of the Minds, Kansas City, Missouri, April 6-8, 2006

-Presenter, West Virginia Governor's Conference, May 17, 2006

-Plenary Presenter and Special Guest, "Student Wellness and Discipline" and "College Student Suicide" ABA Associate Deans Conference, June 9-10, 2006

-Presenter, "Alcohol and Its Impact on Campus Risk Management", Stetson University College of Law (webinar), Gulfport, Florida, June 20, 2006

-Presenter, Florida Alcohol Coalition Meeting, Tampa, Florida, July 25, 2006

-Presenter, "Rights and Responsibilities" Student Affairs Personnel at University of Tennessee-Knoxville, September 7, 2006

-Keynote Presenter, "Hot Legal Topics in Higher Education" URMIA Conference, San Antonio, Texas, September 11, 2006

-Presenter, Charleston School of Law Conference, Charleston, South Carolina, September 16, 2006

-Speaker and Participant, MUSIC Conference, Michigan, September 19-22, 2006

-Panelist, "National Forum for Senior Administrators" U.S. Department of Higher Education 20th Annual Meeting on Alcohol and Other Drugs, October 19-22, 2006

-Presenter, Stetson/NASPA Student Affairs Law and Policy Conference, Las Vegas, Nevada, December 1-6, 2006

-Panelist, "Right Balance of Regulation in Alcohol" National Alcohol Beverage Control Association, January 5, 2007

-Presenter, Associate Deans, Directors of Student Services, Faculty and Students, Medical University of South Carolina, Charleston, South Carolina, February 9-10, 2007

**Peter Francis Lake**          **CurriculumVitae**          Page 14 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Presenter, "Legal Issues in Campus Activities" National Association of Campus Activities Conference, February 16-18, 2007

-Attendee, Stetson 28th Annual National Conference on Law and Higher Education, Clearwater, Florida, February 19-21, 2007

-Presenter, New York Alcohol and Other Drug Conference, March 12-13, 2007

-Presenter and Consultant, University of Massachusetts-Amherst, March 12, 2007

-Keynote Presenter, Tennessee College Presidents Summit, April 3, 2007

-Presenter, "Legal and Liability Issues for College Campuses" Campus Suicide Prevention/Mental Health Issues Awareness Conference, Daytona Beach, Florida, April 17, 2007

-Participant, Jed Foundation Round Table, May 1, 2007

-Presenter, URMIA Conference, Tampa, Florida, May 8-9, 2007

-Keynote Presenter, ACHA Annual Meeting in San Antonio, Texas, June 1, 2007

-Presenter, "Managing Law Schools in a Complex Legal Environment" Associate Law School Deans Conference, Tampa, Florida, June 15-16, 2007

-Presenter, "Legal Implications of FERPA, HIPAA, and Other Privacy/Compliance Issues" Florida Community College Campus Security Summit, June 25, 2007

-Keynote Presenter, IACLEA National Meeting, Las Vegas, Nevada, June 27, 2007

-Presenter, "Features of the Law of Residential Safety" NACUA 2007 Conference, June 30, 2007

-Presenter, "Reasonable Steps to Prevent Litigation" [with Mary and Bill Hill], OJJDP National Leadership Conference, Orlando, Florida, August 2-4, 2007

-Presenter, "Implications of FERPA and Other Privacy Laws" New Mexico Junior College, August 14, 2007

-Presenter, "Legal Issues in Higher Education" In-service for Faculty and Staff at the Medical University of South Carolina, Charleston, South Carolina, September 29, 2007

-Keynote Presenter, "Impact of the Virginia Tech Shootings on College Assessments of Mental Health Issues and Health/Counseling Centers" New York State College Health Association Annual Meeting, October 10, 2007

-Presenter, "Rights and Responsibilities of the Modern University" In-service for Student Affairs Professionals at University of Central Florida, Orlando, Florida, November 9, 2007

-Presenter, "The Facilitator Model" In-Service for Student Affairs Staff and the Risk Management Coordinators Committee at Texas A&M, College Station, Texas, January 17, 2008

-Presenter, "The Facilitator Model" In-service for Texas Christian University, Meeting with the Chancellor's Administrative Departmental Unit Heads, and Staff Development Literature Review Group, Fort Worth, Texas, January 22-23, 2008

-Moderator, "Understanding Our Students by Understanding the Emo Culture" 29th Annual National Conference on Law and Higher Education, Clearwater, Florida, February 19, 2008

Peter Francis Lake                **CurriculumVitae**                Page 15 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Presenter, Commission on Higher Education and the Higher Education Foundation, South Carolina Campus Safety Conference, University of South Carolina, Beaufort, South Carolina, February 22, 2008

-Featured Speaker, "Higher Education Law Update" ACPA National Conference, Atlanta, Georgia, March 31, 2008

-Presenter, IACLEA Regional Conference, Sarasota, Florida, April 7, 2008

-Presenter, In-Service for Prevention Staff, Indiana University, Bloomington, Indiana, April 21, 2008

-Presenter, Roundtable on High-Risk Drinking, Purdue University, West Lafayette, Indiana, April 22, 2008

-Speaker, Luncheon for the Indiana Coalition to Reduce Under Age Drinking, April 23, 2008

-Featured Author, "2008 Pivotal Publications Colloquium," University of Connecticut, Storrs, Connecticut, September 19, 2008

-Presenter, "Legal Issues in Higher Education" In-service for Faculty and Staff at the Medical University of South Carolina, Charleston, South Carolina, September 27, 2008

-Presenter, "Update:  Recent Developments in the Law of Student Affairs/Activities" NACA Mid Atlantic Regional Conference, Lancaster, Pennsylvania, October 25,,2008

-Presenter, "Legal Update on Topics in Higher Education" for Lehigh Valley Association of Independent Colleges, Bethlehem, Pennsylvania, November 7, 2008

Presenter, NASPA-Stetson Student Affairs Law and Policy Conference, Las Vegas, Nevada, December 6-9, 2008

-Presenter/Trainer, Series of Trainings for Virginia Department of Criminal Justice, Division of School and Campus Safety, State of Virginia, February 9, 11, and 13, 2009

-Co-chair /Presenter, "Beyond Discipline – Managing the Modern Higher Education Environment," 30th Annual National Conference on Law and Higher Education, Orlando, Florida, February 21-24, 2009

-Speaker, Address to Staff and Administration at Daytona State College, Daytona Beach, Florida, March 3, 2009

-Featured Speaker, CHASCO Partners in Prevention Conference, Nashville, Tennessee, April 3, 2009

-Co-Presenter, CHEMA Spring Meeting, "Overview of Legal Issues in Higher Education," [with A. Dickerson] Tampa, Florida, May 22, 2009

-Lead Instructor, Live Component, NASPA-Stetson Student Affairs Law and Policy Certificate Program, Tampa, Florida, May 31-June 6, 2009

-Co-Presenter, NACA 2009 Risk Management Institute [with A. Dickerson], New Orleans, Louisiana, July 20-22, 2009

-Presenter, "Preventing Tragedy – Higher Education in an Era of Increased Violence" Virginia Department of Criminal Justice, Division of School and Campus Safety Conference, Hampton, Virginia, July 27, 2009

-Speaker, "Building Strong Foundations to Combat High Risk Alcohol Use," University of Tennessee – Chattanooga, September 18, 2009

-Speaker, MARSH Annual Consortia Summit, St. Pete Beach, Florida, November 7, 2009

**Peter Francis Lake**               **CurriculumVitae**               Page 16 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Speaker, "Are Our Campuses Too Legalistic?" Tennessee Independent College and University Association's Chief Enrollment Officer Retreat, Nashville, Tennessee, November 12, 2009

-Speaker, Address to Staff at Wake Forest University, North Carolina, December 4, 2009

-Speaker, Tampa Alcohol Coalition End of Year Luncheon, Tampa, Florida, December 15, 2009

-Speaker, "A Day with Professor Peter F. Lake," Stetson University, DeLand, Florida, December 17, 2009

-Panelist, The Network's National Forum for Senior Administrators, New Orleans, Louisiana, January 14, 2010

-Presenter/Panelist, "What Prevention and Counseling Staff Should Know about CARE /Threat Assessment Teams," NASPA Substance Abuse Conference, New Orleans, Louisiana, January 15-16, 2010

-Featured Speaker and Presenter, "Beyond Discipline – Reducing Legalisms to Improve Our Educational Environments," ASCA Annual Conference, St. Pete Beach, Florida, February 3-4, 2010

-Speaker, "Moving Beyond Discipline," TICUA Presidential Retreat, Nashville, Tennessee, February 16, 2010

-Co-Chair and Post-Conference Speaker, "Beyond Discipline – Managing the Modern Higher Education Environment," 31st Annual National Conference on Law and Higher Education, Orlando, Florida, February 20-23, 2010

-Presenter, "Are Our Campuses Too Legalistic?" 10th Annual Meeting of the Minds Conference, Kansas City, Missouri, April 8-9, 2010

-Speaker, addressed staff and administrators at Indiana University, Bloomington, IN, June17, 2010

-Speaker, the Interfraternity Institute, Bloomington, IN, June 18, 2010

-Speaker, presented three sessions ("Legal Updates and New Areas of Legal Accountability," "Student Mental Health and Substance Abuse," and "How to Work Effectively with Threat Assessment Teams") at the 2010 Virginia School and Campus Safety Training Forum, Norfolk, VA, July 13, 2010

-Speaker, presented a session titled "Beyond Discipline" at the ASCA/Circuit 11 Drive-in Conference, July 23, 2010

-Speaker at the Florida Association of Campus Safety & Security Administrators Meeting, Clearwater, FL, July 30, 2010

-Speaker, "The U.S. Supreme Court Decision in Christian Legal Society v. Hastings: Implications for Student Organizations & Activities" (webinar) for the National Association for Campus Activities, August 6, 2010

-Speaker, presented a session titled "Student Mental Health and Campus Safety" to the Wake Forest University Board of Visitors and addressed WFU staff and administrators, Winston-Salem, NC, September 9 & 10, 2010

-Speaker, "Mental Health Issues on Campus: Past, Present, Future" (webinar) for Partners in Prevention, September 15, 2010

-Speaker, "Creating a Mentally Healthy Campus" (webinar) for Partners in Prevention, September 22, 2010

-Consultant, the University of Nebraska – Lincoln, September 23 & 24, 2010

Peter Francis Lake          **Curriculum Vitae**          Page 17 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Speaker, "Campus Sexual Assault: Approaches, Policies, and the Law" (webinar) for NASPA, September 28, 2010

-Speaker, presented a session titled "Implications of Information Sharing in the Education Setting" at the Tampa Bay Regional Domestic Security Task Force's Planning Session for K-12 and Higher Education, Tampa, FL, October 13, 2010

-Keynote Speaker, presented "Beyond Discipline" at the 20th annual Legal Issues in Higher Education Conference, Burlington, VT, October 17, 2010

Speaker, senior leadership forum at the U.S. Department of Education's National Meeting on Alcohol, Drug Abuse, and Violence Prevention in Higher Education, National Harbor, MD, October 18, 2010

-Consultant, Rutgers University, New Brunswick, NJ, October 20, 2010

-Speaker, addressed staff and administrators at The College of New Jersey, Ewing, NJ, October 21, 2010

-Speaker, presented two sessions ("Building Strong Foundations to Combat High Risk AOD Use and Underage Drinking While Keeping Students and Campuses Safe," and "Student Issues Relating to Mental Health: How a High Risk Culture of Underage Drinking and Binge Drinking Is Working Against Us") at the New Jersey Higher Education Consortium Meeting, East Brunswick, NJ, October 22, 2010

-Speaker, presented a session titled "Legal Updates" at the MARSH Annual Consortia Summit, St. Petersburg, FL, November 4, 2010

-Speaker & Panelist, Symposium on Campus Threat Assessment: Advancing the Field, Blacksburg, VA, November 12, 2010

-Invited participant, Interdisciplinary Summit on Transdisciplinary Approaches to Violence Prevention, Blacksburg, VA, November 13, 2010

-Speaker, addressed students, staff and administrators at Baylor University, Waco, TX, December 6, 2010

-Speaker, addressed staff and administrators at Texas A & M University, College Station, TX, December 7 & 8, 2010

-Planning Committee Member, Panelist and Speaker, NASPA Student Affairs Law & Policy Conference, Austin, TX, December 9 – 11, 2010

-Consultant, Rutgers University, New Brunswick, NJ, January 6 & 7, 2011

-Keynote Speaker and Workshop Speaker, Transitions 2011: High School to Higher Education Conference, Boca Raton, FL, January 28, 2011

-Conference Chair and Speaker, 32nd Annual National Conference on Law and Higher Education, Orlando, FL, February 5-8, 2011

-Plenary Speaker, presented "The Clery Act and FERPA: Past, Present and Future" at the 12th annual Linda B. Floyd Campus Safety Conference, Charleston, SC, February 11, 2011

-Plenary Speaker and Panelist, presented "Legal and Liability Issues Surrounding Campus Sexual Assault" at the National Forum on Campus Sexual Assault: A Multi-Disciplinary Approach for Responding to Sexual Assault and Intimate Partner Violence on Campus, Hampton, VA, April 1, 2011

-Speaker/panelist, presented "Parent-Connect: More than the Birds and Bees: Foundations for Healthy Relationships" and "Peer-Connect: More than the Birds and Bees: Foundations for Healthy Relationships" (webinars) for Campus Outreach Services, April 4, 2011

**Peter Francis Lake**         **CurriculumVitae**         **Page 18 of 42**

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Speaker and Workshop Presenter, University of Nebraska – Lincoln (various topics including school discipline, alcohol and drug law and policy and sexual assault), April 26 & 27, 2011

-Speaker, NASPA's Steven's Institute, Lake Tahoe, NV, July 10 – 12, 2011

-Speaker, Oregon State, Corvallis, OR, July 15, 2011

-Speaker, Evergreen College, Olympia, WA, July 20, 2011

-Speaker, Gonzaga University, Spokane, WA,  July 21, 2011

-Speaker, Security on Campus Summit, Bethlehem, PA, September 29, 2011

-Speaker, Lehigh Valley Assoc. of Independent Colleges, Bethlehem, PA, September 30, 2011

-Speaker, Michigan Univ. Self-Insurance Corporation, Lansing, MI, October 20, 2011

-Speaker, Ohio State University, Columbus, OH, October 21, 2011

-Speaker, Georgia Independent College Association, Atlanta, GA, November 4, 2011

-Speaker & Planning Committee, NASPA Law & Policy Conference, Arlington, VA, Dec. 8 – 10, 2011

-Speaker, University of Nebraska Lincoln, Lincoln, NE, January 4, 2012

-Speaker, Edgewater Conference, Tampa, FL, January 13, 2012

-Speaker, Lynn University Transitions Conference, Boca Raton, FL, January 27, 2012

-Speaker, ASCA Conference, St. Petersburg, FL, February 2, 2012

-Speaker & Conference Chair, 2012 National Conference on Law & Higher Education, Orlando, FL, February 18-21, 2012

-Speaker, NACA Conference, Charlotte, NC, February 26, 2012

-Speaker, Georgia College Suicide Prevention Conference, Athens, GA, March 1, 2012

-Speaker, Virginia Campus Safety Forum, Hampton, VA, March 19, 2012

-Speaker, Stetson University, DeLand, FL, April 12, 2012

-Speaker, Flagler College, St. Augustine, FL, April 13, 2012

-Speaker, ASCA Event at University of Connecticut, Storrs, CT, April 24, 2012

-Speaker, Union College, Schenectady, NY, April 26, 2012

-Speaker, PA College & University Attorneys Meeting, Bethlehem, PA, April 27, 2012

-Featured Speaker, Illinois Higher Education Center Workshop, Bloomington, IL, May 2, 2012

-Featured Speaker/Consultant, University of Central Missouri, Warrensburg, MO, May 7 – 10, 2012

-Featured Speaker, Meeting of Idaho Colleges, Boise, ID, May 16, 2012

**Peter Francis Lake**          **CurriculumVitae**          Page 19 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Featured Speaker, Association of Student Conduct Administrators Meeting hosted at Pacific Lutheran University, Tacoma, WA, May 18, 2012

-Featured Speaker, Tampa Alcohol Coalition, Tampa, FL, June 4, 2012

-Featured Speaker, ICAN Administrative Leadership Meetings, Indianapolis, IN, Merrillville, IN, and Columbus, IN, August 6 – 8, 2012

-Featured Speaker, Piedmont College Staff/Faculty Retreat , Athens/Demorest, GA, August 9 & 10, 2012

-Featured Speaker, Massachusetts Institute of Technology, Cambridge, MA, November 8 & 9, 2012

-Featured Speaker, NASPA Region 1 SSAO Institute, Mystic, CT, November 11 & 12, 2012

-Featured Speaker, University of Connecticut, Storrs, CT, November 12, 2012

Featured Speaker, Wake Forest University, Winston-Salem, NC, December 5, 2012

- Planning Committee and Speaker/Panelist, NASPA Law & Policy Conference, Charlotte, NC, December 6 – 8, 2012

-Featured Speaker, University of Central Missouri, Warrensburg, MO, December 10 & 11, 2012

-Featured Speaker, Westmoreland County Community College, Pittsburg, PA, January 11, 2013

-Distinguished Lecturer, 18th Annual Jack Beyerl Student Affairs Lecture Series, Muncie, IN, January 28, 2013

-Conference Chair and Speaker/Panelist, Annual National Conference on Law & Higher Education Policy, February 14 – 20, 2013

-Pre-Conference Presenter, NASPA Annual Convention, Orlando, FL, March 17, 2013

-Speaker, Annual Meeting of Executive Directors for Private Education Insurance and Risk Management, Clearwater, FL, March 21, 2013

-Speaker, Meeting of the Minds Conference, Kansas City, MO, April 4 & 5, 2013

-Speaker, addressed staff and administrators at the University of Kentucky, Lexington, KY, May 15 – 17, 2013

-Speaker, addressed staff and administrators at the College of the Holy Cross, Worcester, MA, May 20, 2013

-Speaker, addressed staff and administrators at Worcester State University, Worcester, MA, May 21-22, 2013

-Lead Instructor, NASPA Certificate Program in Student Affairs Law and Policy, St. Pete Beach, Florida, June 5 – 9, 2013

-Speaker, Meeting of the Florida Independent Colleges and Universities Risk Management Association (FICURMA), Orlando, FL, June 24, 2013

-Speaker, University Risk Management and Insurance Association (URMIA) Regional Meeting, Lakewood Ranch, FL, June 28, 2013

- Lead Instructor, NASPA Certificate Program in Student Affairs Law and Policy, St. Pete Beach, Florida, July 8 - 12, 2013

-Speaker, addressed staff and administrators at Texas A&M University, College Station, TX, July 18, 2013

**Peter Francis Lake**          **CurriculumVitae**          **Page 20 of 42**

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Speaker, addressed staff and administrators at Northwestern University, Evanston, IL, July 24, 2013

-Featured Speaker, Partners in Prevention State-wide Meeting, "Federal Regulatory Efforts to Protect Student Safety," Columbia, MO, July 26, 2013

-Speaker, addressed staff and administrators at the University of North Dakota, Grand Forks, ND, July 29 – 30, 2013

-Speaker, addressed staff and administrators at Montana State University, Bozeman, MT, August 1 – 2, 2013

-Speaker and Retreat Facilitator, Division of Academic and Student Affairs, Eastern Michigan University, Ypsilanti, MI, August 6, 2013

-Featured Speaker, "Regulatory Overload in Higher Ed: Beware of 'Compliance U,'" (webinar) for Magna Publications, September 11, 2013

-Speaker, addressed staff and administrators at Flagler College, St. Augustine, FL, September 23, 2013

-Speaker, Meeting of Independent Colleges and Universities of Florida (ICUF), Orlando, FL, October 8, 2013

-Keynote Presenter and Workshop Speaker, 2013 Legal Issues in Higher Education Conference, University of Vermont, Burlington, VT, October 14, 2013

-Speaker, Marsh Consortia Summit, Charleston, SC, November 7, 2013

-Featured Speaker, "Legal Issues in Higher Education Today" (webinar) for Paperclip Communications, November 13, 2013

-Speaker, Meeting of the Florida Association of Campus Safety and Security Administrators (FACSSA), Largo, FL, November 15, 2013

-Speaker, discussed legal issues in higher education with administrators at New College of Florida, Sarasota, FL, February 4, 2014

-Keynote Speaker, Annual Conference of ASCA (Association of Student Conduct Administrators), St. Pete Beach, FL, February 6, 2014

-Conference Chair and Speaker/Panelist, Stetson's Annual National Conference on Law and Higher Education, Orlando, FL,  February 13-19, 2014

-Speaker, addressed the Board of Trustees at Clearwater Christian College, Clearwater, FL,  February 28, 2014

-Speaker, discussed legal issues in higher education with administrators at Rollins College, Winter Park, FL, March 6, 2014

-Keynote address, Virginia Department of Criminal Justice Conference on Campus Safety, Portsmouth, VA, March 17, 2014

- Featured Speaker, "Academic Freedom and Autonomy at a Crossroads: Contours and Controversies," (webinar), Paperclip Communications, March 26, 2014

-Speaker, Meeting of the Minds Conference, Kansas City, MO, April 4, 2014

-Speaker, discussed legal issues in higher education with administrators at Rollins College, Winter Park, FL, April 10, 2014

Peter Francis Lake                    **CurriculumVitae**                    Page 21 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Speaker, discussed legal issues in higher education with administrators at New College of Florida, Sarasota, FL, April 23, 2014

-Featured Speaker, "The White House and OCR's New Guidance on Title IX," (webinar),  Stetson University College of Law's Center for Excellence in Higher Education Law and Policy, May 14, 2014

-Lead Instructor, NASPA Certificate Program in Student Affairs Law and Policy, Clearwater, Florida, June 2 – 6, 2014

-Speaker, addressed staff and administrators at Texas A&M University, College Station, TX, June 12, 2014

-Featured Speaker, 6th Annual Higher Education Case Managers Association (HECMA) Roundtable, Tucson, AZ, June 19, 2014

-Featured Speaker, Meeting of the Kansas Board of Regents Institutions, Wichita, KS, June 24, 2014

-Featured Speaker, National Association of Campus Activities (NACA) 2014 Student Organizations Institute, St. Louis, MO, June 26 – 27, 2014

-Speaker, addressed staff and administrators at the University of Central Missouri, Warrensburg, MO, June 30 – July 2, 2014

-Program Developer and Speaker, The Title IX Compliance Institute, a Magna Publications, Inc. Program, Orlando, FL, June 24 – 27, 2014; Washington, D.C., August 5 – 8, 2014

-Keynote Presenter and Workshop Speaker, University Risk Management and Insurance Association (URMIA) 2015 Annual Conference, Louisville, KY, September 21 – 22, 2014

-Speaker, addressed staff and administrators at Western Kentucky University, Bowling Green, KY, September 23, 2014.

-Speaker, VTV Family Outreach Foundation Annual Meeting, Reston, VA, October 11, 2014

-Program Developer and Speaker, The Title IX Compliance Institute, a Magna Publications, Inc. Program, Orlando, FL, November 6 – 9, 2014

-Program Developer and Trainer, *The Four Corners of Title IX Regulatory Compliance Training*, Roanoke, VA, November 13 – 14, 2014

-Speaker, addressed staff and administrators at Vassar College, Poughkeepsie, NY, December 17 – 18, 2014

-Panelist, Council of Independent Colleges (CIC) Presidents Institute, San Diego, CA, January 5, 2015

-Speaker, Edgewater Conference, Boca Raton, FL, January 16, 2015

-Conference Chair and Speaker/Panelist, Stetson's Annual National Conference on Law and Higher Education, Orlando, FL, February 12 – 16, 2015

-Luncheon Speaker, URMIA Regional Conference, Orlando, FL, February 12, 2015

-Speaker, addressed staff and administrators at the University of Miami, Miami, FL, February 26, 2015

-Pre-Conference Session Speaker, ACPA Convention, Tampa, FL, March 7, 2015.

-Speaker, addressed staff and administrators at Virginia Commonwealth University, Richmond, VA, March 16 – 17, 2015

**Peter Francis Lake**          **CurriculumVitae**          **Page 22 of 42**

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Featured Speaker, Virginia Department of Criminal Justice Services, Campus Safety Conference, Portsmouth, VA, March 18, 2015

-Program Developer and Trainer*, The Four Corners of Title IX Regulatory Compliance Training*, Roanoke, VA, March 19 – 20, 2015

-Featured Speaker, Atlanta Regional Council for Higher Education, Decatur, GA, March 27, 2015

-Featured Speaker, National Inter-fraternity Council Meeting of the House of Delegates, Kansas City, MO, April 19, 2015

-Speaker, addressed staff and administrators at Fort Hays State University, Hays, KS, April 22 – 23, 2015

-Speaker, addressed staff and administrators at the University of Illinois, Champaign, IL, April 27, 2015

-Featured Speaker, Mississippi State University Legal Issues Conference, Starkville, MS, April 30 – May 1, 2015

-Speaker, addressed staff and administrators at the State College of Florida, Bradenton, FL, May 15, 2015

-Speaker, addressed staff and administrators at Lynn University, Boca Raton, FL, May 26 - 27, 2015

-Featured Speaker, American College Health Association Annual Meeting, Orlando, FL, May 28, 2015

-Lead Instructor, NASPA Certificate Program in Student Affairs Law and Policy, Tampa, FL, June 1 - 5, 2015

-Program Developer and Speaker, The Title IX Compliance Institute, a Magna Publications, Inc. Program, Orlando, FL, June 9 – 12, 2015

-Speaker, addressed staff and administrators at the Univ. of Maryland Baltimore County, Baltimore, MD, June 24 - 25, 2015

-Featured Speaker, Association of College and University Housing Officers-International Annual Conference and Exposition, Orlando, FL, June 27, 2015

-Program Developer and Speaker, The Title IX Compliance Institute, a Magna Publications, Inc. Program, Las Vegas, NV, July 9 – 12, 2015

-Featured Speaker, Title IX Workshop for Idaho Colleges and Universities, Boise, ID, July 16 - 17, 2015

-Speaker, addressed staff and administrators at the Univ. of North Dakota, Grand Forks, ND, July 30 – 31, 2015

-Program Developer and Speaker, Wisconsin Association of Independent Colleges and Universities Compliance Summit, Milwaukee, WI, August 3 – 4, 2015

-Keynote Speaker, 2015 National Meeting of the Higher Education Center for Alcohol and Drug Misuse Prevention and Recovery, Columbus, OH, August 6, 2015

-Speaker, addressed staff and administrators at Lipscomb Univ., Nashville, TN, August 10 – 11, 2015

-Featured Speaker, "Academic Freedom & Title IX: Balancing Competing Interests," (webinar), PaperClip Communications, Inc., September 16, 2015

**Peter Francis Lake**　　　　**CurriculumVitae**　　　　**Page 23 of 42**

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Speaker, addressed staff and administrators at the Univ. of Miami Medical School, Miami, FL, September 21, 2015

-Keynote and Breakout Session Speaker, 2015 Legal Issues Conference, Burlington, VT, October 19, 2015

-Speaker, addressed staff and administrators at the Berklee College of Music, Boston, MA, October 19, 2015

-Speaker, addressed staff, graduate students and administrators at the Univ. of Connecticut, Storrs, CT, October 20 – 21, 2015

-Speaker, addressed staff and administrators at Virginia Commonwealth Univ., Richmond, VA, October 23, 2015

-Featured Speaker and Panelist, Marsh Annual Consortia Summit, St. Pete Beach, FL, November 4 – 5, 2015

-Program Developer and Speaker, The Title IX Compliance Institute: Essentials 4-Day Intensive, a Magna Publications, Inc. Program, Orlando, FL, December 4 – 7, 2015

-Program Developer and Speaker, Title IX Compliance Institute: Advanced Workshop, a Magna Publications, Inc. Program, Orlando, FL, December 5 – 6, 2015

-Speaker, Council of Independent Colleges (CIC) Presidents Institute, Miami, FL, January 5, 2016

-Pre-Conference Session Speaker, Association of Student Conduct Administrators 2016 Conference, St. Pete Beach, FL, February 3, 2016

-Conference Chair and Speaker/Panelist, Stetson's Annual National Conference on Law and Higher Education, Orlando, FL, February 11 – 16, 2016

-Pre-Conference Session Speaker and Featured Speaker, ACPA- College Student Educators International 2016 Convention. Montreal, QC, Canada, March 5 – 7, 2016

-Speaker, addressed staff and administrators at the Univ. of New Hampshire, Durham, NH, March 9, 2016

-Keynote Speaker and Breakout Session Speaker, Meeting of the Minds, Kansas City, MO, April 7 – 8, 2016

-Program Developer and Speaker, The Title IX Compliance Institute: Essentials 4-Day Intensive, a Magna Publications, Inc. Program, Orlando, FL, April 22 – 25, 2016

-Keynote Speaker, Annual Conference for the Association for the Coordination of Counseling Center Clinical Services (ACCCCS), Orlando, FL, May 18, 2016

-Speaker, addressed staff and administrators at Thomas More College, Crestview Hills, KY, June 2, 2016.

-Lead Instructor, NASPA Certificate Program in Student Affairs Law and Policy, Clearwater Beach, FL, June 6 – 10, 2016

-Featured Speaker, "Complying with Title IX and Promoting Academic Freedom, Is This Possible?" (webinar), Stetson University College of Law's Center for Excellence in Higher Education Law and Policy, June 13, 2016

-Speaker, Education Law Committee Meeting at the Florida Bar Annual Summer Convention, Orlando, FL, June 17, 2016.

-Speaker, Board of Governors for the State of Florida Summit, Orlando, FL, June 20, 2016.

-Keynote Speaker, National Legal Aid and Defender Association Student Legal Services Section Annual Conference, Palm Harbor, FL, July 18, 2016

Peter Francis Lake         **Curriculum Vitae**         Page 24 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Program Developer and Speaker, The Title IX Compliance Institute: Essentials 4-Day Intensive, a Magna Publications, Inc. Program, Madison, WI, July 22 – 25, 2016

-Program Developer and Speaker, Wisconsin Association of Independent Colleges and Universities Compliance Summit, Mequon, WI, July 27 – 28, 2016

-Speaker, addressed staff and administrators at Montana State University, Bozeman, MT, August 1 – 2, 2016

-Program Developer and Speaker, The Title IX Compliance Institute: Essentials 4-Day Intensive, a Magna Publications, Inc. Program, Las Vegas, NV, August 4 – 7, 2016

-Program Developer and Speaker, Title IX Compliance Institute: Advanced Workshop, a Magna Publications, Inc. Program, Las Vegas, NV, August 5 – 6, 2016

-Speaker, addressed staff and administrators at the University of Texas, Austin, TX, August 11, 2016

-Speaker, addressed staff and administrators at Tulane University, New Orleans, LA, August 15 – 16, 2016

-Keynote Speaker, Second Annual Title IX Conference, University of South Florida, Tampa, FL, September 8, 2016

-Speaker, "'Do we need outside help on this?' When, Who, and Whether to Outsource Title IX Investigations," (webinar) [with J. Williams], PaperClip Communications, Inc., September 15, 2016

-Speaker, addressed staff and administrators at the University of South Carolina, Columbia, SC, September 22 and 26, 2016.

-Keynote Speaker, Title IX Symposium, Francis Marion University, Florence, SC, September 23, 2016.

-Speaker, addressed staff and administrators at the Flagler College, St. Augustine, FL, September 30, 2016.

-Speaker, University of Kentucky Board of Trustees Meeting (via Skype), October 21, 2016

-Keynote Speaker, Association for University and College Counseling Center Directors (AUCCCD) Conference, Tampa, FL, October 23, 2016

- Program Developer and Speaker, The Title IX Compliance Institute: Essentials 4-Day Intensive, a Magna Publications, Inc. Program, Clearwater Beach, FL, December 2 – 5, 2016

-Featured Speaker, Meeting of the Independent Colleges and Universities of Texas, Austin, TX, December 8, 2016

-Speaker, addressed staff and administrators at Tulane University, New Orleans, LA, December 12 – 13, 2016

-Speaker, Council of Independent Colleges (CIC) Presidents Institute, Orlando, FL, January 6, 2017

-Conference Chair and Speaker/Panelist, Stetson's Annual National Conference on Law and Higher Education, Orlando, FL, February 9 – 13, 2017

-Featured Speaker, presented on Title IX to staff and faculty at Florida International University, Miami, FL, February 23 – 24, 2017

-Featured Speaker, "The Weaponization of Alcohol," [webinar], Illinois Higher Education Center, February 27, 2017

-Keynote and Breakout Session Speaker, Virginia Department of Criminal Justice Services, Campus Safety Summit, Portsmouth, VA, March 7 – 8, 2017

Peter Francis Lake                    **CurriculumVitae**                    Page 25 of 42

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Featured Pre-Conference Speaker, ACPA National Convention, Columbus, OH, March 25 – 26, 2017

-Featured Speaker, *The Four Corners of Title IX Compliance* Basic and Advanced Workshops for the Virginia Department of Criminal Justice Services, Fredericksburg, VA, April 5 – 7, 2017

-Featured Speaker, Southern University Conference of Presidents, Sarasota, FL, April 9, 2017

-Keynote and Breakout Session Speaker, Mississippi State Legal Issues Conference, Starkville, MS, April 27 – 28, 2017

-Speaker, addressed staff and administrators at Tulane University, New Orleans, LA, May 1, 2017

-Keynote and Breakout Session Speaker, AODV Prevention Summit, University of Georgia, Athens, GA, May 17, 2017

-Speaker, addressed staff and administrators at Rollins College, Winter Park, FL, May 23 – 24, 2017

-Featured Speaker, Florida Association of Colleges & Universities (FACU) Meeting, St. Augustine, FL, May 31, 2017

-Keynote and Breakout Session Speaker, Association of Student Conduct Administrators (ASCA) Summer Drive-In Conference, Florida Gulf Coast University, Ft. Myers, FL, June 1 – 2, 2017

-Lead Instructor, NASPA Certificate Program in Student Affairs Law and Policy, Clearwater Beach, FL, June 5 – 9, 2017

-Keynote and Breakout Session Speaker, EverFi Annual Summit, Boston, MA, June 13, 2017

-Keynote Speaker, Association of Independent Colleges and Universities of Pennsylvania (AICUP) Meeting, Hershey, PA, June 16, 2017

-Speaker, addressed staff and administrators at The College of New Jersey, Ewing, NJ, June 20, 2017

-Featured Speaker, Harvard Risk Management Summit, Cambridge, MA, June 22, 2017

-Panelist, Council of Independent Colleges Media Conference, Washington, D.C., June 26, 2017

-Lead Instructor, NASPA Certificate Program in Student Affairs Law and Policy, Clearwater Beach, FL, July 17 – 21, 2017

-Speaker, addressed staff and administrators at McLennan Community College, Waco, TX, July 25 – 27, 2017

-Speaker, addressed staff and administrators at The University of North Dakota, Grand Forks, ND, July 31 – August 1, 2017

-Featured Speaker, Wisconsin Association of Independent Colleges and Universities (WAICU) Compliance Summit, Madison, WI, August 3 – 4, 2017

-Featured Speaker, Title IX Conference, James Madison University, Harrisonburg, VA, August 9, 2017

-Keynote Speaker, Engage! Conference, University of Georgia, Athens, GA, September 8, 2017

-Featured Speaker, University Risk Management and Insurance Association (URMIA) Board Meeting, Orlando, FL, September 23, 2017

-Keynote Speaker, ATIXA/SCOPE Conference, Philadelphia, PA, October 6, 2017

**Significant Presentations or Speeches/Continuing Legal Education (Cont'd)**

-Speaker, addressed staff, students and administrators at the University of South Florida St. Pete Campus, St. Petersburg, FL, October 18, 2017

-Lead Instructor, Title IX Intermediate Course, ACPA Compliance U, Orlando, FL, October 20 – 22, 2017

-Speaker, addressed staff and administrators at The University of South Carolina Bluffton, Bluffton, SC, October 30, 2017

-Featured Speaker [via Skype], Marsh, Inc. Inaugural Education Forum, November 8, 2017

-Featured Speaker, Associated Colleges of the South Title IX Meeting, Rollins College, Winter Park, FL, November 13, 2017

-Speaker, "Title IX Essentials: The Future of Title IX" (webinar), Magna Publications, Inc., November 15, 2017

-Breakout Session Speaker, Council of Independent Colleges President's Institute, Hollywood, FL, January 6, 2018

-Speaker, addressed staff and administrators at New College of Florida, Sarasota, FL, January 23, 2018

-Keynote and Breakout Session Speaker, Title IX Conference, University of South Florida, Tampa, FL, January 25, 2018

-Guest Lecturer, Higher Education Law and Policy Class, University of Georgia, Griffin, GA, January 26, 2018

-Conference Chair and Speaker/Panelist, Stetson's Annual National Conference on Law and Higher Education, Orlando, FL, February 1 – 5, 2018

-Panelist [via Skype], NASPA Virtual Panel, February 7, 2018

-Featured Speaker, *The Four Corners of Title IX Compliance* Basic and Advanced Workshops for the Virginia Department of Criminal Justice Services, Fairfax, VA, March 14 – 16, 2018

-Speaker, addressed staff and administrators at Mercer University, Atlanta, GA, April 4, 2018

-Keynote and Breakout Session Speaker, Meeting of the Minds Conference, Kansas City, MO, April 6, 2018

-Speaker, "Promoting Reasonable Expectations for Suicide Prevention Helps Everyone: What Universities and Colleges Can Do" (webinar with Dr. Paul Polychronis), Stetson University's Center for Excellence in Higher Education Law and Policy, April 10, 2018

-Speaker, "Student Mental Health, Direct Threat and Voluntary/Involuntary Medical Withdrawals" (webinar), Illinois Higher Education Center, April 17, 2018

-Featured Speaker, Title IX Training, Wisconsin Association of Independent Colleges and Universities (WAICU) Mequon, WI, April 26 – 27, 2018

**Selected Media**

-April 2018 – quoted in "Mount Ida Students' Records Shared Without Their Permission," The Boston Globe.

-April 2018 – quoted in "Class of 2017 earns higher salaries than previous years, survey finds," GW Hatchet.

-March 2018 – quoted in "Duty to Protect: California Supreme Court has determined public colleges in the state must warn and shield their students from potential violent acts. Experts say the ruling could have nationwide implications." Inside Higher Ed.

-March 2018 – quoted in "YouTube Channel Costs Athlete His Scholarship," Inside Higher Ed.

**Peter Francis Lake**      **CurriculumVitae**      **Page 27 of 42**

**Selected Media (Cont'd)**

-March 2018 – quoted in "Representative Warns Campus Free Speech Bill Would Be 'Litigation Nightmare,'" WFSU.

-March 2018 – quoted in "Title IX probes pose conflicts of interest, but coaches and athletic department officials must stand aside," The Athletic.

-March 2018 – quoted in "Franklin professor edits hazing book," Daily Journal.

-March 2018 – quoted in "Can Colleges Act More Quickly to Punish Professors Who Harass?" Chron. of Higher Educ.

-February 2018 – quoted in "Republicans' 'free speech' isn't so free for colleges," Vice News.

-February 2018 – quoted in "Greek Life confronts questions about diversity, inclusion after racist Snapchat." GW Hatchet.

-February 2018 – quoted in "Lawsuit battle over campus free speech security costs." University World News.

-February 2018 – quoted in "Security Costs Loom Larger in Campus Free-Speech Fights. A Lawsuit Shows Why." Chron. of Higher Educ.

-February 2018 – quoted in "Florida Hazing Law Challenge," News13.

-January 2018 – Quoted in "Michigan State Faces Title IX Legal Woes After Nassar," Law360.

-January 2018 – Quoted in "Experts Disagree on Motivation for DOJ Harvard Probe," Harvard Crimson.

-January 2018 – Quoted in "Penn State fraternity faces uncertain future," Pennsylvania Tribune.

-December 2017 – quoted in "Inside a Training Course for Campus Sexual-Assault Officers," New York Magazine.

-December 2017 – quoted in "How Sexual-Harassment Charges at U. of Rochester Spiraled Out of Control," Chron. of Higher Educ.

-December 2017 – quoted in "Why do universities handle sexual assault cases anyway?" Tampa Bay Times.

-December 2017 – quoted in "Campus sex assault investigations have become polarized and political," ABA Journal.

-December 2017 – quoted in "The birth of the Title IX epidemic: Why colleges are now on the hook for sexual assault," Signs of the Times.

-November 2017 – quoted in "The Instinct to Protect Each Other: An Interview with Vanessa Grigoriadis," L.A. Review of Books.

-November 2017 – quoted in "College life is tense right now, but why?" Portland Tribune.

-November 2017 – quoted in Slovakia via the Agence France Presse.

-October 2017 – quoted in "Le bizutage, rituel parfois mortel des campus americains," Liberation. The article ran around the world, also appearing in Luxembourg in L'Essentiel.

-October 2017 – quoted in "Columbia faces five federal sexual assault investigations, new records show," Columbia Daily Spectator.

-October 2017 – quoted in "When Colleges Use Their Own Students to Catch Drug Dealers," Chron. of Higher Educ.

**Peter Francis Lake**        **CurriculumVitae**        **Page 28 of 42**

## Selected Media (Cont'd)

-October 2017 – quoted in "Colleges can't be bystanders on opioids," Commonwealth.

-October 2017 – quoted in "Forum seeks to clarify role of First Amendment at university," University of South Florida Crow's Nest.

-October 2017 – quoted in "Hazing nightmares: Abuse pervasive at US colleges," Filipino Express and Kuwait Times.

-September 2017 – quoted in "GW faces limited options in defending Obama-era sexual assault protections, experts say," GW Hatchet.

-September 2017 – quoted in "Just Like Obama Did?" Inside Higher Ed.

-September 2017 – quoted in "What Does the End of Obama's Title IX Guidance Mean for Colleges?" Chron. of Higher Educ.

-September 2017 – quoted in "Rochester launches new inquiry into professor's harassment charges," The Daily Gazette.

-September 2017 – quoted in "Rochester Launches New Inquiry into Harassment Accusations," New York Times.

-September 2017 – quoted in "DeVos sets the stage for debate over campus sexual assault guidelines," Christian Science Monitor.

-September 2017 – quoted in "What Lies Ahead in the Campus-Speech Wars?" Chron. of Higher Educ.

-September 2017 – quoted in "A Total Prohibition," Inside Higher Ed.

-September 2017 – quoted in "Following Harvard, More Law Schools Accept GRE," Harvard Crimson.

-September 2017 – quoted in "In the Conversation Around Campus Rape, Who Is Held Accountable—and Who Does the Accounting?" Jezebel.

-September 2017 – quoted in "DeVos Title IX Review Sparks Concern from Activists," Harvard Crimson.

-September 2017 – quoted in "Close the Frats," Chron. of Higher Educ.

-September 2017 – quoted in "Majority of on-campus sexual assaults do not trigger Public Safety alerts," Columbia Spectator.

-September 2017 – quoted in "DeVos to Use 'Both Sides' Approach to Campus Rape," Rewire.

-September 2017 – quoted in "As UF maneuvers, white nationalists say they're coming to campus," Tampa Bay Times.

-August 2017 – quoted in "Campus rape policies get hard look by DeVos, says improvements needed," Crow's Nest.

-August 2017 – quoted in "Cotterell: UF means well, but the First Amendment is clear," Tallahassee Democrat.

-August 2017 – quoted in "Want to Fire a Professor for Sexual Harassment? It's Going to Take a While." BuzzFeed.

-August 2017 – quoted in "Free speech fights take center stage," Politico.

-August 2017 – quoted in "UF's move to deny white nationalist Richard Spencer a venue sets up a First Amendment court fight," Tampa Bay Times.

**Peter Francis Lake**    **CurriculumVitae**    **Page 29 of 42**

## Selected Media (Cont'd)

-August 2017 – quoted in "Q&A: Compliance expert Peter Lake talks Title IX on campuses and the era of regulation," Waco Tribune-Herald.

-August 2017 – quoted in "Why Florida schools might steer clear of trouble if Trump shakes up affirmative action," Tampa Bay Times.

-August 2017 – quoted in "Baylor ordered to produce long-secretive Pepper Hamilton information in Title IX suit," Waco Tribune-Herald.

-July 2017 – quoted in "A tangled quest for fairness as students accused of campus sexual assault push back," Tampa Bay Times.

-July 2017 – quoted in "Beyond the headlines: How all sides are working together on campus assault rules," Christian Science Monitor.

-July 2017 – quoted in "David Armstrong: Thomas More College to host compliance conference amid changing landscape," Northern Kentucky Tribune.

-July 2017 – quoted in "The Costs of the Campus Speech Wars Are Piling Up for the Police," Chron. of Higher Educ.

-June 2017 – quoted in "What Colleges Can Do When the Internet Outrage Machine Comes to Campus," Chron. of Higher Educ.

-June 2017 – quoted in "In the Time of Trump, Colleges Start to 'Make Title IX Our Own'," Chron. of Higher Educ.

-June 2017 – quoted in "Law professor fact-checks bogus claims that Department of Ed 'rolls back' civil rights," College Fix.

-June 2017 – quoted in "Bystanders at South Florida crime scenes sometimes shoot video instead of rendering aid," Sun-Sentinel.

-June 2017 – quoted in "Colorado Case Puts Focus on Colleges' Handling of Alleged Domestic Violence," Chron. of Higher Educ.

-May 2017 – quoted in "What's required of a professor who learned of student's rape? One university seeks a nuanced answer," Chron. of Higher Educ.

-May 2017 – quoted in "College hazing becoming easier to punish," Inside Higher Ed.

-May 2017 – quoted in "Can campuses handle sexual assault cases?" Daily Tar Heel.

-April 2017 – quoted in "As grand jury probes PSU pledge death, history shows hazing prosecutions hard to prove," Philly.com.

-April 2017 – quoted in "Between Harvard and Office for Civil Rights, A Symbiotic Relationship," Harvard Crimson.

-March 2017 – quoted in "Lawsuit alleging Columbia failed to provide accommodations could set new legal precedent," Columbia Spectator.

-March 2017 – quoted in "Law Professor: Campus Shooting Claims Hard to Prove in Court," WFSU.

-March 2017 – quoted in "A University Says It Shouldn't Have To Pay Money To Campus Rape Victims," BuzzFeed News.

**Peter Francis Lake**               **CurriculumVitae**               **Page 30 of 42**

## Selected Media (Cont'd)

-March 2017 – quoted in "In Spanier Case, College Leadership Goes on Trial," Chron. of Higher Educ.

-February 2017 – quoted in "Title IX Due Process," Chron. of Higher Educ.

-February 2017 – quoted in "Betsy DeVos Survived a Historic Confirmation Fight. What's Next for Higher Ed?" Education News.

-February 2017 – quoted in "How a 20-Page Letter Changed the Way Higher Education Handles Sexual Assault," Chron. of Higher Educ.

-February 2017 – quoted in "Betsy DeVos Survived a Historic Confirmation Fight. What's Next for Higher Ed?" Chron. of Higher Educ.

-January 2017 – quoted in "An Uncertain Future for Title IX-Compliance Consultants," Chron. of Higher Educ.

-January 2017 – quoted in "More Than Two-Thirds of Undergrads Complete Sexual Assault Training Module," Harvard Crimson.

-January 2017 – quoted in "After a Tumultuous 7 Years, Teresa Sullivan Will Leave UVa," Chron. of Higher Educ.

-January 2017 – quoted in "BSU raises issues with regulations," Indianapolis Star.

-January 2017 – quoted in "Harvard to Launch Search for New Title IX Officer," Harvard Crimson.

-January 2017 – quoted in "When Students' Prejudices Taint Reviews of Instructors," Chron. of Higher Educ.

-January 2017 – quoted in "Higher ed leaders muted in response to Texas bathroom bill," Inside Higher Ed.

-November 2016 – quoted in "Fight Over the Recording of Title IX Proceedings Exposes Gaps in Law and Trust," Chron. of Higher Educ.

-November 2016 – quoted in "The Harvard Admissions Lawsuit, Explained," Harvard Crimson.

-November 2016 – quoted in "The Past and Future of Higher Education," Chron. of Higher Educ.

-November 2016 – quoted in "'Woman of the Year': Glamour honors Stanford sexual assault survivor," Yahoo! News. (The story also ran in the Christian Science Monitor.)

-October 2016 – quoted in "Title IX Officers Pay a Price for Navigating a Volatile Issue," Chron. of Higher Educ.

-October 2016 – quoted in "What a Landmark Finding in a Title IX Case Means for Colleges Wrestling With Sex Assault," Chron. of Higher Educ.

-October 2016 – quoted in "Administrators defend policy prohibiting students from recording gender-based misconduct proceedings," Columbia Spectator.

-September 2016 – quoted in "Harvard Files Motion to Dismiss Admissions Lawsuit." Harvard Crimson.

-September 2016 – quoted in "Harvard Releases Six Years of Admission Data for Lawsuit," Harvard Crimson.

-September 2016 – quoted in "Brock Turner released: California considers mandatory sentence for rape," Christian Science Monitor.

-August 2016 – quoted in "Asking for an Apology," Inside Higher Ed.

Peter Francis Lake          **CurriculumVitae**          Page 31 of 42

## Selected Media (Cont'd)

-August 2016 – quoted in "Attorney cites bias in Antonio Callaway's sexual assault hearing," Tampa Bay Times.

-July 2016 – quoted in "What the Future Holds for the Federal Crackdown on Campus Sexual Assault," Chron. of Higher Educ.

-June 2016 – quoted in "2 High-Profile Cases Offer Glimpse of Future Trends in Campus Sex Assaults," Chron. of Higher Educ.

-June 2016 – quoted in "Outcry over Stanford case reveals evolving US culture on rape," Christian Science Monitor. (The story also ran in Yahoo! News.)

-June 2016 – quoted in "Outrage Over a Stanford Rape Case Might Change How Some Colleges Respond to Sexual Violence," Chron. of Higher Educ.

-May 2016 – quoted in "'Fundamental Failure' on Sexual Assaults Brings Sweeping Change at Baylor," Chron. of Higher Educ.

-May 2016 – quoted in "States ratchet up transgender battle with lawsuit against U.S," Reuters. (The story was picked up by news outlets throughout the country.)

-May 2016 – quoted in "Senators seek law to boost college sexual assault reporting," Aminewswire.

-May 2016 – quoted in "Clubs weigh legal options," Harvard Crimson.

-May 2016 – quoted in "Feds sue North Carolina over transgender law," Politico.

-April 2016 – quoted in "A Sex-Assault Case at Brigham Young Puts Honor Codes in the Spotlight," Chron. of Higher Ed.

-April 2016 – quoted in "Tenure Rights and the Rise of Title IX: a Looming Culture Clash," Chron. of Higher Ed.

-April 2016 – quoted in "Title IX Interpretations Could Threaten Academic Freedom, Report Says," Harvard Crimson

-March 2016 – quoted in "Coaches Must Now 'Step the Heck Out' of Sex-Assault Investigations of Players," Chron. of Higher Ed.

-March 2016 – quoted in "News Analysis: With New Position, Harvard Continues to Centralize Sexual Assault Resources," Harvard Crimson

-February 2016 – quoted in "Culture of Consent," Chron. of Higher Ed.

-February 2016 – quoted in "Admissions Lawsuit Continues in 'Slow Motion'," Harvard Crimson

-February 2016 – quoted in "Geoff Marcy's Downfall: How the astronomer's case signals a new era of activism against sexual harassment," Chron. of Higher Ed.

-February 2016 – quoted in "New Suit Further Scrutinizes Harvard's Title IX Compliance," Harvard Crimson

-February 2016 – quoted in "Education Dept. Defends Its Approach to Title IX in Face of Senate Pressure," Chron. of Higher Ed.

-February 2016 – quoted in "Florida State wrestled with Title IX interpretation in Jameis Winston case," Tampa Bay Times

-February 2016 – quoted in "Scalia's Death Could Affect Affirmative Action Lawsuits," Harvard Crimson

**Peter Francis Lake**          **CurriculumVitae**          **Page 32 of 42**

## Selected Media (Cont'd)

-February 2016 – quoted in "MIT Administrators Propose Change to House Master Title," Harvard Crimson

-February 2016 – quoted in "A Closer Look at 7 Common Requirements in Resolved Federal Sex-Assault Inquiries," Chron. of Higher Ed.

-January 2016 – quoted in "FSU, Jameis Winston accuser reach $950 k settlement," Tampa Bay Times

-January 2016 – quoted in "Sexual assault, Title IX, and college campuses," WTSP 10 News

-January 2016 – quoted in "Debate brews over role of anonymous Title IX-related complaints in course evaluations," Columbia Spectator

-January 2016 – quoted in "Lawmaker Call Out a Professor," Chron. of Higher Ed.

-December 2015 – quoted in "The Inside Story of the Controversial Fraternity Lobbying Effort on Campus Rape," Huffington Post

-December 2015 – quoted in "How a Prominent Legal Group Could Change the Way Colleges Handle Rape," Chron. of Higher Ed.

-November 2015 – quoted in "How Much Can Campus-Crime Reports Tell Us About Sexual Assault?" Chron. of Higher Ed.

-November 2015 – quoted in "Lawyers for Jameis Winston Threaten to Sue CNN," WFSU

-November 2015 – quoted in "College general counsel need to advise administration appropriately before student protests occur," Inside Counsel

-November 2015 – quoted in "A.D. Club 'Strongly' Opposes Membership Changes," Harvard Crimson

-November 2015 – quoted in "Here's How Geoff Marcy's Sexual Harassment Went on for Decades," BuzzFeed

-November 2015 – quoted in "Harvard Lands Fourth in Economist's First College Rankings," Harvard Crimson

-November 2015 – quoted in "In Fisher Amicus Brief, Harvard Defends Affirmative Action," Harvard Crimson

-October 2015 – quoted in "Honor Code Could Prompt Talk of Students' Roles in Discipline," Harvard Crimson

-October 2015 – quoted in "Professor Accused Of Harassment Is Gone, But Debate Isn't Over," Huffington Post

-October 2015 – quoted in "Petition Calls For Administrators to Control Final Clubs," Harvard Crimson

-October 2015 – quoted in "As Federal Investigations of Sexual Assault Get Tougher, Some Ask if That's Progress," Chron. of Higher Ed.

-September 2015 – quoted in "Admissions Officers Prepare for Questions on Sexual Assault," Harvard Crimson

-September 2015 – quoted in "Survey points to high rates of sexual assault in Ivy League," Yale Daily News

-September 2015 – quoted in "One Hazing Death, Dozens of Charges, and Questions About Making a Frat Come Clean," Chron. of Higher Ed.

-September 2015 – quoted in "Columbia looks to DOMA attorney in Nungesser case for victory in court of public opinion," Columbia Spectator

-September 2015 – quoted in "As Khurana Meets With Final Clubs, He Has Many Options," Harvard Crimson

**Peter Francis Lake**          **CurriculumVitae**          **Page 33 of 42**

**Selected Media (Cont'd)**

-September 2015 – quoted in "When It Rescinds Admission, Harvard Weighs Several Factors," Harvard Crimson

-September 2015 – quoted in "Sig Ep suit shows dearth of regulations," Yale Daily News

-August 2015 – quoted in "2015's Most and Least Educated Cities," WalletHub

-August 2015 – quoted in "Campus safety assessment tools for higher ed," CR80 News

-August 2015 – quoted in "New Campus-Safety Assessment Tool Aims to Help Colleges Help Themselves," Chron. of Higher Ed.

-August 2015 – quoted in "University Of Kansas Under More Scrutiny On Sexual Assault Cases," Huffington Post

-August 2015, Professor Lake was interviewed by IT News regarding a new integrated framework for improving campus safety called the 32 National Campus Safety Initiative, IT News

-August 2015 – quoted in "Do Fraternities Have a Place on the Modern Campus?" Chron. of Higher Ed.

-July 2015 – quoted in "Ahead of Fisher, Harvard asks to delay admissions lawsuit," Harvard Crimson

-July 2015 – quoted in "Education Department Backs Away from College Rating System," Harvard Crimson

-June 2015, Inside Higher Education quoted director of the Center for Excellence in Higher Education and Professor of Law Peter Lake on June 30 in an article addressing the increased use of external adjudicators in Title IX claims of sexual assault. The story also ran in MyInforms.

-June 2015 – quoted in "Kipnis Case Highlights Perilous Clash of Title IX and Academic Freedom," Chron. of Higher Ed.

-May 2015 – Professor Peter Lake spoke with the Harvard Crimson newspaper for an article about Harvard's internal Office of the General Counsel and the increasing workload for in house counsel.

-May 2015 – quoted in "Fraternities' Ranks Swell at a Time of Intense Public Scrutiny," Chron. of Higher Ed.

-May 2015 – interviewed by the Kansas City Star regarding Title IX questions concerning Missouri Southern State University responsibilities involving a scandal surrounding a Missouri legislator and a Missouri Southern State University student who served as a capitol intern.

-April 2015 – quoted in "Government Releases Guidance on Title IX Coordinator Position", Harvard Crimson

-April 2015 – quoted in "Should Colleges Be Judging Rape?" Chronicle of Higher Education

-April 2015 – quoted in the Huffington Post Blackvoices article "30 Frats Shut Down In The Past Month As Colleges Respond To Misconduct More Aggressively"

- April 2015 – quoted in "EdX Settles With Department of Justice", Harvard Crimson

-March 2015 – quoted in the Harvard Crimson article "Department of Education Considers Two College Rating Systems"

-March, 2015 – quoted in "Advice for Colleges When Students Clash with Off-Campus Police" Chronicle of Higher Education

-March 2015 – quoted in "College students with mental illness must prepare to succeed", Watertown Daily News

**Peter Francis Lake**         **CurriculumVitae**         **Page 34 of 42**

**Selected Media (Cont'd)**

-March 2015 – quoted in "Bipartisan Bill to Regulate How Colleges, Universities Handle Sexual Assault Cases", iSchoolGuide

-March 2015 – quoted in "Federal law shapes withdrawal policies, causes confusion", Yale Daily News

-March 2015 – quoted in the USA Today article "Armour: Decoding Mike Krzyzewski's silence not so simple"

-March 2015 – quoted in "Federal Bill Would Regulate Colleges' Handling of Sexual Assault", Harvard Crimson

-February 2015 – quoted in the Harvard Crimson article "Allegations Against Smithsonian Researcher Bring Attention to Harvard"

-February 2015 – quoted in the Chicago Tribune article "Off to College with Mental Illness: How     to Prepare"

-February 2015 – quoted in the Chronicle of Higher Education article, "Should Colleges Report Suicidal Students to Their Parents? A Bill in Virginia Would Require It"

-January 2015 – quoted in the Big News Network article, "Dartmouth College considering campus ban on serving hard liquor"

-January 2015 –quoted in the Corporate Counsel article, "Tough Times for Lawyers on Campus"

-January 2015 – spoke with the Crimson for the article, "Analysis: Law School Probe's End May Mean Closer Scrutiny for College"

-January 2015 – quoted in "Oregon Basketball Coach Sued By Alleged Rape Victim For Ignoring  Player's Sexual Assault Record", Social Dashboard

-January 2015 – quoted in "Seeking to Strengthen Sex-Assault Policies, Colleges Draw Fire From All Sides",   Chronicle of Higher Ed.

-January 2015 – quoted in the article "Jameis Winston's Accuser Sues Florida State University", Tampa Bay Times

-December 2014 – was interviewed for the piece "Legal expert recognizes value of student affairs professionals", Student Affairs Today

-December 2014 – quoted in the article "Draft College Rating System Emphasizes Accessibility, Post-College Success", Harvard Crimson

-December 2014 – quoted in "News Analysis: Could Eldo Kim Return to Harvard?", Harvard Crimson

-December 2014 – quoted in "Justice Department: Majority of Campus Sexual Assault Goes Unreported to Police", PBS Newshour

-December 2014 – quoted on air in the NPR All Things Considered story "U. Va. Looks At Ways To Curb Drinking At Its Frat Houses"

-December 2014 – quoted in "Doubts About UVA Rape Account Leave Concerns About Consequences", Chronicle of Higher Ed.

-December 2014 – quoted in "Jameis Winston rape case spotlights calls for reform", USA Today

-November 2014 – quoted in "Fraternities back in spotlight as UVA rape report spurs outrage", Providence Journal

**Peter Francis Lake**          **CurriculumVitae**          **Page 35 of 42**

**Selected Media (Cont'd)**

-November 2014 – quoted in "Frats Back in Spotlight as UVA Rape Report Spurs Outrage", Bloomberg

-November 2014 – quoted in "Jameis Winston and sexual violence in college football, one year later"

-October 2014 – quoted in "How Colleges Let Sexual Predators Slip Away To Other Schools", Huffington Post

-October 2014 – quoted in "Fraternity Culture Linked To College Sexual Assault Problem", KPBS

-October 2014 – quoted in the article "Jameis Winston case a 'game changer' for all schools", USA Today

-October 2014 – quoted in "UCF students protest higher tuition for 'excess' classes", Orlando Sentinel

-October 2014 – quoted in "Fisher, FSU Respond to Winston 2012 Sexual Assault Allegations", WFSU

-October 2014 – quoted in the Politico article "The Supreme Court's new term - Harvard students clash with TFA - New recommendations for higher education"

-September 2014 – spoke with the Chronicle of Higher Education for the article, "In Context: Campus Sexual Assault."

-September 2014 – quoted in the Harvard Crimson article, "Weeks In, Sexual Harassment Investigation Office Remains Understaffed."

-September 2014 – quoted in Rep-AM.com regarding the impact of high-risk alcohol use on higher education issues

-September 2014 – quoted in the Education News story, "Federal Policies 'Censor' Colleges from Talking About Alcohol Role in Rape"

-September 2014 – spoke with the Chronicle of Higher Education about "Why Campuses Can't Talk About Alcohol"

-August 2014 – spoke to the Dartmouth regarding Clery Act investigations

-July 2014 – quoted in the Politico story "On NCAA, Congress getting in the game"

-June 2014 – quoted in the story "Why Colleges Are on the Hook for Sexual Assault", Chron. of Higher Ed.

- May 2014 – quoted in the Marketplace Education story, "How campus safety could affect college choices"

- May 2014 – quoted in the Vox article "Why colleges are so bad at handling sexual assault"

- May 2014 – quoted in "Virginia Military Institute Agrees to Step Up Protections under Title IX", Chron. of Higher Ed.

- May 2014 – quoted in "Honor Code would Face Tough Challenges in Inculcating Culture Shift", The Harvard Crimson

- May 2014 – quoted in "Government Releases Names of Schools under Sex-Assault Investigations", Wall Street Journal

- May 2014 – quoted in "Promise Unfulfilled", Chron. of Higher Ed.

-April 2014 – quoted in the story "Federal Recommendations May be in Tension with Harvard's Handling of Sexual Assault", The Harvard Crimson

-April 2014 – quoted in the story "Honor Proposal Would Catch Harvard Up, Incrementally, With the Times", The Harvard Crimson

**Peter Francis Lake**          **CurriculumVitae**          **Page 36 of 42**

## Selected Media (Cont'd)

-April 2014 – quoted in the story "Everything You Need to Know about the New White House Campus Sexual Assault Report", BuzzFeed

-April 2014 – quoted in the story "Rape Victims Don't Trust the Fixers Colleges Hire to Help Them", BuzzFeed

-April 2014 – quoted in the story "Feds Investigate FSU For Title IX Violations But Law is More Than Sports", Florida Public Radio

-April 2014 – quoted in the article "FSU Title IX Investigation goes beyond sports" Tampa Bay Times

-April 2014 – quoted in the article "U.S. Investigation FSU's Handling of Jameis Winston case", Tampa Bay Times

-April 2014 – quoted in the story "Analyst on hazing-path needed to healing", High Point Enterprise

-March 2014 – quoted in the article "Slap on the Wrist?" Inside Higher Ed

-February 2014 – quoted in "Judge's Ruling Tilts Curricular Control Toward CUNY Administrators", Chron. of Higher Ed.

-February 2014 – Spoke with University Business for the article "What about prevention?"

-February 2014 – spoke with The Atlantic for the feature story "The Dark Power of Fraternities"

-February 2014 – quoted in the story "How Colleges Flunk Mental Health", Newsweek

-January 2014, quoted in the press release "Expect Ramped-Up Student Safety Enforcement in 2014", Magna Publications

-November 2013 – quoted in the story "Feds tighten rules on campus sexual violence cases", USA Today

-October 2013 – quoted in the article "College women: stop getting drunk", Slate

-September 2013 – quoted in "Kennedy '77 discusses benefits of 'positive discrimination in new book on affirmative action'", Daily Princetonian

-September 2013 – quoted in the story "3 Accused of Sexual Misconduct Say Colleges Acted Hastily and Assumed Guilt", Chron. of Higher Ed

-September 2013 – quoted in "Shaping a Drinking Culture on Yale's Campus", Yale Daily News

-September 2013 – quoted in the article "Campus Safety Clearinghouse", Inside Higher Ed

-June 2013 – quoted in the article "Faust, Experts Weigh In on Supreme Court's Affirmative Action Ruling", Harvard Crimson

-June 2013 – quoted in the article "Breaking with Norms, New Chief Lawyer at Rutgers U. Enters Fray", Chron. of Higher Ed.

-May 2013 – spoke with U Wire for the story "Going Home"

-May 2013 – quoted in "Yale U. Is Fined $165,000 K Under Crime Reporting Law", Chron. of Higher Ed.

-May 2013 – quoted in the Richmond Times-Dispatch article, "Steger stepping down after 14 years as Tech's president."

- April 2013 - quoted in the Chronicle of Higher Education article, "Federal Warning Against Retaliation Raises Questions for Colleges."

**Peter Francis Lake**          **CurriculumVitae**                    **Page 37 of 42**

**Selected Media (Cont'd)**

-April 2013 - spoke with the Harvard Crimson for the article, "Experts Address University Emergency Response."

- April 2013 - quoted in the Chronicle of Higher Education story, "Students' Prior Criminal Histories Don't Predict Future Misconduct, Research Finds."

- March 2013 - quoted in the Bloomberg article, "Frats Worse than Animal House Fail to Pay for Casualties."

- March 2013 - quoted in the Chronicle of Higher Education story, "Efficiency and Academic Freedom Clash in a Fight at CUNY."

- March 2013 - talked with the Associated Press for the story, "Past investigations can offer clues in UNC-CH case."

- February 2013 - quoted in the Yale Daily News story, "Darnell, Title IX links probed."

- February 2013 - spoke with the Chronicle of Higher Education for the story, "As Campuses Build Ties With Law Enforcement, Experts Say Privacy Issues Will Arise."

- February 2013 - quoted in the Chronicle of Higher Education article, "Group Seeks to Develop a More Useful Gauge of Campus Safety."

- February 2013 - quoted in the Times Union Jacksonville article, "FSCJ collecting VA money from students despite confusion over source of GI bill debt."

- February 2013 - featured in the Star Press article, "BSU or Compliance U?"

- January 2013 - spoke with Westmoreland County Community College Media about mental health in the workplace.

- January 2013 - spoke with the Orlando Sentinel for the story, "FAMU attorney: state hazing investigation incompetent."

- November 2012 - spoke with the Harvard Crimson about Yale discouraging take-home exams in the wake of the Harvard cheating scandal.

- November 2012 - spoke with the Chronicle of Higher Education for the story, "Change in Illinois Alcohol Law May Leave Colleges Liable for Students' Underage Drinking."

- November 2012 - quoted in the Associated Press article, "Michigan Schools Weigh Affirmative Action Ruling."

- November 2012 - spoke with the Orlando Sentinel for the story, "Robert Champion's family rejects FAMU's $300,000 offer in hazing suit."

- October 2012 - spoke with the Harvard Crimson on for the story, "For Ad Board, Burdened Proof?"

- October 2012 - spoke with the Harvard Crimson for the article, "Ad Board's Advising System Faces Criticism."

- October 2012 - spoke with the Yale Daily News for the story, "Title IX Complicates Employee Dispute Case."

- October 2012 - quoted in the Yale Daily News story, "Former employee files Title IX retaliation suit against Yale."

- October 2012 - spoke with Inside Higher Ed for the story, "Spotlighting hate."

- September 2012 - quoted in the Harvard Crimson discussing the Harvard administration's reaction to the cheating scandal.

- September 2012 - quoted in the Harvard Crimson article, "Harvard Could Face Student Lawsuits in Fallout of Cheating Scandal."

**Peter Francis Lake**          **CurriculumVitae**          **Page 38 of 42**

**Selected Media (Cont'd)**

- September 2012 - quoted in the Harvard Crimson article, "Ad Board Reform of 2012 Led to More Options, More Dishonesty Cases."

- August 2012 - quoted in the Associated Press article, "Another legal headache at Penn State: Title IX."

-August 2012 - quoted in the Chronicle of Higher Education article, "Fired for a joke? Professor's quip is no laughing matter at the Merchant Marine Academy."

- August 2012 - spoke with the Tampa Tribune for the story, "Finding troubled students."

- May 2012 - quoted in the Harvard Crimson article, "Seeing through the haze: In secret, hazing happens at Harvard."

- May 2012 - quoted in the Orlando Sentinel and eCollege Times regarding the pending civil case against Florida A & M University.

- April 2012 - quoted in an article run by the *Stafford County Sun* and *Richmond Times Dispatch*, WSLS TV, News & Advance Online, InsideNoVa.com, and GoDanRiver.com, "For Tech families, little clarity five years later."

- April 2012 - spoke with the *Chronicle of Higher Education* for the story, "Education Department's Report on Alcohol and Drugs May Prompt Crackdown."

-March 2012 - *Science Magazine* quotes comments in the *Chronicle of Higher Education*.

- March 2012 - spoke with the *Chronicle of Higher Education* for the story, "Jury Holds Virginia Tech Accountable for Students' Deaths, Raising Expectations of Colleges" on 3/14/12.

- February 2012 - talked with the *Chronicle of Higher Education* about the impact of the Clery Act for the story, "Longtime Watchdog for Campus-Security Group Looks for a New Role."

- February 2012 - spoke with the *Chronicle of Higher Education* about "The Case of the 'Stupid Drunk'" raising awareness about alcohol abuse on college campuses.

- February-April 2012 – spoke with *Yale Daily News* (2/6/12, 2/7/12, 2/13/12, 3/1/12, 3/22/12, 4/9/12) regarding sexual complaint processes.

- January 2012 - *The Foundations of Higher Education Law & Policy* (NASPA 2011) was listed in the *Chronicle of Higher Education's* selection of books.

- January 2012 - discussed hazing with *FSU News*.

- December 2011 - discussed fraternity regulations with the *Yale Daily News*.

- December 2011 – quoted in *Associated Press*, "Virginia Tech seeks to block fine in shooting case." This story was spun by media outlets across the country including *USA Today*, *MSNBC*, and the *Huffington Post*.

- November 2011 - spoke with the *Chronicle of Higher Education* for the article "The 'Fearmonger.'"

- November 2011 - quoted on *MSN Fox Sports* regarding the Penn State tragedy.

- November 2011 -talked about Penn State, sexual assault cases on college campuses with the *Richmond Times-Dispatch*.

- November 2011 - spoke with *Bloomberg* for the story, "Penn State Abuse Crisis Shakes Schools Where Football Rules."

**Peter Francis Lake**          **CurriculumVitae**          **Page 39 of 42**

**Selected Media (Cont'd)**

- October 2011 - quoted in the *Yale Daily News* regarding Title IX and guidelines for sexual misconduct on college and university campuses.

- October 2011 - spoke with the *Harvard Crimson* for the article, "Harvard Reviews Policies on Sexual Assault."

- October 2011 - spoke with the *Chronicle of Higher Education* about Brown University being asked to hand over donor records in a discipline case.

- October 2011- quoted regarding the impact of the Sewanee case on higher education in the *Chronicle of Higher Education*.

- September 2011- talked with the *Chronicle of Higher Education* about universities' responses to Title IX for the article, "Justice in the academy."

- September 2011 - spoke with the *Chronicle of Higher Education* about the case of a Sewanee student who sued his former college for accusing him of rape.

- September 2011- spoke with *Philadelphia Magazine* for the story, "New Rules of College Sex."

- August 2011- discussed the University of South Carolina's decision to suspend fraternity rush with the *Chronicle of Higher Education*.

- August 2011 - quoted in *Cosmopolitan* in an article informing women on how to guard against rape.

- May 2011 - quoted in the *Harvard Crimson* regarding campus safety issues and college drinking

- April 2011 – featured in a lead evening news story on April 28 by an ABC affiliate in Lincoln, Nebraska, regarding binge drinking on college campuses

- April 2011 – quoted in the AP article "Va. Tech mulls appeal as it marks grim anniversary" * *This quote was picked up by over 300 news outlets (identified via a Google search) throughout the country.*

- April 2011 – quoted in the Battleboro Reformer's article "Safe or Sad?"

- April 2011 – interviewed by NPR for their story "Feds Launch Inquiry Into Sexual Harassment at Yale"

- April 2011 – quoted in Campus Progress article regarding sexual assaults on campus

- April 2011 - quoted in the Chronicle of Higher Education regarding campus sexual violence was picked up by Newsy

- April 2011 – quoted in the Chronicle of Higher Education article "Education Dept. Issues New Guidance for Sexual-Assault Investigations"

- March 2011 – quoted in The Chronicle of Higher Education article "Colleges Face Conflicting Pressures in Dealing With Cases of Sexual Assault"

- February 2011 – spoke with La Opinion about the issues and stressors facing today's college students

- January 2011 – quoted in the USA Today article "Colleges' watch for killers debated"

- January 2011 – quoted in the Wall Street Journal article "Experts Back School's Handling of Loughner"

- November 2010 – quoted in the USA Today article "Mud in your eye? An ineffective attempt to imbibe"

**Peter Francis Lake**          **CurriculumVitae**          **Page 40 of 42**

## Selected Media (Cont'd)

- November 2010 – spoke with Inside Higher Ed for their piece "The Virtues of Contrition" about showing compassion to parents and doing right by students

- September 2010 – interviewed for a video documentary produced by the University of Nebraska – Lincoln, titled "Binge"

- September 2010 – quoted in the Chronicle of Higher Education article "Federal Judge Finds Former College President Personally Liable in Student-Conduct Case"

- June 2010 – quoted in the St. Petersburg Times article "Now, the lawyers take the field in the fight over the Rays"

- May 2010 – quoted in the Washington Examiner article "Dating Violence on the Rise at Area Colleges"

- May 2010 – quoted in the Washington Examiner article "U.Va. President Attributes Ignorance of Huguely's Past to State Law"

- March 2010 – discussed college campus rape, his book Beyond Discipline, with NPR Morning Edition in their segment "Myths That Make It Hard to Stop Campus Rape"

- December 2009 – quoted in the ABA Journal article, "Mandatory Gym Class for Obese College Students on Shaky Legal Ground?"

- November 2009 – quoted in The Chronicle of Higher Education article, "Lincoln U. Requires Its Students to Step on the Scale"

- August 2009 – wrote the article, "Will Your College Be Sued for Educational Malpractice?" for The Chronicle of Higher Education

- May 2009 – quoted in the USA Today article, "Legal Rulings May Hold Some Lessons"

- May 2009 - joined a panel of experts live in the Fox 13 Tampa television studios to discuss how social networking sites are impacting peoples' lives, safety and careers for the Kathy Fountain program.

- April 2009 – wrote the article, "Student Discipline, the Case Against Legalistic Approaches," for The Chronicle of Higher Education

- February 2009 – wrote the article, "Student-Privacy Rules Show a Renewed Trust in Colleges," for The Chronicle of Higher Education

- December 2008 – quoted in The Chronicle of Higher Education article, "Education Dept. Releases New Rules on Student-Privacy Law, Giving Colleges More Room for Judgment"

- October 2008 – quoted in the Yale Daily News Article, "Up Close: Two Years Later, Drinking Still a 'Ticking Bomb'"

**Peter Francis Lake**　　　**CurriculumVitae**　　　**Page 41 of 42**

## Selected Media (Cont'd)

- September 2008 – quoted in The Chronicle of Higher Education article, "'Animal House' at 30: O Bluto, Where Art Thou?"

-  June 2008 – quoted in The Chronicle of Higher Education article, "Colleges Weigh Threats of Shootings Against More-Common Concerns"

- April 2008 – interviewed on CNN, "Protection v. Privacy"

- Nov 2007 – quoted in The Chronicle of Higher Education article, "As the Professoriate Ages, Will Colleges Face More Legal Landmines?"

- Oct 2007 – quoted in The Chronicle of Higher Education article, "Department of Education Offers Guidance on Balancing Campus Safety and Student Privacy Rights"

- Sept 2007 – quoted in The Wall Street Journal article, "A Mother Takes on MIT"

- June 2007 – quoted in The Chronicle of Higher Education article, "Florida Panel Says Privacy Laws Do Not Protect Dangerous Students"

- June 2007 – quoted in The Chronicle of Higher Education article, "The Importance of Enforcing Alcohol Rules"

- April 2007 – quoted in Crain Communications article, "Campuses on Guard: College Tragedy Highlights Need to Spot Threats; Official Urged to Act on Warning Signs"

- April 2007 – interviewed on Good Morning America, "Were Warning Signs Missed on Campus?"

- April 2007 – quoted in USA Today, "Protecting Student Rights and Students a Balancing Act – Troubled College Kids Aren't Always Threat to Others"

- April 2007 – quoted in Orlando Sentinel article, "Spotting the Warning Signs: Jump in Troubled Students Alarms Mental Counselors"

- April 2007 – quoted in The Christian Science Monitor article, "Colleges Walk Fine Line With Troubled Students: The Tragedy at Virginia Tech Has Prompted Calls for More Security and Less Privacy"

- April 2007 – quoted in the Associated Press article, "Mental Illness Strains School Counselors"

- April 2007 – quoted in the Associated Press article, "U.S. Colleges Grapple with Increased Numbers of Mentally Ill Students"

**Peter Francis Lake**          **CurriculumVitae**          **Page 42 of 42**

## Selected Media (Cont'd)

-  April 2007 – quoted in the Tampa Tribune article," Corporate U:  Big Companies are Shaping Young Minds by Funding Programs at Public Colleges"

-February 2007 – quoted in the Associated Press article, "Mental Illness Blamed for Rising College Drop Outs"

-February 2007 - quote in the Tampa Tribune, *"University Counseling Centers Feel Strain"*

-September 2006 - quoted in Chronicle of Higher Education article, *"*Increase in Litigation May Compel Colleges to Disclose More Information, Conference Speaker Says"

-May 2006 - quoted in Time Magazine article, *"*When Colleges Go On Suicide Watch*"*

-April 2006 - quoted in Chronicle of Higher Education article, *"*In a Surprise Move, MIT Settles Closely Watched Student-Suicide Case"

-  November 2005 - quoted in USA Today, *"*Parents Tune in to Realities*"*

-  August 2005 - quoted in Chronicle of Higher Education article, *"*Judge Rules Suicide Suit Against MIT Can Proceed*"*

# Lisa Boesky, Ph.D.

3952 Clairemont Mesa Blvd. #205
San Diego, CA 92117
Cell: 619-993-2570
drlisa@troubledteenexpert.com
www.TroubledTeenExpert.com



*National thought leader on Suicide within 24/7 facilities (juvenile detention/correctional facilities, mental health facilities, psychiatric residential treatment facilities, substance abuse treatment facilities, psychiatric hospitals, etc.). Licensed clinical psychologist. Vast public speaking and teaching experience. Quoted/interviewed in media such as CNN, Fox News, USA Today and US News & World Report. Well published. Experienced expert witness.*

## PROFESSIONAL EXPERIENCE

**Clinical Psychologist, National Speaker, Consultant, Expert Witness & Author** 2000-present. Develops and delivers Keynote Addresses and Workshops focused on Suicide Prevention at national and state conferences, and provides Suicide Prevention Training programs to professionals (e.g., mental health, juvenile justice, education, medical, substance abuse, social services) across the country. Conducts "Suicide Vulnerability Assessments" within 24/7 facility settings, consults on Suicide Prevention models and strategies, and provides Expert Witness analysis and opinions on legal cases involving individuals who have died by Suicide. Author of books, book chapters for edited volumes, DVD, and journal articles. Interviewed by National Media, including Television (e.g., CNN, CNN International, Fox News, CBS News, ABC News), Radio, and Print (e.g., USA Today, US News & World Report). Areas of focus have included, but are not limited to: Suicide Prevention, Mental Health Services, Trauma, Mental Health Disorders, Self-Injury/Cutting, Effective Behavior Management, and Juvenile Justice.

**Clinical Psychologist,** University of Washington, Seattle, WA, 1996-2000.
Coordinated the University of Washington/Juvenile Rehabilitation Administration (UW/JRA) Collaboration Project, developed to enhance mental health services for "juvenile offenders with mental health disorders" in Washington State. Oversaw a variety of projects related to consultation, training, assessment, and community transition of mentally ill juvenile offenders and supervised psychology interns. Consulted on mental health programming and policy, as well as case consultation on challenging and clinically complex juveniles. Developed a series of mental health trainings for correctional staff and served as lead trainer. Worked on several research projects related to risk assessment and helped develop a Dialectical Behavior Therapy (DBT) program for incarcerated youth.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | **1**

EXHIBIT 2

**Clinical Psychologist,** Washington Institute for Mental Illness Research and Training, Lakewood, WA, 1999-2000.
Developed and provided a series of trainings and workshops related to youth with emotional and behavioral issues to juvenile justice personnel, law enforcement, community groups, parents and educators. Helped developed a mental health "screening" tool for juvenile offenders. Wrote a national training curriculum on coordinating and collaborating mental health, substance abuse, and justice services for young offenders with co-occurring mental health and substance abuse disorders.

**Clinical Psychology Postdoctoral Fellow,** Juvenile Detention Center/Department of Youth Services/University of Washington/Children's Hospital, Seattle, 1995-1996.
Assessed and managed acutely mentally ill offenders at the King County Department of Youth Services/Juvenile Detention Center. Worked primarily with Suicidal, self-mutilating, and/or psychotic juveniles. Utilized crisis intervention skills, as well as assisted detention staff in managing mentally ill youth in a correctional setting. Helped evaluate mental health services throughout Washington State's juvenile corrections. Provided mental health training to Juvenile Detention correction officers and probation officers.

**Pre-doctoral Psychology Intern,** Western State Hospital and Child Study and Treatment Center, Tacoma, WA, 1994-1995.
APA-approved pre-doctoral internship in Clinical Psychology. On the Legal Offender Unit, an inpatient evaluation unit for mentally ill offenders, was involved in forensic clinical interviews and evaluations of competency, sanity, and diminished capacity. At CSTC, a residential psychiatric facility for children and adolescents, conducted psychological assessments, individual, group (including male sexual offenders), and family therapy. Performed competency evaluations, designed behavior modification programs, provided case management, and participated in treatment plans/case reviews. On "admission" ward in a state psychiatric hospital, conducted psychological assessments, group therapy, and was involved with involuntary commitment petitions and hearings.

**Psychology Intern,** Detroit Receiving Hospital/Life Stress Center, Detroit, MI, 1991-1992
Conducted intake interviews and outpatient psychotherapy with adults, as well as telephone screening and referral services. The facility primarily served minority individuals from economically disadvantaged backgrounds.

**Psychological Assistant,** Aurora Psychiatric Hospital, Detroit, MI 1990-1991
Provided psychodiagnostic assessment and group therapy with children and adolescents at inpatient psychiatric facility. Participated in treatment plans and case reviews. Population consisted of youth aged 3-16 from low socioeconomic backgrounds.

**Psychology Intern,** Kingswood Psychiatric Hospital, Detroit, 1989-1990
Performed psychological assessments and conducted group therapy with children, adolescents, and adults at an inpatient psychiatric hospital. Performed intellectual, personality, and neuropsychological evaluations.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 2

## EDUCATION/CREDENTIALS:

**Ph.D./M.A.,** Wayne State University, Detroit, MI, 1988-1994
    Major: Clinical Psychology   Minor: Developmental Psychology
**B.A.,** University of California, Santa Barbara, 1984-1988
    Major: Psychology, personality and psychopathology emphasis
        Distinction in major
Licensed Clinical Psychologist        #PSY 25261

## PUBLICATIONS

1. Boesky, L. (Winter 2018). **Youth Suicide: Are You Aware of These Key Issues?** *The San Diego Psychologist*: 33:1. San Diego, CA: The San Diego Psychological Association.

2. Boesky, Brooks, Philson, Satterfield, and Brown (2015) **Suicide Prevention Among Youth in Custody: What You Need to Know** (National Training Curriculum). National Partnership for Juvenile Services and National Center for Youth in Custody.

3. Quinn, Boesky, Philson, and Brooks (2015). **Youth with Mental Health Disorders in Custody: What You Need to Know** (National Training Curriculum). National Partnership for Juvenile Services and National Center for Youth in Custody.

4. Boesky, L. & Brown, S. (2014). **Position Statement on Suicide Prevention in Juvenile Justice Facilities**, National Partnership for Juvenile Services.

5. Boesky, L. (2014). **Mental health services: daily practice.** *Desktop Guide to Quality Practice for Working with Youth in Confinement*. National Partnership for Juvenile Services and National Institute of Corrections.

6. Boesky, L. (2011). ***Juvenile Offenders with Mental Health Disorders: Who Are They and What Do We Do with Them (2nd Edition)***. Alexandria, VA: American Correctional Association.

7. Boesky, L. (2011, September/October). **Suicide Among Children and Adolescents: We Can Make a Difference.** *The California Psychologist*, v. 44, 5

8. Boesky, L. (2008). ***The Secret Cut: Understanding Self-Injury and Teens***. DVD

9. Boesky, L. (2007) ***When to Worry: How to Tell If Your Teen Needs Help—And What to Do About It.*** New York, NY: AMACOM/American Management Association.

10. Boesky, L. (2003). **Identifying Juvenile Offenders with Mental Health Disorders.** In Fagan & Ax (Eds.), *Correctional Mental Health Handbook*, (pp. 167-198), Thousand Oaks, CA: Sage Publications.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 3

11. Boesky, L. (Winter, 2003). **Mentally Ill Youths and the Juvenile Justice System: A Primer on Mental Health Disorders.** *Juvenile and Family Justice Today,* 17-22.

12. Boesky, L. (2002). ***Juvenile Offenders with Mental Health Disorders: Who Are They and What Do We Do With Them****? Lanham, MD: American Correctional Association.

13. Trupin, E., Stewart, D., Beach, B., and Boesky, L. (2002). **Effectiveness of a Dialectical Behavior Therapy Program for Incarcerated Female Juvenile Offenders.** *Child and Adolescent Mental Health*, 7, 121-127.

14. Boesky, L. (2002). **Identifying juvenile offenders with mental health disorders.** In American Correctional Association (Ed.), *Juvenile Justice Today: Essays on Programs and Policies* (pp. 175-185), Lanham, MD: American Correctional Association

15. Boesky, L. (August, 2001). **Mental health training in juvenile justice: A necessity.** *Corrections Today*, 98-101.

16. Boesky, L. (Summer/Fall 2001). **Staff training: Juveniles with mental health disorders.** *Juvenile Accountability: News and Views,* p. 2.

17. Boesky, L. (July/August, 2001).  **Obstacles to Providing Effective Mental Health Training in Juvenile Corrections.** *Juvenile Correctional Mental Health Report*, pp. 65-78.

18. Boesky, L. (March/April, 2001).  **Reasons for Mental Health Training.** *Juvenile Correctional Mental Health Report*, pp. 35-44.

19. Boesky, L. (Nov/Dec, 2000). **Mental Health Training for Juvenile Justice: A Necessity, Not an Option.** *Juvenile Correctional Mental Health Report*, p.13.

20. Trupin, E. and Boesky, L. (2000). ***Working Together For Change: Co-Occurring Mental Health and Substance Abuse Disorders Among Juvenile Offenders.***  Delmar, NY: National
GAINS Center.

21. Boesky, L. and Young, D. (1999). **Treatment of antisocial youth.** In D. Young (Ed.) *Wayward Kids: Understanding and Treating Antisocial Youth* (pp. 227-274). New Jersey: Jason Aronson Inc.

22. Boesky, L., Trupin, E., and Fenton, R. (1999). **Enhancing mental health services for juvenile offenders in Washington State.** *Corrections Compendium*, 24, 6-7.

23. Schmidt, R., Boesky, L., Brunson, K, and Trupin, E. (August, 1998). **Measuring success: The Washington State Juvenile Rehabilitation Model.** *Corrections Today*, pp.104-106.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 4

24. Boesky, L., Toro, P.A., and Bukowski, P.A. (1997). **Differences in Psychosocial Factors Among Older and Younger Homeless Adolescents.** *Journal of Prevention and Intervention in the Community,* 15, 19-36.

## "INVITED" CONFERENCE KEYNOTES and WORKSHOPS

1. Boesky, L. **"Suicidal Youth: Key Issues in Assessing & Treating Young People Who Want to Die,"** Critical Issues in Child and Adolescent Mental Health (CICAMH) Annual Conference, San Diego, CA March 23, 2018.

2. Boesky, L. **"Suicidal Juvenile Offenders Who Is <u>Most</u> at Risk to Die & 10 Ways We Often Get It Wrong,"** Annual Conference on Managing Juveniles with Sexual Behavior Problems, February 5, 2018

3. Boesky, L. **"Over, Under & Mis-Diagnosis Among Juvenile Offenders: The Tragic Results & What <u>You</u> Can Do to Help,"** Annual Conference on Managing Juveniles with Sexual Behavior Problems, February 5, 2018

4. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** Ohio Juvenile Detention Services Association (OJDSA) Annual Conference, Columbus, OH, September 7, 2017.

5. Boesky, L. **"Addressing Juvenile Trauma: Decrease Violence, Crisis, & Chaos In Your Facility,"** Ohio Juvenile Detention Services Association (OJDSA) Annual Conference, Columbus, OH, September 7, 2017.

6. Boesky, L. **"Children, Teens & Suicide: Who Is Most at Risk and 10 Ways We Sometimes Get It Wrong,"** Critical Issues in Child and Adolescent Mental Health (CICAMH) Annual Conference, San Diego, CA March 11, 2017.

7. Boesky, L. **"Is <u>Your</u> Facility's Suicide Prevention Program Ready to Go to Court?"** National Partnership of Juvenile Services (NPJS) Annual Conference, Denver, Colorado, October 31, 2016.

8. Boesky, L. **"Youth Trauma: Why It Makes YOUR Job Harder,"** National Partnership of Juvenile Services (NPJS) Annual Conference, Denver, Colorado, October 31, 2016.

9. Boesky, L. **"Suicidal Youth: Who is MOST At Risk—and 10 Ways We Often Get It WRONG,"** Oregon Youth Authority Annual Courts & Community Partners Conference, Medford, Oregon, October 7, 2016.

10. Boesky, L. **"Over, Under & Misdiagnosis of Mental Health Disorders Among Youth: The Tragic Results & What YOU Can Do to Help,** Oregon Youth Authority Annual Courts & Community Partners Conference, Medford, Oregon, October 7, 2016.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 5

11. Boesky, L**. "Adolescent Trauma in Teens: Affecting Your Agency More Than You Know,"** District Attorney Jonathan Blodgett's Annual Policymakers Forum, Peabody, Massachusetts, September 29, 2016.

12. Boesky, L. **"Suicide Among Juvenile Offenders: Who is MOST At Risk & 10 Ways We Often Get It Wrong,"** Oregon Youth Authority—Community Corrections All-Staff Meeting, Salem, Oregon, July 20, 2016

13. Boesky, L. **"Addressing Juvenile Trauma: Decrease Crisis, Non-Compliance & Violations Among Youth on Your Caseload or In Your Residential Placement,"** Oregon Youth Authority—Community Corrections All-Staff Meeting, Salem, Oregon, July 20, 2016

14. Boesky, L. **"Over, Under & Mis-Diagnosis Among At-Risk & Incarcerated Students: The Tragic Results & What You Can Do To Help",** Washington State Office of Superintendent of Public Instruction--Student Support Conference, Wenatchee, Washington, May 12, 2016.

15. Boesky, L. **"Suicidal Students: Who Is Most At Risk—and 10 Ways We Often MISS The Warning Signs,"** Washington State Office of Superintendent of Public Instruction--Student Support Conference, Wenatchee, Washington, May 12, 2016.

16. Boesky, L. **"Addressing Juvenile Trauma: Decrease Violence, Crisis, & Chaos In Your Facility,"** California Department of Corrections and Rehabilitation--Division of Juvenile Justice--Leadership Forum, Elk Grove, California, April 26, 2016.

17. Boesky, L. **"Addressing Juvenile Trauma: Decrease Crisis, Non-Compliance & Violations Among Youth on Your Caseload,"** Supreme Court of Ohio Intercourt Conference, Columbus, Ohio, February 25, 2016.

18. Boesky, L. **"Common Mental Health Disorders Among Youth on Probation: What You NEED to Know,"** Supreme Court of Ohio Intercourt Conference, Columbus, Ohio, February 25, 2016.

19. Boesky, L. **"Practical Tips Every Probation Officer Needs to Know When Supervising Youth with Mental Health Disorders,"** Supreme Court of Ohio Intercourt Conference, Columbus, Ohio, February 25, 2016.

20. Boesky, L. **"Adolescent Mental Health: Evolving Issues & Responses,"** District Attorney Jonathan Blodgett's Annual School Safety Conference, Danvers, Massachusetts, April 8, 2016.

21. Boesky, L. **"Talking with Teens: Fun, Frustrating & Frightening,"** Capital Region Educational School District 113, Tumwater, Washington, September 24, 2015.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 6

22. Boesky, L. **"Preventing Suicide Among Juvenile Offenders: How We Can & Must Do It Better,"** Oregon Juvenile Justice Directors Association (OJJDA) Conference, Canyonville, Oregon, September 15, 2015.

23. Boesky, L. **"Addressing Juvenile Trauma: Decrease Violence, Crisis, & Chaos In Your Facility or On Your Probation Caseload,"** Oregon Juvenile Justice Directors Association (OJJDA) Conference, Canyonville, Oregon, September 15, 2015.

24. Boesky, L. **"Preventing Suicide Among Juvenile Offenders: How We Can & Must Do It Better,"** Oregon Juvenile Justice Directors Association Conference (OJJDA), Canyonville, Oregon, September 14, 2015.

25. Boesky, L. **"Addressing Juvenile Trauma: Decrease Violence, Crisis, & Chaos In Your Facility or On Your Probation Caseload,"** Oregon Juvenile Justice Directors Association (OJJDA) Conference, Canyonville, Oregon, September 14, 2015.

26. Boesky, L. **"Suicide Among Teens/Young Adults: Who Is Most at Risk—and Ten Ways We Often Get It Wrong,"** National Adolescent & Young Adult Conference, Las Vegas, NE, April 24, 2015.

27. Boesky, L. **"Big Problem, Tragic Results: Over, Under, & Mis-Diagnosis,"** National Adolescent & Young Adult Conference, Las Vegas, NE, April 24, 2015.

28. Boesky, L. **"Big Problem, Tragic Results: Over, Under, & Mis-Diagnosis,"** Heartland Juvenile Services Association (HJSA), Omaha, NE, April 23, 2015.

29. Boesky, L. **"At-Risk & Justice-Involved Youth with Mental Health Disorders: What You NEED to Know,"** Heartland Juvenile Services Association (HJSA), Omaha, NE, April 23, 2015.

30. Boesky, L. **"Suicidal Students: What Every School NEEDS to Know,"** Southern California Schools Joint Power Authority, San Bernardino, CA, March 26, 2015.

31. Boesky, L. **"Preventing Youth Suicide & Self-Injury in Residential Care: How Your Facility Can & Must Do It Better,"** Michigan Federation for Families Residential Treatment Conference, February 23, 2015, Lansing, MI

32. Boesky, L. **"Big Problem, Tragic Results: Over, Under & Mis-Diagnosis,"** Michigan Federation for Families Residential Treatment Conference, February 23, 2015, Lansing, MI

33. Boesky, L. **"Preventing Juvenile & Youthful Offender Suicide: How Your Facility Can & Must Do It Better,"** American Correctional Association, Long Beach, CA, February 9, 2015

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 7

34. Boesky, L. **"Addressing Juvenile & Youthful Offender Trauma: Decrease Violence, Crisis & Chaos In Your Facility,**" American Correctional Association, Long Beach, CA, February 8, 2015

35. Boesky, L. **"Suicidal Students in School: What You Need to Know,"** Southern California Schools Joint Power Authority, Satellite, Palm Springs, CA, November 3, 2014.

36. Boesky, L. **"Over, Under and Mis-Diagnosis: Big Problem, Tragic Results,"** David Lawrence Center/Mental Health and Substance Abuse Services, Naples, FL, March 6, 2014

37. Boesky, L. **"How to Get Teens To Talk About the REAL Stuff: What Not to Say,"** Drug-Free Collier's Annual Community Awareness Luncheon, Naples, FL, March 6, 2014

38. Boesky, L. **"Reducing the Risk of Suicide in Vulnerable Populations,"** Office of Juvenile Justice & Delinquency Prevention/National Center for Youth in Custody, National Webinar, February, 26, 2014.

39. Boesky, L. **"Talking with Teens: Fun, Frustrating and Frightening,"** The Bishop's School Parent Association, La Jolla, CA, December 4, 2013

40. Boesky, L. **"Bad, Mad, or Too Glad: Misconceptions About Depression, Dysthymia, and Bipolar in Teens and Young Adults,"** Florida Alcohol and Drug Abuse Association/Florida Council for Community Mental Health, Orlando, FL, August 7, 2013

41. Boesky, L. **"Over, Under and Mis-Diagnosis: Big Problem, Tragic Results and What You Can Do About It,"** Florida Alcohol and Drug Abuse Association/Florida Council for Community Mental Health, Orlando, FL, August 7, 2013

42. Boesky, L. **"Teen Mental Health: When to Worry and When to Relax,"** Rady Children's Hospital/Behavioral Health Services, San Diego, CA, April 24, 2013

43. Boesky, L. **"Youth Suicide: Who is Most At Risk?"** North Dakota Family-Based Services Annual Conference, Fargo, ND, April 3, 2013

44. Boesky, L. **"Be the One: Planting Seeds in the Desert,"** North Dakota Family-Based Services Annual Conference, Fargo, ND, April 3, 2013

45. Boesky, L. **"Bad, Mad, Sad or Too Glad: Misconceptions About Depression, Dysthymia and Bipolar in Teens and Young Adults,"** North Dakota Counseling Association Annual Conference Bismarck, ND, February 3, 2013

46. Boesky, L. **"Be The One: Planting Seeds in the Desert,"** North Dakota Counseling Association Annual Conference, Bismarck, ND, February 3, 2013

47. Boesky, L. **"Communicating With Your Teen: How, When and What to Say,"** Annual Teen Volunteers in Action, Loma Santa Fe Country Club, January 22, 2013

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 8

48. Boesky, L. **"Mental Health Disorders of Children, Teens, and Young Adults: What You Need To Know,"** Iowa State Bar Association, Des Moines, IA, June 21, 2012

49. Boesky, L. **"Self-Injury: Understanding and Helping Teens and Young Adults Who Cut or Burn Themselves,"** Annual Adolescent and Young Adult Conference, Las Vegas, NV, April 19, 2012

50. Boesky, L. **"Over, Under and Mis-Diagnosis: Why So Common Among Today's Teens and Young Adults,"** Annual Adolescent and Young Adult Conference, Las Vegas, NV, April 19, 2012

51. Boesky, L. **"When to Worry: How to Tell When Your Teen Needs Help,"** WeCare— Consortium of San Diego Independent Schools, February 1, 2012

52. Boesky, L. **"When to Worry: How to Tell When Your Teen Needs Help,"** WeCare— Consortium of San Diego Independent Schools, January 31, 2012

53. Boesky, L. **"It's YOUR Choice,"** Adams County Youth Initiative/Youth Roundtable, Thornton , CO, December 5, 2011

54. Boesky, L. **"Juvenile and Young Adult Offenders with Mental Health Disorders: What Court Professionals Need to Know?"** Upper Midwest Drug Court Professionals Conference, Bismarck, ND, October 12, 2011

55. Boesky, L. **"When Bad Things Happen To Good Kids: What You Need to Know About Juveniles Who Have Experienced Trauma,"** Idaho Juvenile Justice Association Annual Conference, Moscow, Idaho, September 12, 2011.

56. Boesky, L. **"Are We Collaborating & Communicating About The Right Youth: Who <u>Really</u> Has a Mental Health Disorder?"** Idaho Juvenile Justice Association Annual Conference, Moscow, Idaho, September 12, 2011.

57. Boesky, L. **"What You NEED To Know About Youth With Mental Health Disorders,"** Youth and Shelter Services/Risky Business Conference, Ames, IA, April 26, 2011

58. Boesky, L. **"Youth With Mental Health Disorders: Do We Know Who They Really Are,"** Youth and Shelter Services/Risky Business Conference, Ames, IA, April 26, 2011

59. Boesky, L. **"Self-Injury: Teens and Young Adults Who Hurt Themselves,"** Los Angeles Health and Developmental Disabilities Education Conference," Los Angeles, CA April 15, 2011

60. Boesky, L. **"Is My Teen Normal?"** Mountain View/Los Altos, CA School District, January 12, 2011

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 9

61. Boesky, L. **"Self-Injury: Working with Teens/Young Adults Who Cut or Burn Themselves—Part 2",** U.S. Psychiatric and Mental Health Congress," Orlando, FL, November 18, 2010

62. Boesky, L. **"Self-Injury: Working with Teens/Young Adults Who Cut or Burn Themselves—Part 1,"** U.S. Psychiatric and Mental Health Congress," Orlando, FL, November 18, 2010

63. Boesky, L. **"Youth Suicide: Who is MOST At Risk?" U.S. Psychiatric and Mental Health Congress,"** Orlando, FL, November 18, 2010

64. Boesky, L. **"Is My Teen Normal: When to Worry and When to Relax,"** Grossmont Union High School District iParent Conference, Santee, CA, September 25, 2010

65. Boesky, L. **"Self-Injury: Understanding and Working with Juveniles Who Cut or Burn Themselves,"** North Dakota Juvenile Court Conference, Bismarck, ND, September 16, 2010.

66. Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who They Really Are,"** North Dakota Juvenile Court Conference, Bismarck, ND, September 16, 2010.

67. Boesky, L. **"Self-Injury: What You NEED to Know About Juveniles Who Cut or Burn Themselves,"** Texas Juvenile Probation Commission/Annual Intensive Supervision Conference, Austin, TX, May 11, 2010

68. Boesky, L. **"Juvenile Offenders with Mental Health Disorders: What EVERY Probation Officer Needs to Know,"** Texas Juvenile Probation Commission/Annual Intensive Supervision Conference, Austin, TX, May 11, 2010

69. Boesky, L. **"Self-Injury: Understanding & Working with Abused Youth Who Cut or Burn Themselves,"** Annual Child Abuse Prevention Conference, Amarillo, TX, March 25, 2010

70. Boesky, L. **"Abused Youth with Mental Health Disorders: Who They Really Are,"** Annual Child Abuse Prevention Conference, Amarillo, TX, March 25, 2010

71. Boesky, L. **"Youth Suicide: Who Is Most At Risk?"** U.S. Psychiatric & Mental Health Congress, Las Vegas, NV, November 3, 2009

72. Boesky, L. **"Self-Injury: Understanding Teens/Young Adults Who Cut or Burn Themselves—Part I,"** U.S. Psychiatric & Mental Health Congress, Las Vegas, NV, November 3, 2009

73. Boesky, L. **"Self-Injury: Understanding Teens/Young Adults Who Cut or Burn Themselves—Part II,"** U.S. Psychiatric & Mental Health Congress, Las Vegas, NV, November 3, 2009

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 10

74. Boesky, L. **"Truant Youth with Mental Health Disorders: Who They REALLY Are,"** Washington State Truancy Conference, October 22, 2009

75. Boesky, L. **"Preventing Youth Suicide,"** U.S. Psychiatric & Mental Health Congress, San Diego, CA, November 2, 2008

76. Boesky, L. **"Understanding Self-Injury,"** U.S. Psychiatric & Mental Health Congress, San Diego, CA, November 1, 2008

77. Boesky, L**. "Teens with Mental Health Disorders: Who They REALLY Are,"** Yellow Ribbon Suicide Prevention Forum, San Diego, CA, October 23, 2008

78. Boesky, L. **"When to Worry: How to Tell When Teens Need Help—and What to Do Next,"** Yellow Ribbon Suicide Prevention Forum, San Diego, CA, October 23, 2008

79. Boesky, L. **"Will You Step IN It or INTO It: The Dangers and Miracles of Probation,"** San Diego County Probation Annual All Staff Meeting," October 13, 2008

80. Boesky, L. **"Teen Mental Health,"** Mental Health Awareness Week Symposium, Lincoln, NE, October 7, 2008.

81. Boesky, L. "**Co-Occurring Disorders,"** Mental Health Awareness Week Symposium, Lincoln, NE, October 7, 2008.

82. Boesky, L. **"A Parents' Guide to Teen Mental Health,"** Mental Health Awareness Week Symposium, Lincoln, NE, October 7, 2008.

83. Boesky, L. **"Youth With Mental Health Disorders: What Family Physicians Need to Know,"** San Diego, CA, September 18, 2008

84. Boesky, L. **"Over, Under, and Mis-Diagnosis: Why Is It So Prevalent Among At-Risk Youth?"** Annual "Troubled Youth" Conference, Snowbird, UT May 8, 2008

85. Boesky, L. **"When to Worry: How to Tell When Teens Need Help—and What To Do About It,"** St. Michael Catholic School,  Poway, CA May 1, 2008

86. Boesky, L. **"Teens with Mental Health Disorders: Who They REALLY Are,"** U.S. Journal Annual Conference on Adolescents, Las Vegas, NV April 24, 2008.

87. Boesky, L**. "Self-Injury: What You NEED to Know About Clients Who Cut,"** California Psychological Association," Anaheim, CA, April 4, 2008

88. Boesky, L**. "Self-Injury: What You NEED to Know About Teens Who Cut or Burn Themselves,"**  Washington Learning Alternatives Association, Vancouver, WA February 29, 2008

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 11

89. Boesky, L. **"Youth with Mental Health Disorders: Who They REALLY Are,"** Washington Learning Alternatives Association, Vancouver, WA February 29, 2008

90. Boesky, L. **"Self-Injury: What You NEED to Know About Teens Who Cut or Burn Themselves,"** Adolescent Substance Abuse Treatment Issues Conference, Tampa, FL February 25, 2008

91. Boesky, L. **"Youth with Mental Health Disorders: Who They REALLY Are,"** Adolescent Substance Abuse Treatment Issues Conference, Tampa, FL February 25, 2008

92. Boesky, L. **"Oppositional Defiant Disorder and Conduct Disorder: Helpful or Hurtful Diagnoses for Abused Youth,"** International Conference on Child Maltreatment, San Diego, CA January 29, 2008

93. Boesky, L. **"Self-Injury: Understanding and Helping Maltreated Youth Who Cut or Burn Themselves,"** International Conference on Child Maltreatment, San Diego, CA January 29, 2008

94. Boesky, L. **"Self-Injury: What You NEED to Know About Juveniles Who Cut or Burn Themselves,"** Children's Law Institute Annual Conference, Albuquerque, NM, January 10, 2008

95. Boesky, L. **"Acting-Out, Behavior Problems, or Mental Health: Which IS It?"** Children's Law Institute Annual Conference, Albuquerque, NM, January 9, 2008

96. Boesky, L. **"Youth with Mental Health Disorders: Effective Strategies to Help and Advocate for Them,"** New Mexico CASA Conference, Albuquerque, NM, January 9, 2008

97. Boesky, L. **"Self-Injury: Understanding and Working With Teens Who Cut or Burn Themselves,"** Strengthening Youth and Families Conference, Austin, TX, November 8, 2007

98. Boesky, L. **"Youth with Mental Health Disorders: Who They REALLY Are,"** Strengthening Youth and Families Conference, Austin, TX, November 8, 2007

99. Boesky, L. **"Sad, Mad or Too Glad: Clearing Up Myths Around Depression and Bipolar Disorder,"** U.S. Journal Counseling Conference, Las Vegas, NV, September 27, 2007.

100. Boesky, L. **"Self-Injury: Understanding and Working With Clients Who Cut or Burn Themselves,"** U.S. Journal Counseling Conference, Las Vegas, NV, September 27, 2007.

101. Boesky, L. **"Self-Injury: Understanding and Working With Teens Who Cut or Burn Themselves,"** Institute on Violence, Abuse and Trauma International Conference, San Diego, CA, September 17, 2007.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 12

100. Boesky, L. **"Teens Who Cut: Understanding Teens Who Self-Injure,"** Building Bridges Together/Children and Families. San Diego, CA, September 13, 2007.

101. Boesky, L. **"At-Risk Youth With Mental Health Disorders: Who They REALLY Are,"** Institute on Violence, Abuse and Trauma International Conference, San Diego, CA, September 17, 2007.

102. Boesky, L. **"What's Going On With My Client: Myths and Facts About Psychological Evaluations,"** Kansas Governor's Conference, Topeka, KS July 31, 2007.

103. Boesky, L. **"Self-Injury: What You Need to Know About Individuals Who Cut or Burn Themselves,"** Kansas Governor's Conference, Topeka, KS, July 31, 2007.

104. Boesky, L. **"Self-Injury: What You Need to Know About Individuals Who Cut or Burn Themselves,"** American School Counselor Association, Denver, CO, June 23, 2007

105. Boesky, L. **"Youth With Mental Health Disorders: Who They REALLY Are,"** American School Counselor Association, Denver, CO, June 23, 2007

106. Boesky, L**. "Youth With Mental Health Disorders: Who They REALLY Are,"** Montana Behavioral Institute, Bozeman, MT, June 19, 2007.

107. Boesky, L. **"Self-Injury: What You Need to Know About Individuals Who Cut or Burn Themselves,"** Montana Behavioral Institute, Bozeman, MT, June 19, 2007

108. Boesky, L. **"Offenders With Mental Health Disorders: Who They REALLY Are,"** Missouri Police Juvenile Officers Association Conference, Lake Ozark, MO, May 22, 2007.

109. Boesky, L. **"Self-Injury: What You Need to Know About Individuals Who Cut or Burn Themselves,"** Missouri Police Juvenile Officers Association Conference, Lake Ozark, MO May 22, 2007.

110. Boesky, L. **"Self-Injury: What You Need to Know About Clients Who Cut or Burn Themselves,"** San Diego Psychological Association Spring Conference, May 4, 2007.

111. Boesky, L. **"Youth With Mental Health Disorders: Who They REALLY Are—and Other Key Issues,"** Catholic Community Services, Keiser, OR, April 3, 2007

112. Boesky, L. **"Youth With Mental Health Disorders: Who They REALLY Are,"** Nebraska Juvenile Justice Association, Grand Island, NE, May 3, 2007.

113. Boesky, L. **"Self-Injury: What You Need to Know About Individuals Who Cut or Burn Themselves,"** Nebraska Juvenile Justice Association, Grand Island, NE, May 3, 2007.

114. Boesky, L.  **"What's Going On With My Client: Myths and Facts About Psychological Evaluations,**" North Dakota Clinical Forum, Mandan, ND, May 17, 2007.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 13

115.  Boesky, L. **"Self-Injury: What You Need to Know About Clients Who Cut or Burn Themselves,"** North Dakota Clinical Forum, Mandan, ND, May 17, 2007.

116.  Boesky, L**. "Clients With Mental Health Disorders: Who They REALLY Are—and Other Key Issues,"** North Dakota Clinical Forum, Mandan, ND, May 17, 2007.

117.  Boesky, L. **"Students With Mental Health Disorders: What Every School Board Member NEEDS to Know,"** National School Board Association Annual Conference, San Francisco, CA April 16, 2007.

118.  Boesky, L. **"Co-Occurring Mental Health and Substance Abuse: What to Do When Youth Have BOTH Disorders?"** National Council of Juvenile and Family Court Judges Annual Conference, San Diego, CA March 6, 2007

119.  Boesky, L. **"Self-Injury: Juveniles Who Cut or Burn Themselves,"** National Council of Juvenile and Family Court Judges Annual Conference, San Diego, CA March 6, 2007

120.  Boesky, L. **"Youth With Mental Health Disorders: Who They REALLY Are,"** National Council of Juvenile and Family Court Judges Annual Conference, San Diego, CA March 6, 2007

121.  Boesky, L. **"Youth With Mental Health Disorders: Who They REALLY Are—and Other Key Issues,"** Court Appointed Special Advocate (CASA)/Children's Law Institute, Albuquerque, NM, January 10, 2007.

122.  Boesky, L. **"Self-Injury: Understanding and Helping Clients Who Cut or Burn Themselves,"** FACES Clinical Treatment Conference, Las Vegas, NV, July 19, 2006.

123.  Boesky, L. **"Which Clients REALLY ARE Mentally Ill?**, FACES Clinical Treatment Conference, Las Vegas, NV, July 19, 2006.

124.  Boesky, L. **"Youth With Mental Health Disorders: Who They REALLY Are,"** Court Appointed Special Advocate (CASA) National Conference, San Diego, CA April 2, 2006.

125.  Boesky, L. **"WHO Are We Talking About: Identifying Youth with Mental Health Disorders,"** Office of Superintendent of Public Instruction (OSPI) Collaboration Conference, Seattle, WA, March 23, 2006.

126.  Boesky, L. **"Youth with Mental Health Disorders: Connecting Community Services for the Right Kids,"** Office of Superintendent of Public Instruction (OSPI) Collaboration Conference, Seattle, WA, March 23, 2006.

127.  Boesky, L. **"Self-Injury: Teens Who Cut, Carve, or Burn Themselves,"** Lincoln Public Schools, Lincoln, NE, March 7, 2006.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 14

128. Boesky, L. **"Understanding Teens with Mental Health Disorders,"** Governor's Conference, Topeka, Kansas, August 2, 2005

129. Boesky, L. **"Self-Injury: Teens Who Cut, Carve, or Burn Themselves,"** Governor's Conference, Topeka, Kansas, August 2, 2005

130. Boesky, L. **"Teens With Mental Health Disorders: Who Are We REALLY Talking About?"** Oregon Violence Prevention Summer Institute, Corvallis, Oregon, July 13, 2005.

131. Boesky, L. **"Understanding Students with Mental Health Disorders,"** Montana Behavioral Institute Annual Conference, Bozeman, Montana, June 23, 2005

132. Boesky, L. **"Self-Injury: Youth Who Cut, Carve, or Burn Themselves,"** Montana Behavioral Institute Annual Conference, Bozeman, Montana, June 23, 2005

133. Boesky, L. **"Mentally Ill Teens: Who Are They and How Do We Work With Them?"** National Juvenile Probation and Justice Management Conference (In-Depth Follow-Up for Master's Degree Students), Lake Tahoe, Nevada, May 17, 2005

134. Boesky, L. **"Mentally Ill Teens: Who Are They and How Do We Work With Them?"** National Juvenile Probation and Justice Management Conference, Lake Tahoe, Nevada, May 16, 2005

135. Boesky, L. **"Youth With Mental Health Disorders: Who Are We REALLY Talking About?"**, National Juvenile Corrections and Detention Administrators Forum, San Francisco, California, May 2, 2005.

136. Boesky, L. **"Psychotropic Medication: Who, What, When, How, and Why?"** National Juvenile Corrections and Detention Administrators Forum, San Francisco, California, May 2, 2005.

137. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and What YOU Can Do To Help Them,"** North Dakota Family-Based Services Association Conference, Fargo, North Dakota, April 7, 2005.

138. Boesky, L. **"Self-Injury: Youth Who Cut, Carve, or Burn Themselves,"** North Dakota Family-Based Services Association Conference, Fargo, North Dakota, April 7, 2005.

*(Conference Keynotes and Workshops prior to 2005 are available upon request)*

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 15

## **PROFESSIONAL AFFILIATIONS**

- American Psychological Association (1999-present)
- American Association of Suicidology (2014—present)
- Society of Clinical Child and Adolescent Psychology (2011-present)
- American Psychology-Law Society (2015-present)
- Council of Juvenile Correctional Administrators, Affiliate Member (2015-present)
- National Partnership for Juvenile Services (2016-present)

## **"SUICIDE VULNERABILITY ASSESSMENTS" AND "SUICIDE OR MENTAL HEALTH CONSULTATION"**

- Riverside County Probation Department
- Imperial County Probation Department
- Mother Lode Regional Juvenile Detention Facility
- Multnomah Department of Community Justice—Juvenile Services
- Henley-Young Juvenile Justice Center
- Idaho Department of Juvenile Corrections
- Ohio Department of Youth Services
- Utah Department of Juvenile Justice Services
- Florida Department of Juvenile Justice
- Washington Juvenile Rehabilitation Administration

## **BOARD MEMBER/EDITORIAL REVIEWER**

- Journal of Applied Juvenile Justice Services (2014-present)
- Juvenile Correctional Mental Health Report (2000-2007)

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 16

## INVITED FULL-DAY/TWO-DAY "TRAINING PROGRAMS"

1. Boesky, L. **"Assessing Suicidal Students: What School Counselors, School Psychologist, School Social Workers and School Nurses NEED to Know,"** San Diego County Office of Education, San Diego, CA, September 11, 2018.

2. Boesky, L. **"Suicidal Students: Who Is MOST At Risk--and 10 Ways We Often Get It Wrong,"** North Coastal Consortium for Special Education, Oceanside, CA, December 5, 2017.

3. Boesky, L. **"Suicidal Students: Who Is MOST At Risk--and 10 Ways We Often Get It Wrong,"** Pacific View Charter School, Oceanside, CA, November 29, 2017.

4. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** Imperial County Probation Department/Juvenile Hall, El Centro, CA, January 19, 2017.

5. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** Imperial County Probation Department/Juvenile Hall, El Centro, CA, January 18, 2017.

6. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** Mother Lode Regional Juvenile Detention/Tuolumne County, Sonora, CA, December 13, 2016.

7. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** San Bernardino Probation Department, Highland, California, August 4, 2016.

8. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** San Bernardino Probation Department, Highland, California, August 3, 2016.

9. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** San Bernardino Probation Department, Highland, California, June 16, 2016.

10. Boesky, L. **"Suicide Prevention Among Youth in Detention: What You NEED to Know,"** San Bernardino Probation Department, Highland, California, June 15, 2016.

11. Boesky, L. **"Suicide Prevention Among Youth in Custody: What You NEED to Know (Train-the-Trainer),"** Multnomah County Department of Community Justice--Juvenile Services Division, Portland, Oregon, January 27, 2016.

12. Boesky, L. **"Suicide Prevention Among Youth in Custody: What You NEED to Know,"** Multnomah County Department of Community Justice--Juvenile Services Division, Portland, Oregon, January 26, 2016.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 17

13.  Boesky, L. **"Suicide Prevention Among Youth in Custody: What You NEED to Know,"** Multnomah County Department of Community Justice--Juvenile Services Division, Portland, Oregon, January 25, 2016.

14.  Boesky, L. **"Current Best Practices in Preventing Suicide Among Juvenile Offenders: How Your Facility Can and Must Do Better,"** California Association of Probation Institution Administrators (Juvenile Detention Facilities), Shell Beach, CA, November 5-6, 2015.

15.  Boesky, L. **"Dialectical Behavior Therapy, Cognitive Behavioral Therapy & Motivational Interviewing: 3 Practical Evidence-Based Treatments To Use With Your Students,"** The North Coastal Consortium for Special Education, San Marcos, CA, October 28, 2015.

16.  Boesky, L. **"Depression, Anxiety, Trauma, & Suicide: Recognizing & Helping Students At Risk in Your Classrooms,"** Capital Region Educational School District 113, Tumwater, WA, September 25, 2015.

17.  Boesky, L. **"Mental Health & Trauma What You NEED to Know to Help Troubled Youth in Custody,"** Eastern Oregon Youth Correctional Facility, Burns, OR, June 25-26, 2015.

18.  Boesky, L. **"Mental Health & Trauma: What You NEED to Know to Help Troubled Youth in Custody,"** Oak Creek Youth Correctional Facility & Linn-Benton Juvenile Detention Center, Albany, OR, June 2-3, 2015.

19.  Boesky, L. **"Depression, Anxiety & Suicide: Recognizing & Helping Students At Risk in Your Classroom,"** Pacific View Charter School, Oceanside, CA, May 13, 2015.

20.  Boesky, L. **"Self-Injury: Understanding & Helping Students Who Cut or Burn Themselves,"** North Coastal Consortium for Special Education, San Marcos, CA, May 6, 2015

21.  Boesky, L. **"Depression, Anxiety & Suicide: Recognizing & Helping Students at Risk in Your Classroom,"** North Coastal Consortium for Special Education, San Marcos, CA, February, 19, 2015

22.  Boesky, L. **"What's At the Core: Understanding Trauma Among Justice-Involved Youth & How YOU Can Help,"** Ada County Juvenile Court Services, Boise, ID, November 4-5, 2014.

23.  Boesky, L., Philson, B. & Satterfield, F. **"Suicide Prevention Among Youth In Custody: What You Need to Know,"** National Partnership for Juvenile Services Annual Conference, Greensboro, NC, October 22, 2014

24.  Boesky, L., Philson, B. & Satterfield, F.  **"Youth With Mental Health Disorders in Custody: What You Need to Know,"** National Partnership for Juvenile Services Annual Conference, Greensboro, NC, October 21, 2014

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 18

25. Boesky, L. **"Trauma, Suicide & Self-Injury: What You Need to Know to Help Troubled Youth in Custody,"** Idaho Department of Juvenile Corrections, Boise, ID, June 4, 2014

26. Boesky, L. **"Young Adult and Teen Suicide: Recognizing and Helping 13-30 Year Olds Who Want to Die,"** Florida Alcohol and Drug Abuse Association/Florida Council for Community Mental Health, Orlando, FL, August 6, 2013

27. Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Ohio Department of Youth Services, Kent, OH, May 14-15, 2013

28. Boesky, L. **"Students with Mental Health Disorders: What EVERY School Professional Should Know,"** Oceanside Unified-Educational Student Services, Oceanside, CA March 28, 2013

29. Boesky, L. **"Students with Mental Health Disorders: What EVERY School Professional Should Know,"** Oceanside Unified-Educational Student Services, Oceanside, CA March 26, 2013

30. Boesky, L. **"Youth Suicide: Recognizing and Helping Students Who Want To Die,"** North Coastal Consortium for Special Education, San Marcos, CA, December 4, 2012

31. Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Supreme Court of Ohio Judicial College, Columbus, OH, October 9-10, 2012.

32. Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Ohio Department of Youth Services, Columbus, OH September 25-26, 2012

33. Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Wyoming Girls School, Sheridan, WY, June 5-6, 2012

34. Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than They Influence Your Behavior,"** Ohio Department of Youth Services, Akron, OH May 8-9, 2012

35. Boesky, L. **"Youth with Mental Health Disorders: What Every Adult Should Know,"** North Coastal Consortium for Special Education, San Marcos, CA, February, 16, 2012

36. Boesky, L. **"High-Risk and Delinquent Youth with Mental Health Disorders: Who Are They and How Do We Work With Them?"** 17th Judicial District/Adams County Justice Center, Thornton, CO, December, 6, 2011

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 19

37.   Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They and How Do We Work With Them,"** Ohio Department of Youth Services, Delaware, OH August 23-24, 2011

38.   Boesky, L. **"Juveniles with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Kitsap County Juvenile Probation and Court Services, Port Orchard, WA, July 26, 2011

39.   Boesky, L. **"Youth with Mental Health Disorders: What EVERY Adult Should Know,"** Spectrum Training Systems, San Diego, CA, July 12, 2011

40.   Boesky, L. **"High-Risk and Delinquent Youth with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Ohio Teaching Family Association, Toledo, OH, June 29, 2011

41.   Boesky L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles Influence Your Behavior,"** Wyoming Boys School and Wyoming Girls School, Worland, WY, May 11-12, 2011

42.   Boesky L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles Influence Your Behavior,"** Wyoming Girls School and Wyoming Boys School, Sheridan, WY, April 20-21, 2011

43.   Boesky, L. **"When to Worry: How to Tell When Youth Need Help—and What To Do About It,"** Parallel Solutions, Tacoma, WA, March 22, 2011

44.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, February 8-9, 2011

45.   Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Alaska's Division of Juvenile Justice—Mid and Senior Level Manager's Meeting, Anchorage, AK, December 9, 2010

46.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, November 9-10, 2010

47.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, October 26-27, 2010

48.   Boesky, L. **"Mentally Ill Youth in the Juvenile Justice System,"** The Supreme Court of Ohio Judicial College, Columbus, OH, October 13-14, 2010

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 20

49.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, September 28-29, 2010

50.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, August 18-19, 2010

51.   Boesky, L. **"Teens & Young Adults with Mental Health Disorders: Who They REALLY Are,"** Texas Behavioral Health Institute, Austin, TX, July 19, 2010

52.   Boesky, L. **"The Secret Cut: What You Need to Know About Self-Injury,"** Texas Behavioral Health Institute, Austin, TX, July 19, 2010

53.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, July 14-15, 2010

54.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior",** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, June 15-16, 2010

55.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, May 12-13, 2010

56.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, April 20-21, 2010

57.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, April 6-7, 2010

58.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, March 17-18, 2010

59.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, February 23-24, 2010

60.   Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, January 13-14, 2010

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 21

61.  Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles' Influence Your Behavior,"** Sacramento County Juvenile Probation/Juvenile Hall, Sacramento, CA, November 18-19, 2009

62.  Boesky, L. **"Effective Behavior Management: Influencing Juveniles' Behavior MORE Than Juveniles Influence Your Behavior,"** Sacramento Juvenile Probation Department/Juvenile Hall, Sacramento, CA, October 27-28, 2009

63.  Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They & What Do We Do With Them?"** Orange County Probation/Juvenile Hall, Santa Ana, CA, March 18, 2009

64.  Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They & What Do We Do With Them?"** Orange County Probation/Juvenile Hall, Santa Ana, CA, November 19, 2008

65.  Boesky, L. **"Juvenile Offenders with Mental Health Disorders: Who Are They & What Do We Do With Them?"** Orange County Probation/Juvenile Hall, Santa Ana, CA, November 18, 2008

66.  Boesky, L. **"Understanding and Preventing Suicide: What You NEED to Know About Youth Who Want to Die,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Covina, CA, November 13-14, 2008.

67.  Boesky, L. **"Understanding and Preventing Suicide: What You NEED to Know About Youth Who Want to Die,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Stockton, CA, October 16-17, 2008.

68.  Boesky, L. **"Effective Behavior Management: Influencing Minors' Behavior MORE Than Minors Influence Your Behavior,"** San Bernardino Juvenile Probation/Juvenile Hall, CA September 9-10, 2008.

69.  Boesky, L. **"Youth with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Supreme Court of Ohio Judicial College/Probation, Columbus, OH July 30-31, 2008

70.  Boesky, L. **"Mental Health/Suicide Prevention,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Covina, CA July 23-25, 2008

71.  Boesky, L. **"Suicide and Self-Injury,"** American Mental Health Counselor Association (AMHCA) National Conference. San Diego, CA July 18-19, 2008

72.  Boesky, L. **"Mental Health/Suicide Prevention,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Sacramento, CA July 14-15, 2008

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 22

73.   Boesky, L. **"Mental Health/Suicide Prevention,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Diamond Bar, CA June 26-27, 2008

74.   Boesky, L. **"Mental Health/Suicide Prevention,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Stockton, CA June 23-23, 2008

75.   Boesky, L. **"Youth with Mental Health Disorders: Who Are They and How Do We Work With Them?"** Supreme Court of Ohio Judicial College/Juvenile Detention, Cincinnati, OH June 5-6, 2008

76.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Stockton, CA May 27-28, 2008

77.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Covina, CA May 20-21, 2008

78.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Covina, CA April 21-22, 2008

79.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Stockton, CA April 15-16, 2008

80.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Stockton, CA March 18-19, 2008

81.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Covina, CA March 11-12, 2008

82.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Stockton, CA February 13-14, 2008

83.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Diamond Bar, CA February 5-6, 2008

84.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Stockton, CA January 31-February 1, 2008

85.   Boesky, L. **"Understanding and Preventing Suicide,"** California Department of Corrections and Rehabilitation, Division of Juvenile Justice, Diamond Bar, CA January 22-23, 2008

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 23

86.    Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Southern Region Juvenile Delinquency Conference, Bodega Bay, CA, November 5-6, 2007

87.    Boesky, L. **"Foster-Parenting Youth with Mental Health Disorders,"** Idaho Children and Family Services, Lewiston, ID, October 20, 2007

88.    Boesky, L.  **"Self-Injury: Understanding Youth Who Cut and Burn Themselves,"** Idaho Children and Family Services, Lewiston, ID, October 18, 2007

89.    Boesky, L.  **"Youth Who Have A Hard Time Getting It: Learning Disabilities, Aspergers, and Head Injuries,"** Idaho Children and Family Services, Lewiston, ID, October 18, 2007

90.    Boesky, L.  **"Youth with Mental Health Disorders: Who They Are and How Do We Work With Them,"** Idaho Children and Family Services, Lewiston, ID, October 18, 2007

91.    Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** CAPIA Annual Training Conference, Shell Beach, CA October3-4, 2007

92.    Boesky, L. **"Students with Mental Health Disorders: Who Are They and How Do We Work with Them?"** Issaquah School District, Issaquah, WA, August 29, 2007.

93.    Boesky, L. **"Suicide and Self-Injury: What You NEED to Know About Clients Who Cut or Burn Themselves,"** Clackamas County Mental Health, Oregon City, OR, July 17-19, 2007

94.    Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Bethel School District, Spanaway, WA, June 26, 2007.

95.    Boesky, L. **"Suicide and Self-Injury: Youth Who Want To Die or Who Cut, Carve, and Burn Themselves,"** Big Island Consortium, Hilo, Hawaii, May 30-31, 2007.

96.    Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Juvenile Justice Training Conference, Bodega Bay, CA, May 25, 2007.

97.    Boesky, L. **"Youth With Mental Health Disorders: Effective Management and Treatment,"** Catholic Community Services, Keiser, OR, April 4, 2007

98.    Boesky, L.  **"Youth With Mental Health Disorders: Who They REALLY Are—and Other Key Issues,"** Catholic Community Services, Keiser, OR, April 3, 2007

99.    Boesky, L. **"Clients With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Parallel Solutions Consortium, Tacoma, WA, March 27, 2007.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e  | 24

100. Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Utah Division of Juvenile Justice, Salt Lake City, UT, March 15-16, 2007.

101. Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Utah Division of Juvenile Justice, Salt Lake City, UT, March 13-14, 2007

101. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** West Seattle/Highline Mental Healh Consortium, Seattle, WA, February 22, 2007.

102. Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Utah Division of Juvenile Justice, Salt Lake City, UT, February 8-9, 2007.

103. Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Utah Division of Juvenile Justice, Salt Lake City, UT, February 6-7, 2007.

104. Boesky, L**. "Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Utah Division of Juvenile Justice, Salt Lake City, UT, January 24-25, 2007.

105. Boesky, L**. "Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Utah Division of Juvenile Justice, Salt Lake City, UT, January 23-24, 2007.

106. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Southern California Juvenile Justice Training Conference, San Diego, CA, November 30, 2006.

107. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** CAPIA Annual Training Conference, Shell Beach, CA, October 4, 2006.

108. Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Arizona State Hospital, Phoenix, AZ, September 20-21, 2006.

109. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** NW Educational School District 189 Summer Institute, Anacortes, WA, August, 15, 2006.

110. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Oregon Youth Authority, Woodburn, Oregon, June 13-14, 2006.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 25

111. Boesky, L. **"Suicide and Self-Injury: Youth Who Want To Die or Who Cut, Carve, and Burn Themselves,"** Clackamas County Mental Health/Behavioral Services, Oregon City, Oregon, May 11-12, 2006.

112. Boesky, L. **"Suicide and Self-Injury: Youth Who Want To Die or Who Cut, Carve, and Burn Themselves,"** Clackamas County Mental Health/Behavioral Services, Oregon City, Oregon, May 8-9, 2006.

113. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Lincoln Public Schools, Lincoln, NE, March 8, 2006.

114. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Lincoln Public Schools, Lincoln, NE, March 7, 2006.

115. Boesky, L. **"Self-Injury: Teens Who Cut, Carve, or Burn Themselves,"** Northwest Educational School District 189/Prevention Center, Anacortes, WA, February 1, 2006.

116. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Northwest Educational School District 189/Prevention Center, Anacortes, WA, January 31, 2006.

117. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Oregon Youth Authority, Woodburn, Oregon, December 6-7, 2005.

118. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Utah Division of Juvenile Justice Services, Salt Lake City, Utah, October 25-27, 2005

119. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Utah Division of Juvenile Justice Services, Salt Lake City, Utah, September 27-29, 2005

120. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Orange County Probation/Juvenile Hall, Orange, California, August 23, 2005.

121. Boesky, L. **"Suicide and Self-Injury: Teens Who Cut, Carve, Burn or Want to Kill Themselves,"** Oregon Violence Prevention Summer Institute, Corvallis, Oregon, July 13-14, 2005.

122. Boesky, L. **"Are They Sad, Mad, or Bad: Girls Who Want To Die or Who Cut, Carve, and Burn Themselves,"** Department of Human Services, Philadelphia, Pennsylvania, June 16-17, 2005.

123. Boesky, L. **"Are They Sad, Mad, or Bad: Girls Who Want To Die or Who Cut, Carve, and Burn Themselves,"** Department of Human Services, Philadelphia, Pennsylvania, June 14-15, 2005.

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 26

124. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Utah Division of Juvenile Justice Services, Salt Lake City, Utah, May 24-26, 2005

125. Boesky, L. **"Youth With Mental Health Disorders: Who Are They and How Do We Work With Them?"** Utah Division of Juvenile Justice Services, Salt Lake City, Utah, May 10-12, 2005

126. Boesky, L. **"Behavior Management of Girls With Mental Health Disorders: Influencing Their Behavior MORE Than They Influence Your Behavior,"** California Youth Authority, Ventura Youth Correctional Facility, Camarillo, California, April 20-21, 2005.

127. Boesky, L. **"Suicide and Self-Injury: Teens Who Cut, Carve, Burn or Want to Kill Themselves,"** Department of Youth and Family Services, Wyoming Boys' School, Worland, Wyoming, March 17-18, 2005.

128. Boesky, L. **"Suicide and Self-Injury: Teens Who Cut, Carve, Burn, or Want to Kill Themselves,"** Department of Youth and Family Services, Wyoming Girls' School, Sheridan, Wyoming, March 15-16, 2005.

129. Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Ventura County Probation, Juvenile Facility, Ventura, CA, February 23-24, 2005.

130. Boesky, L. **"Effective Behavior Management: Influencing Youth Behavior MORE Than Youth Influence Your Behavior,"** Ventura County Probation, Juvenile Facility, Ventura, CA, February 10-11, 2005.

*("Training" programs prior to 2005 are available upon request)*

*CV, Dr. Lisa Boesky, September 12, 2018*
*Expert in Suicide Prevention in 24/7 Facilities*
P a g e | 27

# Karl E. Williams, MD, MPH

## *CURRICULUM VITAE*

**Chief Medical Examiner**          **Forensic Consulting Services**
**Allegheny County**              **5825 Marlborough Ave**
**1520 Penn Avenue**              **Pittsburgh, PA  15217**
**Pittsburgh, PA 15222**          **(412) 261-5544**
**(412)350-4800**

### PERSONAL INFORMATION

Date and Place of Birth:          December 12, 1947 - Cleveland, Ohio
Marital Status:               Married
Children:                  Son (age 26)

### CURRENT PRACTICE

Chief Medical Examiner          Allegheny County, PA

## EDUCATION

### GRADUATE MEDICAL EDUCATION

Occupational/Environmental Medicine     Masters in Public Health
    MPH, 2003               University of  Pittsburgh,
                      Graduate School of Public Health

- Master's Thesis – "The 1991 OSHA Cadmium Standard"

**EXHIBIT**

**3**

Karl E. Williams, MD, MPH - 2

## MEDICAL RESIDENCY TRAINING

Internal Medicine:

1974-1975                             Veterans Administration Hospital
                                      Washington, DC
                                      H. Zimmerman, M.D.

- Rotation  in Internal Medicine
- Eight months at the Veteran's Administration Hospital with the remaining four months at Georgetown University Hospital

Pathology:

1979-1981                             Allegheny General Hospital, Pittsburgh, PA
                                      Director: Robert J. Hartsock, M.D.


1981-1983                             Shadyside Hospital, Pittsburgh, PA,
                                      Director: Edwin Fisher, M.D.

- Anatomic Pathology, Allegheny General Hospital
- Clinical Pathology, Shadyside Hospital
- Board Certified (AP/CP) - 1984

Forensic Pathology:

1983 - 1985                           Allegheny County Coroner's Office;
                                      Pittsburgh, PA
                                      Coroner: Joshua A. Perper, MD


- Attending Staff Pathologist, with the first year qualifying as a resident in Forensic Pathology
- Board Certified – Forensic Pathology - 1985
- Participated in and co-authored Fire Safety Program and Disaster Response Plan for Allegheny County.
- Worked closely with the District Attorney's Office and testified in numerous homicide cases.


## MEDICAL SCHOOL

1969-1974                             University of Pittsburgh
1974,  M.D.                           School of Medicine
                                      Pittsburgh, PA


- In freshman year won the Pennsylvania Medical Society Scholarship Award
- Took sabbatical between sophomore and junior years. Worked in research laboratory studying tropomyosin at Mellon Institute (Pittsburgh. PA)

Karl E. Williams, MD, MPH - 3

## MEDICAL SCHOOL (cont.)

- Participated during senior year in a clinical externship in Community Medicine on the Navaho Indian Reservation, stationed at Fort Defiance, Arizona, participating in study of bacterial meningitis (See Papers).

## COLLEGE

1965 – 1969                          Oberlin College,
1969,  BS                            Oberlin, Ohio

- Biology major, with a minor in Religious Studies.

## HIGH SCHOOL

1961 – 1965                          South Hills High School
                                     Pittsburgh, Pennsylvania

- Class valedictorian
- Awarded Hall of Fame, 2011

## WORK EXPERIENCE

1985-2006                            Director of Laboratories,
                                     Ellwood City Hospital,
                                     Ellwood City, PA

- Twenty years' practice in Anatomic and Clinical Pathology with direct administrative responsibility of 35 – 40 employees
- Disaster Management Team, 2001 – 2006
- Infectious Disease Control Committee – permanent head until 2006
- Permanent Chairman of Professional Activity Committee, responsible for hospital-wide Quality Assurance and Utilization Review
- President of Medical Staff. Rewrote Hospital Bylaws and participated in evaluation of relationship of hospital to JCAHO
- Secretary/Treasurer of Medical Staff

Karl E. Williams, MD, MPH - 4

## **WORK EXPERIENCE (cont.)**

- Served as College of American Pathologist Laboratory Inspector every two years - 1985 - 2006
- Implemented three laboratory information systems for acquisition and reporting of laboratory results
- Instituted a cadmium and lead testing program using Atomic Adsorption Spectrophotometry

Vice-President, Technical Services          Apple Medical Mobile: Ellwood City Hospital

- Responsible for laboratory and technical consulting to the Occupational/Environmental Division of Ellwood City Hospital

1994-1995
> Pathologist                          St. Joseph's Hospital
>
> Providence, RI

1985 – 2006                          Consultant, Department of

Area Agency on Aging, Allegheny County, PA

- Determine issues related to eligibility for Nursing Home placement and Protective Services needs.

1975 – 1979

Staff Physician                          Emergency Department

Moses Taylor Hospital
Scranton, Pennsylvania

2005 – 2012

Medical Director                          Precision Therapeutics, Inc.

Pittsburgh. PA

- High-technology laboratory performing chemotherapeutic drug sensitivity testing for cancer patients

Karl E. Williams, MD, MPH - 5

## **FORENSIC PRACTICE**

- Appointed Medical Examiner of newly formed Office of the Medical Examiner of Allegheny County, Pennsylvania; January, 2007
  - First laboratory-wide national ASCLD/ISO certification
  - Institution of facility wide Laboratory Information Management System
  - Institution of 24\7 evidence accessioning and tracking
  - Numerous forensic science grants awarded through establishment of in-house grant writing committee
  - One of six national grants awarded for automated DNA processing
  - Institution of hospital standards of management and Quality Assurance
- Responsible for setting up and operation of the temporary morgue facility at the 911 Air Force base after the crash of USAir Flight 427 in September, 1994.  Using an entire volunteer force, it was the first civilian operation to employ a team of specialists from the Armed Forces Institute of Pathology and resulted in the identification of all but four of 126 victims
- Twenty years' experience serving as the Consulting Forensic Pathologist to the elected coroners of several western Pennsylvania counties, including Lawrence, Mercer, Butler, Beaver, Erie and Crawford.  Activities include full range of scene investigation, toxicological evaluations, autopsy and courtroom testimony.
- Responsible for resolving long-standing questions concerning the nature of observed elevations in post-mortem cadmium levels in Indiana County that were originally thought to be serial poisonings or environmental contamination.
- Child Death Review Committee, Lawrence County, PA (to 2007)
- Active practice as prosecution and defense expert in criminal, civil and toxicology matters
- Presentations to local legal and law enforcement agencies
- Allegheny County Child Death Review Team (2007 – present)
- Allegheny County Child Fatality/Near Fatality Review Team (2007 to present)
- Advisory Board to the Attorney General of the Commonwealth of Pennsylvania on Issues of Child Abuse and Neglect (2009 to present)

Karl E. Williams, MD, MPH - 6

## PROFESSIONAL ORGANIZATIONS

- American Academy of Forensic Sciences – Fellow
- National Association of Medical Examiners
- Allegheny County Medical Society
- Pennsylvania Medical Society
- American Medical Association

## LICENSURE & CERTIFICATION

Board Certification
- Anatomic and Clinical Pathology – 1983
- Forensic Pathology – 1985

State Licensure
- Pennsylvania          1975 – present
- Florida               2007 – present

## TEACHING APPOINTMENTS

| | |
|---|---|
| Clinical Instructor: 1981-1984 | University of Pittsburgh School of Medicine, Department of Pathology |
| Assistant Clinical Professor: 1984 – 1988 | School of Health Related Professions University of Pittsburgh |
| Clinical Assistant Professor: 1984 – 2007 | University of Pittsburgh School of Medicine, Department of Pathology |
| Adjuvant Clinical Professor: 2011 -  present | California University of Pennsylvania, |
| Adjuvant Instructor, Department of Criminal Justice & Intelligence Studies, 2012 | Point Park University, Pittsburgh, |
| Adjuvant Professor of Pharmacy and Therapeutics, 2016 | School of Pharmacy, University of Pittsburgh |

Karl E. Williams, MD, MPH - 7

## **PUBLICATIONS**

1. Coulehan JL, Michaels RH, Williams KE, "Bacterial Meningitis in Navajo Indians." *Public Health Reports*, 91(5): 464-68, 1976

2. Perper J, Rozin L, Williams KE, "Sudden Unexpected Death Following Exercise and Congenital Anomalies of Coronary Arteries". American *Journal of Forensic Medicine and Pathology*, 6(4): 289-92, 1985

3. Winek CL, Wahba W, Williams KE, "Caffeine Fatality: A Case Report" *Forensic Science Inter*. 29: 207-11, 1985

4. Koehler SA, Shakir, A., Williams, KE, "Accidental Through and Through Penetrating Injury to the Neck: A Case Report" *American Journal of Forensic Medicine and Pathology* 2011 Mar; 32(1):17-9

5. Panella MP, Koehler SA, Shakir, A, Williams, KE, "Unsuspected Hereditary Hemochromatosis at Forensic Autopsy : Its presentation, confirmation and implications", *American Journal of Forensic Medicine and Pathology* (In Press)

6. "Peripartum Aortic Dissection Presented as Sudden Death." Baiyang Xu, MD., Karl E. Williams, MD., MPH., Todd Luckasevic, DO., Abdulrezzak Shakir, MD. *Archives of Pathology & Laboratory Medicine, October 2009: Vol. 133: P1667*

7. "Crime Laboratories After the NAS Report" in It's More Complex Than You Think: A Chief's Guide to DNA, *Police Executive Research Forum*, US Department of Justice, 2010

8. "Autopsy report diagnoses for motor vehicle-related deaths: how much more can they add to death certificate information?" Mertz KJ, Koehler SA, Weiss HB, Williams KE *Int J Contr Saf Promot.* 2011 May 9:1-5

9. "An in vitro Chemoresponse Assay Defines a Subset of Colorectal and Lung Carcinomas Responsive to Cetuxiamab", *Cancer Biol and Therapy,* 11:2; 196-201, 2011

10. "The Continuing Legal Evolution of Forensic DNA" Williams KE and Panella MJ, *Pennsylvania Lawyer,* February, 2013; pp 34 – 37

11. "Coxsackievirus B4 myocarditis and meningoencephalitis in newborn twins." Bissel SJ[1], Winkler CC, DelTondo J, Wang G, Williams K, Wiley CA *Neuropathology. 2014 Oct;34(5):429-37. doi: 10.1111/neup.12121. Epub 2014 Apr 7.*

Karl E. Williams, MD, MPH - 8

12. "Underrepresentation of heroin involvement in unintentional drug overdose deaths in Allegheny County" Mertz KJ[1], Janssen JK, Williams KE
*J Forensic Sci.* 2014 Nov;59(6):1583-5. doi: 10.1111/1556-4029.12541. Epub 2014 Jul 16

13. "Patterns and Trends in Accidental Poisoning Deaths: Pennsylvania's Experience 1979 – 2014" Balmert LC, Buchanich JM, Pringle JL, Williams KE, Marsh GM
*PLOS One Published: March 10, 2016_DOI: 10.1371/journal.pone.0151655*

14. "Correction: Patterns and Trends in Accidental Poisoning Deaths: Pennsylvania's Experience 1979-2014" Balmert LC, Buchanich JM, Pringle JL, Williams KE, Burke DS, Marsh GM
*PLoS One. 2016 Jul 13;11(7):e0159469. doi: 10.1371/journal.pone.0159469.*

15. "Patterns and trends in accidental poisoning death rates in the US, 1979-2014" Buchanich JM[1], Balmert LC[2], Pringle JL[3], Williams KE[4], Burke DS[5], Marsh GM[2]
*Prev Med. 2016 Aug; 89:317-23. doi: 10.1016/j.ypmed.2016.04.007. Epub 2016 Apr 13*

## PRESENTATIONS

1. American Academy of Forensic Sciences, Annual Meeting, Washington, DC, February, 2008; "Erroneous Diagnosis of Cadmium Poisoning"

2. "One entrance wound, three bullets, and four pulls of the trigger: An unusual case of a suicidal gunshot wound of the head", Platform presentation at the American Academy of Forensic Sciences, 2008 Annual Meeting, Washington DC

3. "Newborn Kidnapping Via Crude Cesarean Section." Luckasevic T, Frazier L, Xu B, Shakir A, and Williams KE. Platform Presentation at the American Academy of Forensic Sciences 2010 Annual Meeting, Seattle, WA

4. "Acetaminophen Induced Death of a Fetus with Maternal survival: An Unusual Case of a suicide Attempt Resulting in Fetal Death". Racette JK, Luckasevic T, Xu B**,** Shakir A, and Williams KE. Platform Presentation at the American Academy of Forensic Sciences 2010 Annual Meeting, Seattle, WA.

5. "Death due to thermal injury associated with TASER related discharge" Platform Presentation, National Association of Medical Examiners 2010 Annual Meeting, Cleveland OH

6. "Preserving DNA Evidence", Platform Presentation, National Association of Medical Examiners 2010 Annual Meeting, Cleveland OH

7. "Determination of Postmortem Interval", 2010 PA State Coroner's Convention, Pittsburgh, PA, September. 2010

Karl E. Williams, MD, MPH - 9

8. Luckasevic TM, Xu B, Shakir AM, and Williams KE.  "Bitten by Snake Shot:  Attempted Homicide and Successful Suicide with Multiple Gunshot Wounds" Platform Presentation at the American Academy of Forensic Sciences 2011 Annual Meeting, Chicago, IL

9. "Decomposition and Estimated Time of Death", Allegheny County Medical Examiner's Office Continuing Education Course, May 18 and October 19, 2011

10. "Forensic DNA: Some Interesting Cases", Lycoming County Continuing Education, November 5, 2012

11. "Unusual Genetic Variant as a cause of SIDS ", Platform Presentation, NAME Annual Meeting, Baltimore, 2012

12. Williams KE, Freeman M "Mixed Fentanyl and Heroin Overdose Cluster Use of Epidemiologic Surveillance for Rapid Monitoring", Platform Presentation, NAME Annual Meeting, Portland, OR, 2014

13. Freeman M, Luckasevic TM, Williams KE, Eriksson A. "Characteristics of Traffic Crash-Related Blunt Traumatic Aortic Injury (BTAI)" Platform Presentation at the American Academy of Forensic Sciences 2016 Annual Meeting, Las Vegas, NV.

14. The Allegheny County Overdose Crisis", PALS Conference, Lawrence County, PA. March 14, 2015

15. Dwyer JB, Luckasevic TM, Janssen JK, Shakir AM, Williams KE. "Report of Increasing Acetyl Fentanyl Deaths in Allegheny County, Pennsylvania" Platform Presentation at the American Academy of Forensic Sciences 2016 Annual Meeting, Las Vegas, NV.

16. "The Allegheny County Overdose Crisis", PALS Conference, Lawrence County, PA. March 9, 2016

17. "The Allegheny County Overdose Crisis", PALS Conference, Lawrence County, PA. March 9, 2017

18. "Use of Mobile Technology for Real Time Access to Overdose Data" Platform Presentation at National Association of Medical Examiners Annual Meeting, West Palm Beach, Florida, October, 2018

Karl E. Williams, MD, MPH - 10

## **POSTERS**

19. Xu B, Williams KE, Luckasevic TM, and Shakir AM.  "Peripartum Aortic Dissection Presented as Sudden Death" Poster Presentation at the College of American Pathologists 2009 Annual Meeting, Washington, D.C.

20. Xu B, Luckasevic TM, Shakir AM, and Williams KE.  "Periventricular Leukomalacia in a 2-Month-Old Infant Who Was Born with Cocaine Addiction: A Case Report" Poster Presentation at the American Academy of Forensic Sciences 2011 Annual Meeting, Chicago, IL

**21.** Luckasevic TM, Xu B, Shakir AM, and Williams KE.  "Man with a Blue Brain:  A Case of Hydrogen Sulfide Poisoning" **Poster** Presentation at the American Academy of Forensic Sciences 2012 Annual Meeting, Atlanta, GA.

**22.** DelTondo JA, Luckasevic TM**,** Xu B, Shakir AM, and Williams KE.  "Death due to Renal Toxicity Following Bath Salts Abuse" Poster Presentation at the American Academy of Forensic Sciences 2013 Annual Meeting, Washington, D.C

23. Nunez J, Luckasevic TM**,** Xu B, Shakir AM, and Williams KE.  "The Ability to Shoot Back: Review of Multiple Suicidal Gunshot Wounds of the Chest" Poster Presentation at the American Academy of Forensic Sciences 2013 Annual Meeting, Washington, D.C.

24. Bilimoria F, Reed S, Dwyer J, Deltondo JA, Luckasevic TM, Williams KE. "Pack Mentality: Fatal Mauling in the African Painted Dogs' Zoo Exhibit" Poster Presentation at the American Academy of Forensic Sciences 2016 Annual Meeting, Las Vegas, NV.

25.  Katz K, Cannon R . . . .et. al . . Williams K "Loperamide-Induced Torsades do Pointes: A Case Study" American College of Medical Toxicology 2-17 Annual Meeting 2017

26. Creppage K, Yohannan J, Williams K, Buchanich J. et. al "STAMPS: Heroin and Illict Fentanyl in Allegheny County, PA Presented at Opiod Crisis Meeting, March 2017, Harrisburg, PA

27. Buchaniich J, Balmert L, Williams K, Burke D." Incomplete Death Certificate Reporting Dramatically Underestimates the Opiod Epidemic" [Accepted] American College of Epidemiology Annual Meeting, September 2017, New Orleans  2017

Karl E. Williams, MD, MPH - 11

28. Luckasevic TM. Williams K. et. al. "Tied to His Own Apron Strings: A Case of Accidental Strangulation by Power Tool" American Academy of Forensic Sciences, 70th Annual Meeting, Seattle WA, February, 2018

29. Xu B, Luckasevic TM, Shakir AM, and Williams KE "Unusual In-Custody Death" American Academy of Forensic Sciences, 70th Annual Meeting, Seattle WA, February, 2018

## **BOARD APPOINTMENTS**

Commonwealth of Pennsylvania Attorney General's Medical/Legal Advisory Board on Child Abuse, January 2008

Residency Committee, University of Pittsburgh, School of Medicine, Department of Pathology

President, Minutemen of the University of Pittsburgh School of Medicine

Executive Committee, Allegheny County Overdose Prevention Coalition

## **INVITED PRESENTATIONS**

1. "Proving Violent In juries", PA District Attorneys Institute, 2004

2. "Medical Examiner's Autopsy Technologies", Allegheny County Funeral Directors Meeting, March 21, 2007

3. "Coroners, Medical Examiners and Occupational Medicine", Graduate School of Public Health, University of Pittsburgh, July 2007

4. Work Shop Session, Fourth Annual Conference on Hope and Healing, The Child Advocacy Center of Pittsburgh, April, 2009

5. "Behind the Veil – CSI in the Real World", Scholar's Program, University of Pittsburgh, 2009

6. "Curious Forensic Cases", First Annual Pathologists Assistant Conference, April, 2011"Unexpected Death and the Role of the Coroner", Jameson Health System, Continuing Education, May 2011

Karl E. Williams, MD, MPH - 12

7. "An Introduction to Forensic DNA: Mendel to Perlin", Federal District Court, Western District of Pennsylvania, Annual Meeting Keynote Speaker, 2011

8. Lecture and ME Office Tour. Pittsburgh Paralegal Association, September, 2011

9. "An Introduction Forensic DNA", Supreme Court of the Commonwealth of PA and Appellate Judges, Annual Retreat, Bedford Springs, June 2012

10. "Forensic DNA", SANE Sexual Assault Training, Duquesne University School of Nursing, July 2012

11. "Follow up on SIDS in Allegheny County 2007 to 2014" Fourth Annual Cribs for Kids Conference, April 15, 2015, Pittsburgh PA

12. "Advanced Crime Scene Investigator's Course", Allegheny County Police Training Academy, May 8, 2015

13. "The Allegheny County ME Office – Snapshot 2014" Carnegie Mellon University, Department of Statistics

14. "The Overdose Crisis in Allegheny County" Allegheny County Overdose Prevention Coalition Summer Conference, July 2016

15. "The Overdose Crisis in Allegheny County" Allegheny County Overdose Prevention Coalition Summer Conference, July 2017

16. AAFS Synthetic Opioids Session, Moderator and presenter. American Academy of Forensic Sciences, 70th Annual Meeting, Seattle WA, February, 2018


## **AWARDS**

Hall of Fame, South Hills High School, Pittsburgh PA, 2011

Tribute to Excellence Award, American Liver Foundation, - March, 2012

Honorary Member, Point Park University Eta Alpha Chapter of the National Criminal Justice Society – Alpha Phi Sigma - March, 2012

Association of Organ Procurement Organizations (AOPO), Professional Achievement Award 2017