IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISSETTE LARIOS ROOHBAKHSH, as personal representative of the Estate of Fatima Lissette Larios and on behalf of next of kin; and NELSON LARIOS, as next of kin;<br><br>Plaintiffs,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE NEBRASKA STATE COLLEGES, and CHADRON STATE COLLEGE,<br><br>Defendants. | 8:17CV31<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED that the Final Progression Order is amended as follows:

1) The Final Pretrial Conference set for July 23, 2019, and the deadline for the parties to prepare and submit an Order thereto are **Continued.**

2) The Jury Trial of this case set to commence before Joseph F. Bataillon, United States District Judge, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on August 12, 2019, or as soon thereafter as the case may be called, for a duration of ten (10) trial days is **Continued.**

3) The Trial and Pretrial Conference dates will be reset after the Court rules on the pending Motion for Summary Judgment.

Dated this 19th day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge